FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC. | : CASE NO. 303CV350(MRK) |
| VS. | : |
| RITZ REALTY CORP. and | |
| AVALON BAY COMMUNITIES, INC. | : NOVEMBER 7, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff hereby moves for an extension of time within which to complete discovery, to disclose and depose experts and to prepare a damage analysis from December 1, 2003 to February 2, 2004 and March 1, 2004 as set forth below.

On October 2, 2003, Magistrate Martinez issued a superseding scheduling order in response to various previously filed extension requests. The order requires discovery to be completed by December 1, 2003.

The reasons for this request are:

1. Written discovery was propounded upon each defendant on September 5, 2003. The requests were substantially similar;

2. Defendants each requested extensions of time to respond;

3. Defendant, Ritz Realty, responded on October 15, 2003 including some, but not all production material. The discovery responses including numerous objections which need resolution. Because the

**ORAL ARGUMENT NOT REQUESTED**

discovery requests upon the defendants were substantially similar, resolution of the objections should be done in common;

4. Defendant, AvalonBay, provided discovery responses by fax only on November 5, 2003. The discovery had 42 interrogatories and productions requests that prompted 45 objections by the defendant. No production material has yet been provided by AvalonBay and no verification was made to the faxed discovery.

5. The objections will be address upon receipt of the complete discovery from AvalonBay.

6. Defendants propounded discovery upon the plaintiff. The plaintiff made responses to the defendants' discovery on September 18, 2003. Substantial time was spent by counsel for the plaintiff responding to defendants' discovery.

7. Defendants have conducted numerous depositions of the plaintiff's representatives and a real estate salesman. Upon information and belief, at least eight (8) depositions have been taken and a ninth (9th) is scheduled for November 13, 2003. With each deposition, defendants made document requests. In order to comply, counsel for the plaintiff has spent substantial time complying with those requests and attending those depositions.

8. Plaintiff has diligently responded to defendants' discovery and needs time to carefully review the discovery responses of the

defendants before taking depositions. Plaintiff has completed two (2) depositions.

9. The discovery responses by the defendants have disclosed substantial areas of information that the plaintiff believes will lead to admissible evidence. In order to obtain that evidence, some of which is with third parties, depositions will need to be taken. At least seven (7) additional depositions will need to be conducted by the plaintiff.

10. Counsel for the plaintiff is away on vacation from November 21, 2003 until November 29, 2003.

This case involves complicated issues of lease rights. The plaintiff operates a retail store and alleges that it enjoys excellent visibility, accessibility and parking upon the leased premises. The defendants have consummated a deal which would enable the construction of a large apartment building in the existing open parking field in front of the plaintiff's store. The plaintiff brought this suit alleging that the proposed construction adversely impacts visibility, accessibility and parking.

The plaintiff requests an extension of time to February 2, 2004 within which to complete discovery, March 1, 2004 to disclose experts and submit any damage analysis.

Rule 6(b) of the Federal Rules of Civil Procedure provide that the Court may enlarge the time required on motion if made before the expiration of the period originally prescribed.

Local Rule 9(b)(2) provides that any motion to extend time shall include the statement regarding the position of the opposing party as well as the statement as to the number of prior motions for extension of time filed by the moving party.

The plaintiff has filed three (3) previous extension requests.

Counsel for the defendants object to this motion for extension of time.

**THE PLAINTIFFS**

By:_____
Bruce L. Elstein
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT  06604
Telephone # (203) 367-4421
Federal Bar No. CT01250

## CERTIFICATION

This is to certify that a copy of the foregoing has on November 7, 2003 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT 06103-3499
    Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
    Attorney for the defendant, Ritz Realty Corp.

_____
Bruce L. Elstein

Z:\AUTOZONE\Adap v. Ritz(Avalon)\PI-Motion Extend Time3.doc