UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Held
20 mins.

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 7, 2003

11:00 a.m.

3-03-cv-350  (AWT) ADAP, Inc v Ritz Realty Corp
-------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Bruce L. Elstein ✓ | Elstein & Elstein, 1087 Broad St. Suite 400, Bridgeport, CT 203-367-4421 |
| Joseph L. Hammer ✓ | Day, Berry & Howard, Cityplace, Hartford, CT 860-275-0100 |
| Andrew Houlding ✓ | Rome McGuigan Sabanosh, One State St. 13th Floor, Hartford, CT 860-549-1000 |
| Robin S. Schwartz | Day, Berry & Howard, Cityplace I 185 Asylum Street, Hartford, CT 860-275-0100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK