

FILED

Nov 17  2 36 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC. | CASE NO. 3:03CV350(MRK) |
| VS. | |
| RITZ REALTY CORP. and AVALON BAY COMMUNITIES, INC. | NOVEMBER 14, 2003 |

### DEFENDANT RITZ REALTY CORP'S OBJECTION TO PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME

Defendant Ritz Realty Corp., hereby objects in part to plaintiff's November 7, 2003, motion for an extension of time within which to complete discovery, and suggests a modified extension of the discovery period.

Plaintiff filed this litigation in February, 2003, alleging that its lease with Defendant Ritz Realty will be breached by the construction, by Defendant AvalonBay, of a residential complex in a portion of an open parking lot at Ritz's Riverview Plaza. The AvalonBay project is substantial in scope, entails the expenditure of millions of dollars, will afford employment opportunities for a substantial number of people in the construction trades, and is expected to

revitalize a portion of downtown Norwalk. This litigation has effectively halted the development.

The parties filed a Rule 26(f) report dated May 28, 2003, that, as adopted by the Court, Thompson, J., set a discovery cut-off date of October 30, 2003, and a deadline of December 1, 2003 for filing dispositive motions. That reasonably fast-paced schedule was agreed upon by Plaintiff. Defendants promptly began discovery, issued written discovery requests, and have conducted several depositions. Plaintiff has taken two (2) depositions; scheduled and cancelled the deposition of Ritz's President three (3) times; and did not issue its first discovery request until September 5, 2003.

As Plaintiff acknowledges, it has previously filed three motions to extend discovery. The third motion was filed under pleading dated September 29, 2003. Magistrate Martinez, apparently without knowledge of the September 29, 2003 motion, issued a Superseding Scheduling Order dated October 2, 2003, ordering that "all discovery, including all discovery relating to expert witnesses, shall be completed by no later than December 1, 2003." To Defendant Ritz's knowledge, Plaintiff's third Motion for Extension of Time was never ruled upon, and is now superseded by the pending, fourth, motion.

- 2 -

Plaintiff now seeks to postpone the completion of fact discovery until February 2, 2004, and to extend the time to disclose experts and submit any damage analysis until March 1, 2004. If Plaintiff's motion were granted, Defendants would necessarily require until April 1, 2004 to depose Plaintiff's experts and until May 1, 2004, to disclose their own experts. And it is predictable that Plaintiff would seek some time to take depositions of any experts disclosed by Defendants. Thus the likely effect of granting Plaintiff's motion is to extend the discovery phase of this litigation until June 1, 2004, or thereabouts - a full eight (8) months longer than the original schedule to which Plaintiff agreed.

Defendant Ritz objects to such an extension. Plaintiff was informed of the proposed AvalonBay development in January, 2002, more than a year before initiating the litigation, and has had ample opportunity to identify and disclose experts in the ensuing period, now approaching two years. Plaintiff is a publicly-traded corporation with gross sales of more than $5 billion; it surely has the resources to prosecute this case without further delay.

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

Defendant Ritz is mindful of activities that may lead to the resolution of this case without extensive litigation, and accordingly does not object to a 30-day extension of time for the completion of all discovery.

Therefore, Defendant Ritz Realty Corp. hereby objects to any extension beyond December 31, 2003.

                                                  DEFENDANT RITZ REALTY CORP.

By: _____
     Andrew Houlding, Esq.
     Federal Bar #CT12137
     Rome McGuigan Sabanosh, P.C.
     One State Street, 13th Floor
     Hartford, CT 06103
     Phone: (860) 493-3468
     Fax: (860) 724-3921
     Its attorneys

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

**ORDER**

The foregoing Objection having been duly considered is hereby:

SUSTAINED / OVERRULED.

BY THE COURT,

(_____, J.)

**CERTIFICATION**

This is to certify that a copy of the foregoing Objection has been sent via first class mail on this 14th day of November 2003 to the following:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place One
Hartford, CT 06103

Bruce L. Elstein, Esq.
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT 06604

_____
Andrew Houlding

9202-4/364939

- 5 -

*Rome McGuigan Sabanosh, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726