UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 25  10 32 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ADAP, INC. | : CASE NO. 303CV350(MRK) |
| VS. | : |
| RITZ REALTY CORP., | : |
| AVALON BAY COMMUNITIES, INC. | : NOVEMBER 24, 2003 |

### PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME

The plaintiff hereby moves for a 15 day extension of time within which to respond to AvalonBay Communities, Inc.'s second set for Request for Production dated October 24, 2003. This is to certify that AvalonBay Communities, Inc. does not object to this request.

THE PLAINTIFFS

By: _____
Henry Elstein
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT  06604
Telephone # (203) 367-4421
Federal Bar No. CT01250

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

This is to certify that a copy of the foregoing has on NOVEMBER 24, 2003 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
    Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
    Attorney for the defendant, Ritz Realty Corp.

                                              Henry Elstein

\\server\common\AUTOZONE\Adap v. Ritz(Avalon)\Pl-Motion Extend Time4.doc