## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. D/B/A AUTOZONE | : | CIVIL ACTION NO. 303CV350 (MRK) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| RITZ REALTY CORP. AND | : | |
| AVALONBAY COMMUNITIES, INC. | : | |
| | : | |
| Defendants. | : | NOVEMBER 25, 2003 |

**OBJECTION OF DEFENDANT AVALONBAY COMMUNITIES, INC.
TO PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME**

Defendant AvalonBay Communities, Inc. ("AvalonBay") respectfully objects, in part, to plaintiff's motion for an extension of time within which to complete discovery dated November 7, 2003, and suggests a modified extension of the discovery period.

In its motion, plaintiff has requested an extension of time until February 2, 2004 within which to complete fact discovery and an extension of time until March 1, 2004 to disclose experts and submit any damage analysis. If plaintiff's motion were granted, it would be necessary to extend to April 1, 2004 the deadline to depose plaintiff's experts and to May 1, 2004 the deadline for disclosure of defendants' experts.

AvalonBay does not object to an extension of time until December 31, 2003 for the completion of all discovery. In addition, AvalonBay respectfully requests that resolution of plaintiff's motion be deferred until the December 1, 2003 telephonic status conference scheduled with Judge Kravitz. The parties are actively engaged in exploring a potential

41459787_1.DOC 091122-03550

resolution of this action and will be able to address the timing and status of those efforts during the conference.

                                          DEFENDANT, AVALONBAY
                                          COMMUNITIES INC.

                                          By _____
                                             Joseph L. Hammer, Esq. (ct00446)
                                             Robin S. Schwartz, Esq. (ct24891)
                                             Day, Berry & Howard, LLP
                                             CityPlace I
                                             Hartford, CT 06103-3499
                                             Tel. (860) 275-0100
                                             Fax (860) 275-0343
                                             Their Attorneys

## **CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing was sent this 25th day of November, 2003, via first class mail, postage prepaid to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT 06604-4294
Phone: (203) 367-4421
Fax:   (203) 366-8615

Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103-3101
Phone: (860) 493-3468
Fax:   (860) 724-3921

                                             _____
                                             Joseph L. Hammer