*Held 20 mins*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 20, 2003

2:00 p.m.

CASE NO. **3:03CV350 (MRK)**   **ADAP, Inc. v. Ritz Realty**

COUNSEL OF RECORD:

| | |
|---|---|
| Bruce L. Elstein ✓ | Elstein & Elstein<br>1087 Broad St.<br>Bridgeport, CT 06604<br>203-367-4421<br>860-366-8615 (fax)<br>belstein@elstein-law.com |
| Joseph L. Hammer ✓ | Day, Berry & Howard-Htfd-CT<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103-3449<br>860-275-0391<br>860-275-0343 (fax)<br>jlhammer@dbh.com |
| Andrew Houlding ✓ | Rome McGuigan Sabanosh<br>One State St.<br>13th Floor<br>Hartford, CT 06103-3101<br>860-549-1000 |
| Robin S. Schwartz | Day, Berry & Howard<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103-3449<br>860-275-0100<br>860-275-0343 (fax)<br>rsschwartz@dbh.com |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK