UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday December 1, 2003
4:15 p.m.

CASE NO. **3:03cv350**   **ADAP, Inc. V Ritz Realty Corp. Et al**

Bruce L. Elstein
Elstein & Elstein
1087 Broad St.
Bridgeport, CT 06604

Joseph L. Hammer
Day, Berry & Howard-Htfd-CT
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

Andrew Houlding
Rome McGuigan Sabanosh
One State St.
13th Floor
Hartford, CT 06103-3101

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 12/1/03

35 min.