UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 303CV350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP. and AVALON BAY COMMUNITIES, INC. | : : | DECEMBER 16, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw her appearance on behalf of AvalonBay Communities Inc. ("AvalonBay") in the above-captioned matter. Other counsel from Day, Berry & Howard LLP have appeared and will continue to represent AvalonBay.

DEFENDANT,
AVALONBAY COMMUNITIES, INC.

By _____
Robin S. Schwartz (ct24891)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
E-mail: rsschwartz@dbh.com
Its Attorney

-2-

## **CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing was sent this 16th day of December, 2003, via first class mail, postage prepaid to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294
Phone:  (203) 367-4421
Fax:     (203) 366-8615


Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103-3101
Phone: (860) 493-3468
Fax:     (860) 724-3921

                                                                                       _____
                                                                                                 Robin S. Schwartz