UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, Inc., | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv350 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Ritz Realty Corp., | : | |
| AvalonBay Communities, Inc., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Motion To Withdraw Appearance of Robin S. Schwartz [doc. #42], dated December 16, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut.  December 22, 2003.