FILED

UNITED STATES DISTRICT COURT
Jan 6  2 27 PM '04

DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ADAP, INC. | : CASE NO. 3:03 CV 350(MRK) |
| VS. | : |
| RITZ REALTY CORP., | : |
| AVALON BAY COMMUNITIES, INC. | : January 5, 2004 |

### PLAINTIFF'S MOTION TO CONTINUE MEDIATION DATE

### WITHOUT OBJECTION

The plaintiff hereby moves to continue the mediation scheduled with Magistrate Martinez from January 7, 2004 to February 3, 2004. Contact was made on December 31, 2004 with the Chambers of Magistrate Martinez to confirm this request the change has been tentatively made subject to the filing and granting of this motion.

Counsel for AvalonBay Communities, Inc. indicates his client's joinder in this request. Counsel for Ritz Realty Corp. does not object to this request.

THE PLAINTIFF

By:_____
Bruce L. Elstein
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT  06604
Telephone # (203) 367-4421
Facsimile # (203) 366-8615
Belstein@elstein-law.com
Federal Bar No. CT01250

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

This is to certify that a copy of the foregoing has on January 5, 2004 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT 06103-3499
    Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
    Attorney for the defendant, Ritz Realty Corp.

Chambers of the Honorable Magistrate Donna F. Martinez
United States District Court
450 Main Street
Hartford, CT 06103

Bruce L. Elstein

Z:\AUTOZONE\Adap v. Ritz(Avalon)\Motion - continue mediation.doc