UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADAP, INC.,

    Plaintiff,

v.                           CASE NO. 3:03CV350 (MRK)

RITZ REALTY, ET AL,

    Defendants.

## ENDORSEMENT RULING

The Plaintiff's Motion to Continue Mediation Date Without Objection (doc. #44) is GRANTED. A settlement conference shall be held with the undersigned on **February 3, 2004 at 2:00 p.m.** See Calendar and Settlement Conference Order dated January 8, 2004. (Doc. #45.)

SO ORDERED at Hartford, Connecticut this 13th day of January, 2004.

Donna F. Martinez
United States Magistrate Judge