*Held*
*Not Settled*
*3 hours*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

February 10, 2004

2:00 p.m.

CASE NO. **3:03CV350 (AWT)**     **Adap, Inc. V. Ritz Realty, et al.**
COUNSEL OF RECORD:

✓ Bruce L. Elstein                   Elstein & Elstein
                                     1087 Broad St.
                                     Bridgeport, CT 06604
                                     203-367-4421
                                     860-366-8615 (fax)
                                     belstein@elstein-law.com

✓ Joseph L. Hammer                   Day, Berry & Howard-Htfd-CT
                                     Cityplace I
                                     185 Asylum Street
                                     Hartford, CT 06103-3449
                                     860-275-0391
                                     860-275-0343 (fax)
                                     jlhammer@dbh.com

✓ Andrew Houlding                    Rome McGuigan Sabanosh
                                     One State St.
                                     13th Floor
                                     Hartford, CT 06103-3101
                                     860-549-1000
                                     ahoulding@rms-law.com

  Robin S. Schwartz                  Day, Berry & Howard
                                     Cityplace I
                                     185 Asylum Street
                                     Hartford, CT 06103-3449
                                     860-275-0100
                                     860-275-0343 (fax)
                                     rsschwartz@dbh.com

                                     BY ORDER OF THE COURT
                                     KEVIN F. ROWE, CLERK