*Held 5 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

February 20, 2004

3:30 p.m.

CASE NO. **3:03CV350 (AWT)**    Adap, Inc. V. Ritz Realty, et al.

COUNSEL OF RECORD:

✓ Bruce L. Elstein
                              Elstein & Elstein
                              1087 Broad St.
                              Bridgeport, CT 06604
                              203-367-4421
                              860-366-8615 (fax)
                              belstein@elstein-law.com

✓ Joseph L. Hammer
                              Day, Berry & Howard-Htfd-CT
                              Cityplace I
                              185 Asylum Street
                              Hartford, CT 06103-3449
                              860-275-0391
                              860-275-0343 (fax)
                              jlhammer@dbh.com

✓ Andrew Houlding
                              Rome McGuigan Sabanosh
                              One State St.
                              13th Floor
                              Hartford, CT 06103-3101
                              860-549-1000
                              ahoulding@rms-law.com

Robin S. Schwartz
                              Day, Berry & Howard
                              Cityplace I
                              185 Asylum Street
                              Hartford, CT 06103-3449
                              860-275-0100
                              860-275-0343 (fax)
                              rsschwartz@dbh.com

                                         BY ORDER OF THE COURT
                                         KEVIN F. ROWE, CLERK