*Held*
*5 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

March 5, 2004

10:00 a.m.

CASE NO. **3:03CV350 (AWT)**   **Adap, Inc. v. Ritz Realty**

COUNSEL OF RECORD:

Bruce L. Elstein ✓               Elstein & Elstein
                                 1087 Broad St.
                                 Bridgeport, CT 06604
                                 203-367-4421
                                 860-366-8615 (fax)
                                 belstein@elstein-law.com

Joseph L. Hammer ✓               Day, Berry & Howard-Htfd-CT
                                 Cityplace I
                                 185 Asylum Street
                                 Hartford, CT 06103-3449
                                 860-275-0391
                                 860-275-0343 (fax)
                                 jlhammer@dbh.com

Andrew Houlding ✓                Rome McGuigan Sabanosh
                                 One State St.
                                 13th Floor
                                 Hartford, CT 06103-3101
                                 860-549-1000
                                 ahoulding@rms-law.com

Robin S. Schwartz                Day, Berry & Howard
                                 Cityplace I
                                 185 Asylum Street
                                 Hartford, CT 06103-3449
                                 860-275-0100
                                 860-275-0343 (fax)
                                 rsschwartz@dbh.com

                                 BY ORDER OF THE COURT
                                 KEVIN F. ROWE, CLERK