UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -6  P 4: 25

U.S. DISTRICT COURT
HARTFORD. CT.

ADAP, INC.

    Plaintiff,

v.   :   CASE NO.  3:03CV350 (MRK)

RITZ REALTY CORP, ET AL.,

    Defendants.

**NOTICE REGARDING STATUS OF SETTLEMENT DISCUSSIONS**

Counsel have reported that settlement discussions have reached an impasse and that further conferences with the court are unlikely to be productive. Therefore, the court will schedule no further conferences at this time. At anytime in the future, if counsel agree that another settlement conference with the court is likely to be productive, they may contact the chambers of the undersigned and request such a conference.

    SO ORDERED at Hartford, Connecticut this 6th day of May, 2004.

Donna F. Martinez
United States Magistrate Judge