UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC. | : CASE NO. 3:03CV350(MRK) |
| | : |
| | : |
| VS. | : |
| | : |
| | : |
| RITZ REALTY CORP. and | : |
| AVALONBAY COMMUNITIES, INC. | : |
| | : AUGUST 6, 2004 |

## **APPEARANCE**

Pursuant to Rule 5(a) of the Local Rules of Federal Civil Procedure, please enter an appearance for DAVID M. BIZAR as attorney for defendant AVALONBAY COMMUNITIES, INC., in the above-entitled action.

Dated at Hartford, Connecticut this 5th day of August, 2004.

DEFENDANT,
AVALONBAY COMMUNITIES, INC.

By _____
Joseph L. Hammer (ct00446)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
Tel:  (860) 275-0100
Fax:  (860) 275-0343
E-mail: jlhammer@dbh.com
         dmbizar@dbh.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent this 6th day of August, 2004, via first-class mail, to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294
Phone:  (203) 367-4421
Fax:     (203) 366-8615


Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103-3101
Phone: (860) 493-3468
Fax:     (860) 724-3921

_____
David M. Bizar