# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ADAP, INC.** | : | **CASE NO. 303CV350(MRK)** |
| **VS.** | : | |
| **RITZ REALTY CORP. and** | : | |
| **AVALON BAY COMMUNITIES, INC.** | : | **SEPTEMBER 28, 2004** |

## MOTION FOR PROTECTIVE ORDER

The plaintiff hereby moves for a protective order to protect against the taking of the Rule 30(b)(6) deposition of Terry McKee.  In support hereof, the plaintiff sets forth as follows:

1. The defendant, AvalonBay Communities, Inc., filed a notice of deposition under Rule 30(b)(6) concerning eight (8) topics.

2. The plaintiff identified Terry McKee as the individual to testify concerning damages, paragraph 49 (actual losses) and paragraph 50 (further and significant losses).

3. By proposed amendment to its complaint[1], the plaintiff has withdrawn it claim for damages and the fourth count of the complaint (including former paragraphs 49 and 50).

---

[1] The proposed amended complaint is being furnished counsel simultaneously herewith to determine consent.  Upon learning of the defendants' position on consent to filing, the plaintiff will file it on consent or by motion.

**ORAL ARGUMENT NOT REQUESTED**

Wherefore, the plaintiff moves that a protective order issue with respect to the Rule 30(b)(6) on the issues identified for Terry McKee.

**THE PLAINTIFF
ADAP, INC.**

By:  *Bruce L. Elstein*
       Bruce L. Elstein
       Elstein and Elstein, P.C.
       1087 Broad Street
       Bridgeport, CT 06604
       Telephone Number (203) 367-4421
       Facsimile Number (203) 366-8615
       Federal Bar No.: CT01250

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on September 28, 2004, a copy of foregoing motion for protectiveorder was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

       *Bruce L. Elstein*
       Bruce L. Elstein
       Fed. Bar No. ct 01250

Z:\AUTOZONE\Adap v. Ritz(Avalon)\Designation per 30b6.doc