FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  OCT 14   3 59 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| ADAP, INC. | : | **CASE NO. 303CV350(MRK)** |
| VS. | : | |
| RITZ REALTY CORP. and | : | |
| AVALON BAY COMMUNITIES, INC. | : | **OCTOBER 8, 2004** |

## MOTION TO WITHDRAW ON CONSENT MOTION FOR PROTECTIVE ORDER

The plaintiff hereby moves to withdraw the Motion for Protective Order dated September 29, 2004 on account of an agreement reached between the parties. Counsel for the party to whom the Motion was directed, Avalon Bay Communities, Inc., consents to this Motion.

**THE PLAINTIFF
ADAP, INC.**

By: _____
Bruce E. Elstein
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT 06604
Telephone Number (203) 367-4421
Facsimile Number (203) 366-8615
Federal Bar No.: CT01250

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATE OF SERVICE**

I hereby certify that on OCTOBER 8, 2004 a copy was served by first class mail, postage prepaid upon:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT 06103-3499
    Attorney for the defendant, AvalonBay Communities, Inc.


Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
    Attorney for the defendant, Ritz Realty Corp.

Bruce L. Elstein
Fed. Bar No. ct 01250

\\server\common\AUTOZONE\Adap v. Ritz(Avalon)\PI-Motion withdraw mot protective order.doc