FILED

2005 JAN -3 P 2: 10

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., ET AL | : | DECEMBER 30, 2004 |

## STATUS REPORT ON CONSENT

This status report is submitted after consultation with and consents of all counsel.

## STATUS OF THE CASE

Fact and expert discovery are complete. There are no outstanding motions regarding discovery that remain unresolved.

The plaintiff and AvalonBay Communities, Inc. continue to have active and productive settlement discussions regarding a potential resolution involving the relocation of the existing store to a new building to be constructed on an adjacent parcel owned by third parties.

An option has been secured for the adjacent parcel. The plaintiff and AvalonBay Communities, Inc. are currently negotiating the terms of a new lease, specifications of the new buildings and related issues.

If all details are agreed upon, the settlement agreement and relocation will be subject to approval from the Norwalk Zoning Commission and possible other local agencies.

1

The parties anticipate that if a settlement agreement is finalized, subject to municipal approvals, a request will be submitted to suspend the scheduling order pending the municipal approval process.

At the present time, the parties are unaware of any circumstance that potentially interferes with the parties' compliance with the scheduling order.

**SETTLEMENT REFERRAL**

At this time, the parties do not request referral for settlement purposes.

**TRIAL BEFORE A MAGISTRATE JUDGE**

The parties do not consent to a trial before a magistrate judge.

**ESTIMATED LENGTH OF TRIAL**

The parties anticipate that the trial of this matter will take approximately four (4) to five (5) days.

**THE PLAINTIFF**

By: _____
David C. Grimes
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT 06604
Telephone # (203) 367-4421
Facsimile # (203) 366-8615
dgrimes@elstein-law.com
Federal Bar No. CT25630

## CERTIFICATION

This is to certify that a copy of the foregoing has on December 30, 2004 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
Attorney for the defendant, Ritz Realty Corp.

David C. Grimes, Esq.

Z:\AUTOZONE\Adap v. Ritz(Avalon)\Status Report 010305.doc

3