# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | JANUARY 31, 2005 |

## PLAINTIFF'S MOTION, ON CONSENT, FOR PERMISSION TO FILE UNDER SEAL

Pursuant to Local Rule 5(d), the plaintiff moves for an order to seal confidential information exchanged between the parties during discovery and which the parties anticipate using in summary judgment proceedings.

Specifically, the plaintiff moves to seal the following information:

1. Certain financial information concerning the operation of the AutoZone store in Norwalk, Connecticut;

2. Deposition testimony of Alex Oliphant;

3. Deposition testimony of David Gilmore.

In support hereof, the plaintiff submits the information is sensitive and confidential and concern the business methods, profitability and conceptual work of the plaintiff. During the course of discovery, information has been exchanged under a signed confidentiality agreement.

**ORAL ARGUMENT NOT REQUESTED**

In particular, in discussions with counsel for the defendant, AvalonBay Communities, Inc., there will be information submitted to the Court in support with said defendant's motion for summary judgment regarding the store specific profit and loss statements that are sensitive and demonstrate the financial performance of this store.

Wherefore, the plaintiff moves for permission to file or cause the defendant, AvalonBay Communities, Inc., to file the above information under seal.

                                          **THE PLAINTIFF**
                                          **ADAP, INC. D/B/A AUTOZONE**

                                          By:_____
                                             Bruce L. Elstein, Esq.
                                             Elstein and Elstein, P.C.
                                             1087 Broad Street
                                             Bridgeport, Connecticut 06604
                                             Telephone: (203) 367-4421
                                             Facsimile:  (203) 366-8615
                                             Fed. Bar No. ct 01250
                                             Email: belstein@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has on JANUARY 31, 2005 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
       Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
    Attorney for the defendant, Ritz Realty Corp.

                                                 _____
                                                 Bruce L. Elstein

Z:\AUTOZONE\Adap v. Ritz(Avalon)\MFSJ.doc