UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC. | : CASE NO. 303CV350(MRK) |
| | : |
| | : |
| VS. | : |
| | : |
| RITZ REALTY CORP. and | : |
| AVALONBAY COMMUNITIES, INC. | : FEBRUARY 1, 2005 |

## RESPONSE TO PLAINTIFF'S MOTION FOR PERMISSION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 5(d)

Defendant AvalonBay Communities, Inc. ("AvalonBay") files this Response in connection with Plaintiff's Motion for Permission to File Under Seal Pursuant to Local Rule 5(d) dated January 31, 2005.

In its Motion, Plaintiff seeks to seal certain information that AvalonBay is submitting to the Court with AvalonBay's Motion for Partial Summary Judgment dated February 1, 2005. AvalonBay references in and/or attaches to its Memorandum of Law in Support of Motion for Partial Summary Judgment and associated Local Rule 56(a)(1) Statement certain information regarding the Norwalk AutoZone store which Plaintiff asserts is sensitive and confidential, and which Plaintiff seeks to seal pursuant to Local Rule 5(d). Specifically, these materials consist of Alex Oliphant Deposition Exhibit 13 (profit and loss statements generated by AutoZone in connection with the Norwalk AutoZone store), and certain deposition testimony of Plaintiff's representatives Alex Oliphant and David Gilmore. Plaintiff produced the subject information to the Defendants subject to a claim of confidentiality pursuant to a confidentiality agreement entered into by the parties during discovery. Given the pendency of Plaintiff's Motion, and consistent with the terms of the confidentiality agreement, AvalonBay has filed its Memorandum

**ORAL ARGUMENT NOT REQUESTED**

of Law in Support of its Motion for Partial Summary Judgment, its Local Rule 56(a)(1) Statement and Oliphant Deposition Exhibit 13 in accordance with the filing procedures of Local Rule 5(d) so as to afford Plaintiff the opportunity to seek an order sealing the subject information.  Because the information at issue is AutoZone's, AvalonBay takes no position as to Plaintiff's Motion.

        DEFENDANT,
        AVALONBAY COMMUNITIES, INC.


By_____
    Joseph L. Hammer (ct00446)
    David M. Bizar (ct20444)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT  06103-3499
    Tel:  (860) 275-0100
    Fax:  (860) 275-0343
    E-mail: jlhammer@dbh.com
           dmbizar@dbh.com

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent this 1st day of February, 2005, via first class mail, postage prepaid to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294
Phone:  (203) 367-4421
Fax:      (203) 366-8615


Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103-3101
Phone: (860) 493-3468
Fax:     (860) 724-3921


                                                                                              _____

                                                                                              Joseph L. Hammer