FILED

2005 FEB -1 P 3: 09

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. D/B/A AUTOZONE<br>Plaintiff, | : | CASE NO. 3:03cv350 (MRK) |
| V. | : | |
| RITZ REALTY CORP. AND<br>AVALONBAY COMMUNITIES, INC.<br>Defendants. | : | FEBRUARY 1, 2005 |

## DEFENDANT RITZ REALTY CORP.'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Ritz Realty Corp. ("Ritz") hereby joins and incorporates by reference the Motion for Partial Summary Judgment of its co-defendant, AvalonBay Communities, Inc. ("AvalonBay"), filed pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant Ritz also hereby joins and incorporates by reference AvalonBay's supporting Memorandum of Law, Local Rule 56(a)(1) Statement, and the evidentiary materials submitted therewith.

Defendants are entitled to summary judgment on Plaintiff ADAP, Inc.'s request for injunctive relief and specific performance as there is no genuine issue of material fact that Plaintiff will not suffer any irreparable harm from the development that it seeks to enjoin; any commercial losses that Plaintiff claims it will suffer if the development proceeds cannot possibly threaten its business viability; and any such losses would be readily measurable, thereby providing Plaintiff with an adequate remedy at law.

*Rome McGuigan, P.C.* · *Attorneys at Law*
One State Street · Hartford, Connecticut 06103-3101
(860) 549-1000 · Fax (860) 724-3921 · Juris No. 27726

Accordingly, to the extent Defendant AvalonBay is entitled to judgment as a matter of law denying Plaintiff's claims for injunctive relief and specific performance in Paragraphs a, b, and c of the Prayer for Relief, co-defendant Ritz seeks the same judgment.

DEFENDANT RITZ REALTY CORP.

By: _____
Andrew Houlding Esq. (ct12137)
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103
Tel: (860) 549-1000
Fax: (860) 724-3921
ahoulding@rms-law.com
Its Attorneys

## ORDER

The foregoing Motion having been duly considered is hereby ORDERED:

**GRANTED / DENIED.**

BY THE COURT,

_____
(                    , J.)

- 2 -

## CERTIFICATION

I hereby certify that a copy of the foregoing Joinder of AvalonBay's Motion for Partial Summary Judgment was sent via first class mail, postage prepaid on this 1st day of February 2005 to the following counsel of record:

Bruce L. Elstein, Esq.
Elstein & Elstein, P.C.
1087 Broad Street, Suite 400
Bridgeport, CT 06604-4260

Joseph L. Hammer, Esq.
Day, Berry & Howard, LLP
185 Asylum Avenue
Hartford, CT 06103-3499

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Houlding, Esq.

9202-4/393522

- 3 -

*Rome McGuigan, P.C.* · *Attorneys at Law*
One State Street · Hartford, Connecticut 06103-3101
(860) 549-1000 · Fax (860) 724-3921 · Juris No. 27726