R.+2

# FILED

2005 FEB - I  P 3: 09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| ADAP, INC. D/B/A AUTOZONE | : | CASE NO. 3:03cv350 (MRK) |
| Plaintiff, | | |
| | | |
| V. | : | |
| | | |
| RITZ REALTY CORP. AND | | |
| AVALONBAY COMMUNITIES, INC. | | |
| Defendants. | : | FEBRUARY 1, 2005 |

## DEFENDANT RITZ REALTY CORP.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Ritz Realty Corp. ("Ritz") hereby joins and incorporates by reference the

Memorandum of Law in Support of Motion for Partial Summary Judgment of its co-defendant,

AvalonBay Communities, Inc. ("AvalonBay"), filed pursuant to Rule 56 of the Federal Rules of

Civil Procedure.  Defendant Ritz also hereby joins and incorporates by reference AvalonBay's

supporting Memorandum of Law, Local Rule 56(a)(1) Statement, and the evidentiary materials

submitted therewith.

Plaintiff makes identical allegations against Defendants Ritz and AvalonBay in Counts

One and Two of its Amended Complaint, and Plaintiff seeks identical equitable relief against

Ritz and AvalonBay in parts a, b, and c of its Prayer for Relief.  Accordingly, AvalonBay's legal

arguments in support of its Motion for Summary Judgment apply with equal force to the

Plaintiff's claims against Ritz, and Ritz hereby adopts those arguments and incorporates them

herein by reference.

*Rome McGuigan, P.C.* · *Attorneys at Law*
One State Street · Hartford, Connecticut 06103-3101
(860) 549-1000 · Fax (860) 724-3921 · Juris No. 27726

Accordingly, to the extent Defendant AvalonBay is entitled to judgment as a matter of law denying Plaintiff's claims for injunctive relief and specific performance in Paragraphs a, b, and c of the Prayer for Relief, co-defendant Ritz seeks the same judgment.

DEFENDANT RITZ REALTY CORP.

By: _____
Andrew Houlding Esq. (ct12137)
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT  06103
Tel: (860) 549-1000
Fax: (860) 724-3921
ahoulding@rms-law.com
Its Attorneys

- 2 -

## CERTIFICATION

I hereby certify that a copy of the foregoing Memorandum of Law in Support of Motion

for Partial Summary Judgment was sent via first class mail, postage prepaid, on this 1st day of

February 2005 to the following counsel of record:

Bruce L. Elstein, Esq.
Elstein & Elstein, P.C.
1087 Broad Street, Suite 400
Bridgeport, CT  06604-4260

Joseph L. Hammer, Esq.
Day, Berry & Howard, LLP
185 Asylum Avenue
Hartford, CT  06103-3499

                                                  Andrew Houlding, Esq.

9202-4/393559

- 3 -