```
                              FILED

                        2005 FEB -1  P 3:08

                        U.S. DISTRICT COURT
                        NEW HAVEN. CT
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. D/B/A AUTOZONE<br>    Plaintiff, | : | CASE NO. 3:03cv350 (MRK) |
| V. | : | |
| RITZ REALTY CORP. AND<br>AVALONBAY COMMUNITIES, INC.<br>    Defendants. | : | FEBRUARY 1, 2005 |

## DEFENDANT RITZ REALTY CORP.'S LOCAL RULE 56(a)(1) STATEMENT

Defendant Ritz Realty Corp. ("Ritz") hereby joins and incorporates by reference the Local Rule 56(a)(1) Statement of its co-defendant, AvalonBay Communities, Inc. ("AvalonBay"), filed in connection with its Motion for Summary Judgment filed pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant Ritz also hereby joins and incorporates by reference AvalonBay's supporting evidentiary materials submitted therewith.

DEFENDANT RITZ REALTY CORP.

By: _____
Andrew Houlding Esq. (ct12137)
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103
Tel: (860) 549-1000
Fax: (860) 724-3921
ahoulding@rms-law.com
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing Local Rule 56(a)(1) Statement was sent via first class mail, postage prepaid on this 1st day of February 2005 to the following counsel of record:

Bruce L. Elstein, Esq.
Elstein & Elstein, P.C.
1087 Broad Street, Suite 400
Bridgeport, CT  06604-4260

Joseph L. Hammer, Esq.
Day, Berry & Howard, LLP
185 Asylum Avenue
Hartford, CT  06103-3499

_____
Andrew Houlding, Esq.

9202-4/393561

- 2 -

Rome McGuigan, P.C. · Attorneys at Law
One State Street · Hartford, Connecticut 06103-3101
(860) 549-1000 · Fax (860) 724-3921 · Juris No. 27726