UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC. | : CASE NO. 303CV350(MRK) |
| | : |
| VS. | : |
| | : |
| RITZ REALTY CORP. and | : |
| AVALONBAY COMMUNITIES, INC. | : FEBRUARY 1, 2005 |

### DEFENDANT AVALONBAY COMMUNITIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant AvalonBay Communities, Inc. ("AvalonBay") respectfully moves for partial summary judgment with respect to Plaintiff ADAP, Inc.'s request for injunctive relief and specific performance. As more fully set forth in the accompanying Memorandum of Law, AvalonBay is entitled to summary judgment because there is no genuine issue of material fact that Plaintiff will not suffer any irreparable harm from the development that it seeks to enjoin. Any commercial losses that Plaintiff claims it will suffer if the development proceeds cannot possibly threaten its business viability. Moreover, any such losses will be readily measurable, thereby providing Plaintiff with an adequate remedy at law. Accordingly, AvalonBay is entitled to judgment as a matter of law denying Plaintiff's claims for injunctive relief and specific performance in Paragraphs a, b, and c of the Prayer for Relief. In support of this Motion, AvalonBay submits its Memorandum of Law and Local Rule 56(a)(1) Statement together with the exhibits attached thereto.

**ORAL ARGUMENT IS REQUESTED**

DEFENDANT,
AVALONBAY COMMUNITIES, INC.

By _____
Joseph L. Hammer (ct00446)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
Tel:  (860) 275-0100
Fax:  (860) 275-0343
E-mail: jlhammer@dbh.com
          dmbizar@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent this 1st day of February, 2005, via first class mail, postage prepaid to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294
Phone:  (203) 367-4421
Fax:     (203) 366-8615


Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103-3101
Phone: (860) 493-3468
Fax:    (860) 724-3921

_____
Joseph L. Hammer