```
                                                              1

1                   UNITED STATES DISTRICT COURT

2                      DISTRICT OF CONNECTICUT

3                         REGULAR TRANSCRIPT

4

5   - - - - - - - - - - - - - - - - - - - - - - x

6   ADAP, INC.,                                  :

7                Plaintiff,                      :

8        -versus-                                : No. 303CV350 (AWT)

9   RITZ REALTY CORP. and                        :
    AVALONBAY COMMUNITIES, INC.,
10
                 Defendants.                     :
11
    - - - - - - - - - - - - - - - - - - - - - - x
12

13

14

15            Deposition of JAMES O. McCLAIN,

16   taken pursuant to the Federal Rules of

17   Civil Procedure, at the law offices of Day,

18   Berry & Howard, L.L.P., CityPlace I - 185

19   Asylum Street, Hartford, Connecticut,

20   before Gerald Gale, L.S.R. 00027,

21   Registered Merit Reporter and a Notary

22   Public in and for the State of Connecticut,

23   on August 26, 2003, at 9:00 a.m.

24

25
```

ORIGINAL

```
 1   A P P E A R A N C E S:

 2          For the Plaintiff:

 3   ELSTEIN & ELSTEIN
     1087 Broad Street
 4   Bridgeport, Connecticut   06604-4231
     By:  BRUCE L. ELSTEIN, ESQ.
 5        (203) 367-4421

 6
            For the Defendant Avalonbay
 7          Communities, Inc.:

 8   DAY, BERRY & HOWARD, L.L.P.
     CityPlace I - 185 Asylum Street
 9   Hartford, Connecticut   06103
     By:  JOSEPH L. HAMMER, ESQ.
10        (860) 275-0100

11
            For the Defendant Ritz Realty Corp.:
12
     ROME, McGUIGAN & SABANOSH
13   One State Street
     Hartford, Connecticut   06103-3101
14   By:  ANDREW L. HOULDING, ESQ.
          (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

```
 1  been deposed?
 2      A.   Four or five times.
 3      Q.   You are familiar with the ground rules
 4  in terms of needing to answer audibly for the
 5  court reporter?
 6      A.   Generally, I hope you will remind me
 7  if there is an issue of that.
 8      Q.   If you don't understand one of my
 9  questions and you need to have me rephrase it,
10  please let me know.
11      A.   I will.
12      Q.   Who is your employer?
13      A.   AutoZone, Inc.
14      Q.   How does AutoZone, Inc., relate to the
15  entity known as ADAP, Inc.?
16      A.   AutoZone is the owner of ADAP, Inc.
17      Q.   Are they the owner of -- ADAP is a
18  stock corporation?
19      A.   A wholly-owned subsidiary.
20      Q.   Since when has that been the case?
21      A.   Early 1988, I believe it was in
22  February.
23      Q.   When did you attend college?
24      A.   Rollins College, Florida.  I graduated
25  from Memphis State University.
```

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___15___ day of ___September___, 2003

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:
NOVEMBER 30, 2003