

# UNITED STATES OF AMERICA

## SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*Attached is a copy of, annual report on Form 10-K, for the fiscal year ended August 28, 2004, received in this Commission October 27, 2004, under the name AutoZone, Inc., File No. 1-10714, pursuant to the provisions of the Securities Exchange Act of 1934.*

on file in this Commission
January 10, 2005

—————————————
(Date)

Larry Mills
Records Officer

It is hereby certified that the Associate Executive Director, Office of Filings and Information Services, U.S. Securities and Exchange Commission, Washington, D.C., which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission, and all records and files created or established by the Federal Trade Commission pursuant to the provisions of the Securities Act of 1933 and transferred to this Commission in accordance with Section 210 of the Securities Exchange Act of 1934, and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Director, Associate Directors, Special Assistant to the Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or any one of them, are authorized to execute the above attestation.

For the Commission

Jonathan G. Katz
Secretary

SEC 334 (6-03)

Table of Contents

\

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

# FORM 10-K

[X]    Annual Report under section 13 or 15(d) of the Securities Exchange Act of 1934
For the fiscal year ended August 28, 2004, or

[ ]    Transition report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934
For the transition period from__to__.

Commission file number 1-10714

# AUTOZONE, INC.
(Exact name of registrant as specified in its charter)

| Nevada | 62-1482048 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**123 South Front Street, Memphis, Tennessee 38103**
(Address of principal executive offices) (Zip Code)

**(901) 495-6500**
Registrant's telephone number, including area code

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange |
|---|---|
| Common Stock | on which registered |
| ($.01 par value) | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
    None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K § 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act). Yes [X] No [ ]

The aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter was $5,705,229,019.

The number of shares of Common Stock outstanding as of October 21, 2004, was 79,786,346.

### Documents Incorporated By Reference

Portions of the definitive Proxy Statement to be filed within 120 days of August 28, 2004, pursuant to Regulation 14A under the Securities Exchange Act of 1934 for the Annual Meeting of Stockholders to be held December 16, 2004, are incorporated by reference into Part III.

2

---

## TABLE OF CONTENTS

**PART I**  5
  Item 1. Business  5
    Introduction  5
    Marketing and Merchandising Strategy  6
    Commercial  7
    Store Operations  7
    Store Development  9
    Purchasing and Supply Chain  9
    Competition  9
    Trademarks and Patents  10
    Employees  10
    AutoZone Website  10
    Executive Officers of the Registrant  10
    Risk Factors  11
  Item 2. Properties  13
  Item 3. Legal Proceedings  14
  Item 4. Submission of Matters to a Vote of Security Holders  14

**PART II**  14
  Item 5. Market for Registrant's Common Stock and Related Stockholder Matters  14
  Item 6. Selected Financial Data  15
  Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations  15
  Item 7A. Quantitative and Qualitative Disclosures About Market Risk  15
  Item 8. Financial Statements and Supplementary Data  16
  Item 9. Changes In and Disagreements with Accountants on Accounting and Financial Disclosure  16
  Item 9A. Controls and Procedures  16

**PART III**  16
  Item 10. Directors and Officers of the Registrant  16
  Item 11. Executive Compensation  16
  Item 12. Security Ownership of Certain Beneficial Owners and Management  16
  Item 13. Certain Relationships and Related Transactions  16
  Item 14. Principal Accountant Fees and Services  17

**PART IV**  17
  Item 15. Exhibits, Financial Statement Schedules, and Reports On Form 8-K  17
  EX-12.1 RATIO OF EARNINGS TO FIXED CHARGES
  EX-13.1 FISCAL 2004 ANNUAL REPORT
  EX-21.1 SUBSIDIARIES OF THE REGISTRANT
  EX-23.1 CONSENT OF ERNST & YOUNG LLP
  EX-31.1 SECTION 302 CERTIFICATION OF THE CEO
  EX-31.2 SECTION 302 CERTIFICATION OF THE CFO
  EX-32.1 SECTION 906 CERTIFICATION OF THE CEO
  EX-32.2 SECTION 906 CERTIFICATION OF THE CFO

Table of Contents

## Forward-Looking Statements

Certain statements contained in this Annual Report on Form 10-K are forward-looking statements. Forward-looking statements typically use words such as "believe," "anticipate," "should," "intend," "plan," "will," "expect," "estimate," "project," "positioned," "strategy," and similar expressions. These are based on assumptions and assessments made by our management in light of experience and perception of historical trends, current conditions, expected future developments and other factors that we believe to be appropriate. These forward-looking statements are subject to a number of risks and uncertainties, including without limitation, competition; product demand; the economy; the ability to hire and retain qualified employees; consumer debt levels; inflation; raw material costs of our suppliers; gasoline prices; war and the prospect of war, including terrorist activity; availability of commercial transportation; construction delays; access to available and feasible financing; and our ability to continue to negotiate pay-on-scan and other arrangements with our vendors. Forward-looking statements are not guarantees of future performance and actual results; developments and business decisions may differ from those contemplated by such forward-looking statements, and such events could materially and adversely affect our business. Forward-looking statements speak only as of the date made. Except as required by applicable law, we undertake no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise. Actual results may materially differ from anticipated results. Please refer to the Risk Factors section contained in Item 1 under Part I. of this Form 10-K, for more details.

4

Table of Contents

## PART I

**Item 1. Business**

**Introduction**

We are the nation's leading specialty retailer of automotive parts and accessories, with most of our sales to do-it-yourself ("DIY") customers. We began operations in 1979 and at August 28, 2004, operated 3,420 auto parts stores in the United States and 63 in Mexico. Each of our stores carries an extensive product line for cars, sport utility vehicles, vans and light trucks, including new and remanufactured automotive hard parts, maintenance items, accessories and non-automotive products. In many of our domestic stores we also have a commercial sales program that provides commercial credit and prompt delivery of parts and other products to local, regional and national repair garages, dealers and service stations. We also sell the ALLDATA brand automotive diagnostic and repair software. On the web at www.autozone.com, we sell diagnostic and repair information, auto and light truck parts, and accessories. We do not derive revenue from automotive repair or installation.

At August 28, 2004, our stores were in the following locations:

| | |
|---|---:|
| Alabama | 84 |
| Arizona | 87 |
| Arkansas | 53 |
| California | 407 |
| Colorado | 49 |
| Connecticut | 27 |
| Delaware | 8 |
| Florida | 159 |
| Georgia | 119 |
| Idaho | 13 |
| Illinois | 166 |
| Indiana | 112 |
| Iowa | 22 |
| Kansas | 37 |
| Kentucky | 67 |
| Louisiana | 90 |
| Maine | 6 |
| Maryland | 33 |
| Massachusetts | 65 |
| Michigan | 128 |
| Minnesota | 21 |
| Mississippi | 71 |
| Missouri | 80 |
| Montana | 1 |
| Nebraska | 9 |
| Nevada | 36 |
| New Hampshire | 15 |
| New Jersey | 36 |
| New Mexico | 34 |
| New York | 105 |
| North Carolina | 117 |
| North Dakota | 2 |
| Ohio | 195 |
| Oklahoma | 66 |
| Oregon | 19 |
| Pennsylvania | 89 |
| Rhode Island | 15 |
| South Carolina | 58 |
| South Dakota | 1 |
| Tennessee | 124 |

Table of Contents

| | |
|---|---:|
| Texas | 402 |
| Utah | 27 |
| Vermont | 1 |
| Virginia | 70 |
| Washington | 18 |
| West Virginia | 22 |
| Wisconsin | 43 |
| Wyoming | 5 |
| Washington, DC | 6 |
| Domestic Total | 3,420 |
| Mexico | 63 |
| TOTAL | 3,483 |

## Marketing and Merchandising Strategy

We are dedicated to providing customers with superior service, value and quality automotive parts and products at conveniently located, well-designed stores. Key elements of this strategy are:

### *Customer Service*

We believe that our customers value service; therefore, customer service is the most important element in our marketing and merchandising strategy. We emphasize that our AutoZoners (employees) should always put customers first by providing prompt, courteous service and trustworthy advice. Our electronic parts catalog assists in the selection of parts; and lifetime warranties are offered by us or our vendors on many of the parts we sell. Our satellite system in our auto parts stores helps us expedite credit or debit card and check approval processes and locate parts at neighboring AutoZone stores.

Our stores generally open at 8 a.m. and close between 8 and 10 p.m. Monday through Saturday and typically open at 9 a.m. and close between 6 and 8 p.m. on Sunday. Some stores are open 24 hours, and some have extended hours of 6 a.m or 7 a.m. until midnight seven days a week.

We also provide specialty tools through our Loan-A-Tool program. Customers can borrow a specialty tool, such as a steering wheel puller, for which a DIY customer or a repair shop would have little or no use other than for a single job. AutoZoners also provide other free services, including check engine light readings; battery charging and installation assistance; oil recycling; and testing of starters, alternators, batteries, sensors and actuators.

### *Merchandising*

The following table shows some of the types of products that we sell:

| Hard Parts | Maintenance Items | Accessories and Non-Automotive |
|---|---|---|
| A/C Compressors | Antifreeze | Air Fresheners |
| Alternators | Belts and Hoses | Cell Phone Accessories |
| Batteries | Brake Fluid | Decorative Lighting |
| Brake Drums, Rotors, | Chemicals | Dent Filler |
| Shoes and Pads | Fuses | Floor Mats |
| Carburetors | Lighting | Neon |
| Clutches | Oil | Mirrors |
| CV Axles | Oil and Fuel Additives | Paint |
| Engines | Oil, Air and Fuel Filters | Scooters and Go-carts |
| Fuel Pumps | Power Steering Fluid | Seat Covers |
| Mufflers | Refrigerant | Steering Wheel Covers |
| Shock Absorbers | Spark Plugs | Stereos |
| Starters | Transmission Fluid | Sunglasses |
| Struts | Wash and Wax | Tools |
| Water Pumps | Windshield Wipers | Toys |

6

Table of Contents

We believe that the satisfaction of DIY customers and professional technicians is often impacted by our ability to provide specific automotive products as requested. Our stores generally offer between 21,000 and 23,000 stock keeping units ("SKUs"), covering a broad range of vehicle types. Each store carries the same basic product line, but we tailor our parts inventory to the makes and models of the automobiles in each store's trade area. Our hub stores carry a larger assortment of products that can be delivered to commercial customers or local satellite stores. Slower-selling products are generally available through our vendor direct program (VDP) which offers overnight delivery.

We are constantly updating the products that we offer to assure that our inventory matches the products that our customers want, when they want them.

### Pricing

We want to be perceived by our customers as the value leader in our industry by consistently providing quality merchandise at a good price, backed by a good warranty and outstanding customer service. On many of our products we offer multiple value choices in a good/better/best assortment, with appropriate price and quality differences from the "good" products to the "better" and "best" products. We believe that our overall prices compare favorably to those of our competitors.

### Marketing

We believe that targeted advertising and marketing play important roles in succeeding in today's environment. We are constantly working to understand our customers' wants and needs so that we can build long-lasting, loyal relationships. We utilize marketing and advertising primarily to educate customers about the overall importance of vehicle maintenance. We also seek to convey the message that AutoZone is THE brand known for "relentlessly creating the most exciting Zone for vehicle solutions!" Broadcast and print media are designed primarily to increase store traffic. In-store signage and creative product placement help to educate customers about products they need as a means to increase average sales dollars per transaction.

### Store Design and Visual Merchandising

We design and build stores for a high visual impact. The typical AutoZone store has an industrial "high tech" appearance by utilizing colorful exterior and interior signage, exposed beams and ductwork and brightly lighted interiors. Maintenance products, accessories and miscellaneous items are attractively displayed for easy browsing by customers. In-store signage and special displays promote products in floor displays, end caps and on the shelf. Store managers are able to customize certain areas of the store to prominently display products that are in demand in the local community.

### Commercial

We believe our commercial sales program is the third largest aftermarket seller of automotive parts and other products to local, regional and national repair garages, dealers and service stations in the United States. As a part of the program we offer credit and delivery to some of our commercial customers. The program operated out of 2,209 stores as of August 28, 2004. Through our hub stores, we offer a greater range of parts and products desired by professional technicians and can also be used as additional available inventory for local stores. In addition, some of our commercial customers receive shipments directly from our distribution centers. Commercial has a national sales team focused on national and regional commercial accounts, as well as an outside sales force for customers located around our commercial stores.

### Store Operations

### Store Formats

Substantially all AutoZone stores are based on standard store formats resulting in generally consistent appearance, merchandising and product mix. Approximately 85% to 90% of each store's square footage is selling space, of which approximately 40% to 45% is dedicated to hard parts inventory. The hard parts inventory area is

Table of Contents

generally fronted by a counter or pods that run the depth or length of the store, dividing the hard parts area from the remainder of the store. The remaining selling space contains displays of maintenance, accessories, and non-automotive items.

We have knowledgeable AutoZoners available to assist customers with their parts needs utilizing our proprietary electronic parts catalog with a display screen that is visible to both the AutoZoner and the customer. In addition to helping ensure fast, accurate parts lookup in English or Spanish, the parts catalog will suggest additional items that a customer should purchase in order to properly install the merchandise being purchased.

We believe that our stores are "destination stores," generating their own traffic rather than relying on traffic created by adjacent stores. Therefore, we situate most stores on major thoroughfares with easy access and good parking.

### Store Personnel and Training

Each auto parts store typically employs from 10 to 16 AutoZoners, including a manager and, in some cases, an assistant manager. AutoZoners typically have prior automotive experience. All AutoZoners are encouraged to complete courses resulting in certification by the National Institute for Automotive Service Excellence (ASE), which is broadly recognized for training certification in the automotive industry. Although we do on-the-job training, we also provide formal training programs, including an annual national sales meeting, regular store meetings on specific sales and product issues, standardized training manuals and a specialist program that trains AutoZoners in several areas of technical expertise from both the Company and from independent certification agencies. Training is supplemented with frequent store visits by management.

Store managers receive financial incentives through performance-based bonuses. In addition, our growth has provided opportunities for the promotion of qualified AutoZoners. We believe these opportunities are important to attract, motivate and retain quality AutoZoners.

All domestic store support functions are centralized in our store support center in Memphis, Tennessee. We believe that this centralization enhances consistent execution of our merchandising and marketing strategies at the store level, while reducing expenses and cost of sales.

### Store Automation

All of our stores have a proprietary electronic parts catalog that provides parts information based on the make, model and year of an automobile. The electronic catalog also tracks inventory availability at the store, at other nearby stores and through special order. The catalog display screens are placed on the hard parts counter or pods where both AutoZoners and customers can view the screen. In addition, our satellite system enables the stores to expedite credit or debit card and check approval processes, immediately access national warranty data, implement real-time inventory controls and locate and hold parts at neighboring AutoZone stores.

Our domestic auto parts stores utilize our computerized Store Management System, which includes bar code scanning and point-of-sale data collection terminals. The Store Management System provides administrative assistance and improved personnel scheduling at the store level, as well as enhanced merchandising information and improved inventory control. We believe the Store Management System also enhances customer service through faster processing of transactions and simplified warranty and product return procedures.

8

Table of Contents

## Store Development

The following table reflects store development during the past five fiscal years:

| | Fiscal Year | | | | |
|---|---|---|---|---|---|
| | 2004 | 2003 | 2002 | 2001 | 2000 |
| Beginning Domestic Stores | 3,219 | 3,068 | 3,019 | 2,915 | 2,711 |
| New Stores | 202 | 160 | 102 | 107 | 208 |
| Replaced Stores | 4 | 6 | 15 | 16 | 30 |
| Closed Stores | 1 | 9 | 53 | 3 | 4 |
| Net New Stores | 201 | 151 | 49 | 104 | 204 |
| Ending Domestic Stores | 3,420 | 3,219 | 3,068 | 3,019 | 2,915 |
| Ending Mexico Stores | 63 | 49 | 39 | 21 | 13 |
| Ending Total Stores | 3,483 | 3,268 | 3,107 | 3,040 | 2,928 |

We believe that expansion opportunities exist both in markets that we do not currently serve, and in markets where we can achieve a larger presence. We attempt to obtain high visibility sites in high traffic locations and undertake substantial research prior to entering new markets. The most important criteria for opening a new store are its projected future profitability and its ability to achieve our required investment hurdle rate. Key factors in selecting new site and market locations include population, demographics, vehicle profile, number and strength of competitors' stores and the cost of real estate. In reviewing the vehicle profile, we also consider the number of vehicles that are seven years old and older, "our kind of vehicles" (OKVs), as these are generally no longer under the original manufacturers' warranty and will require more maintenance and repair than younger vehicles. We generally seek to open new stores within or contiguous to existing market areas and attempt to cluster development in markets in a relatively short period of time. In addition to continuing to lease or develop our own stores, we evaluate and may make strategic acquisitions.

## Purchasing and Supply Chain

Merchandise is selected and purchased for all stores through our Store Support Center in Memphis, Tennessee. No one class of product accounts for as much as 10 percent of our total sales. In fiscal 2004, no single supplier accounted for more than 10 percent of our total purchases. We generally have few long-term contracts for the purchase of merchandise. We believe that we have good relationships with suppliers. We also believe that alternative sources of supply exist, at similar cost, for most types of product sold. Most of our merchandise flows through our distribution centers to our stores.

Our hub stores have increased our ability to distribute products on a timely basis to each store. A hub store is able to provide replenishment of sold products and deliver special order products to a store in its coverage area generally within 24 hours. Hub stores are generally replenished from distribution centers multiple times per week.

## Competition

The sale of automotive parts, accessories and maintenance items is highly competitive in many areas, including name recognition, product availability, customer service, store location and price. AutoZone competes in both the retail DIY and commercial do it for me ("DIFM") auto parts and accessories markets.

Competitors include national and regional auto parts chains, independently owned parts stores, wholesalers and jobbers, repair shops, car washes and auto dealers, in addition to discount and mass merchandise stores, department stores, hardware stores, supermarkets, drugstores and home stores that sell aftermarket vehicle parts and supplies, chemicals, accessories, tools and maintenance parts. AutoZone competes on the basis of customer service, including the trustworthy advice of our AutoZoners, merchandise selection and availability, price, product warranty, store layouts and location.

Table of Contents

## Trademarks and Patents

We have registered several service marks and trademarks in the United States Patent and Trademark office as well as in other countries, including our service marks, "AutoZone" and "Get in the Zone," and trademarks, "AutoZone," "Duralast," "Duralast Gold," "Valucraft," and "ALLDATA." We believe that the "AutoZone" service marks and trademarks are important components of our merchandising and marketing strategy.

## Employees

As of August 28, 2004, we employed approximately 49,000 persons, approximately 59 percent of whom were employed full-time. About 91 percent of our AutoZoners were employed in stores or in direct field supervision, approximately 7 percent in distribution centers and approximately 2 percent in store support functions. Included in the above numbers are approximately 800 persons employed in our Mexico operations.

We have never experienced any material labor disruption and believe that relations with our AutoZoners are generally good.

## AutoZone Website

AutoZone's primary website is at http://www.autozone.com. We make available, free of charge, at our investor relations website, http://www.autozoneinc.com, our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Securities and Exchange Act of 1934, as amended, as soon as reasonably feasible after we electronically file such material with, or furnish it to, the Securities and Exchange Commission.

## Executive Officers of the Registrant

The following list describes our executive officers. The title of each executive officer includes the words "Customer Satisfaction" which reflects our commitment to customer service. Officers are elected by and serve at the discretion of the Board of Directors.

*Steve Odland, 46—Chairman, President, Chief Executive Officer and Director*

Steve Odland has been Chairman, Chief Executive Officer, and a Director since January 2001, and President since May 2001. Previously, he was an executive with Ahold USA from 1998 to 2000. Mr. Odland was President of the Foodservice Division of Sara Lee Bakery from 1997 to 1998. He was employed by The Quaker Oats Company from 1981 to 1996 in various executive positions.

*Michael G. Archbold, 44—Executive Vice President, Chief Financial Officer*

Michael G. Archbold was elected Executive Vice President, Chief Financial Officer during fiscal 2005. Prior to fiscal 2005, he was Senior Vice President, Chief Financial Officer since fiscal 2002. Previously he was Vice President & Chief Financial Officer for the Booksellers division of Barnes & Noble, Inc., since 1996. He was employed by Woolworth Corporation (now Foot Locker, Inc.) from 1988 to 1996 in various financial positions, including Assistant Controller.

*Michael E. Longo, 43—Executive Vice President, Supply Chain, Information Technology, Mexico and Store Development*

Michael E. Longo was elected Executive Vice President, Supply Chain, Information Technology, Mexico and Store Development during fiscal 2005. Prior to that, he was Senior Vice President–Growth Initiatives since fiscal 2004. Previously he was Senior Vice President–Operations, Commercial and ALLDATA since 2002. Prior to that time he was Senior Vice President–Operations since February 2001, Senior Vice President–Supply Chain since 1998 and Vice President–Distribution since 1996. Mr. Longo has been employed by AutoZone since 1992.

10

Table of Contents

*William C. Rhodes, III, 39—Executive Vice President*–Store Operations and Commercial

William C. Rhodes, III, was elected Executive Vice President–Store Operations and Commercial during fiscal 2005. Prior to fiscal 2005, he was Senior Vice President–Supply Chain and Information Technology since fiscal 2002. Previously he was Senior Vice President–Supply Chain since 2001. Prior to that time, he served in various capacities within AutoZone, including Vice-President–Stores in 2000, Senior Vice President–Finance and Vice President–Finance in 1999 and Vice President–Operations Analysis and Support from 1997 to 1999. Prior to that, Mr. Rhodes was a manager with Ernst & Young, LLP.

*James A. Shea, 59— Executive Vice President–Merchandising and Marketing*

James A. Shea was elected Executive Vice President–Merchandising and Marketing during fiscal 2005. He was President and Co-founder of Drop Shop Store during 2004. Prior to 2004, he was Chief Executive Officer of Party City from 1999 to 2003. From 1995 to 1999, he was President of Lechter's Housewares.

*Bradley W. Bacon, 51— Senior Vice President–Retail Operations*

Bradley W. Bacon was elected Senior Vice President–Retail Operations in fiscal 2004. Previously he was Vice President–General Manager, Retail Operations since joining AutoZone in fiscal 2003. Prior to that time, he was Executive Vice President — Operations for Tops Markets LLC since 2000 and was Senior Vice President- Operations for First National Supermarkets from 1996 to 1999.

*Harry L. Goldsmith, 53—Senior Vice President, Secretary and General Counsel*

Harry L. Goldsmith was elected Senior Vice President, Secretary and General Counsel in 1996. Previously he was Vice President, General Counsel and Secretary from 1993 to 1996.

*Stephen C. Handschuh, 52—Senior Vice President- Commercial*

Stephen C. Handschuh was elected Senior Vice President–Commercial in fiscal 2004. Previously he was President of NAPA Auto Parts since 1997 and Vice President, NAPA Wholesale since 1994. He was employed by NAPA since 1987.

*Lisa R. Kranc, 51—Senior Vice President–Marketing*

Lisa R. Kranc was elected Senior Vice President–Marketing during fiscal 2001. Previously, she was Vice President–Marketing for Hannaford Bros. Co., a Maine-based grocery chain, since 1997, and was Senior Vice President–Marketing for Bruno's, Inc., from 1996 to 1997. Prior to 1997, she was Vice President Marketing for Giant Eagle, Inc. since 1992.

*Robert D. Olsen, 51—Senior Vice President–Mexico and Store Development*

Robert D. Olsen was elected Senior Vice President in fiscal 2000. Mr. Olsen has primary responsibility for store development and Mexico operations. From 1993 to 2000, Mr. Olsen was Executive Vice President and Chief Financial Officer of Leslie's Poolmart. From 1985 to 1989, Mr. Olsen held several positions with AutoZone, including Controller, Vice President–Finance, and Senior Vice President and Chief Financial Officer.

*Daisy L. Vanderlinde, 53—Senior Vice President–Human Resources and Loss Prevention*

Daisy L. Vanderlinde was elected Senior Vice President–Human Resources and Loss Prevention in fiscal 2002. She joined AutoZone as Senior Vice President–Human Resources in 2001. Previously, she was Vice President–Human Resources for Tractor Supply Company since 1996 and Vice President–Human Resources for Marshalls, Inc., from 1990.

*Charlie Pleas, III, 39—Vice President and Controller*

Charlie Pleas, III, was elected Vice President and Controller during fiscal 2003. Previously, he was Vice President–Accounting since 2000, and Director of General Accounting since 1996. Prior to that, Mr. Pleas was a Division Controller with Fleming Companies, Inc. where he served in various capacities from 1988.

11

Table of Contents

## Risk Factors

**We may not be able to increase sales by the same historic growth rates.**

We have increased our store count in the past five fiscal years, growing from 2,717 stores at August 28, 1999, to 3,483 stores at August 28, 2004, an average store count increase per year of 5%. Additionally, we have increased annual revenues in the past five fiscal years from $4.1 billion in fiscal 1999 to $5.6 billion in fiscal 2004, an average increase per year of 7%. Annual revenue growth is driven by the opening of new stores and improving same-store sales, which were flat in fiscal 2004. We cannot provide any assurance that we can continue to open stores or increase same-store sales.

**Our business depends upon qualified employees.**

At the end of fiscal 2004, our consolidated employee count was approximately 49,000. We can not assure that we can continue to hire and retain qualified employees at current wage rates. If we do not maintain competitive wages, our customer service could suffer by reason of a declining quality of our workforce or, alternatively, our earnings could decrease if we increase our wage rates.

**If demand for our products slows, then our business may be materially affected.**

Demand for products sold by our stores depends on many factors. In the short term, it may depend upon:

- the number of miles vehicles are driven annually, as higher vehicle mileage increases the need for maintenance and repair. Mileage levels may be affected by gas prices and other factors.

- the number of vehicles in current service that are seven years old and older, as these vehicles are no longer under the original vehicle manufacturers' warranty and will need more maintenance and repair than younger vehicles.

- the weather, as vehicle maintenance may be disrupted due to catastrophic weather conditions impacting a wide geographic area.

- the economy. In periods of rapidly declining economic conditions, both retail DIY and commercial DIFM customers may defer vehicle maintenance or repair. During periods of expansionary economic conditions, more of our DIY customers may pay others to repair and maintain their cars instead of working on their own vehicles or they may purchase new vehicles.

For the long term, demand for our products may depend upon:

- the quality of the vehicles manufactured by the original vehicle manufacturers and the length of the warranty or maintenance offered on new vehicles.

- restrictions on access to diagnostic tools and repair information imposed by the original vehicle manufacturers or by governmental regulation.

**If we are unable to compete successfully against other businesses that sell the products that we sell, we could lose customers and our sales and profits may decline.**

The sale of automotive parts, accessories and maintenance items is highly competitive in many areas, including name recognition, product availability, customer service, store location and price. Competitors are rapidly opening locations near our existing stores. AutoZone competes in both the DIY and DIFM auto parts and accessories markets.

Competitors include national and regional auto parts chains, independently owned parts stores, wholesalers and jobbers, repair shops, car washes and auto dealers, in addition to discount and mass merchandise stores, department stores, hardware stores, supermarkets, drugstores and home stores that sell aftermarket vehicle parts and supplies,

Table of Contents

chemicals, accessories, tools and maintenance parts. Although we believe we compete effectively on the basis of customer service, including the knowledge and expertise of our AutoZoners, merchandise quality, selection and availability, product warranty, store layout, location and convenience, price, and the strength of our AutoZone brand name, trademarks and service marks; some competitors may have competitive advantages, such as greater financial and marketing resources, larger stores with more merchandise, longer operating histories, more frequent customer visits and more effective advertising. If we are unable to continue to develop successful competitive strategies, or if our competitors develop more effective strategies, we could lose customers and our sales and profits may decline.

**If we cannot profitably increase market share in the commercial auto parts business, our sales growth may be limited.**

Although we are one of the largest sellers of auto parts in the commercial DIFM market, to increase commercial sales we must compete against automotive aftermarket jobbers and warehouse distributors, in addition to other auto parts retailers that have entered the commercial business. Although we believe we compete effectively on the basis of customer service, merchandise quality, selection and availability, and distribution locations, some automotive aftermarket jobbers and warehouse distributors have been in business for substantially longer periods of time than we have, have developed long-term customer relationships and have larger available inventories. We can make no assurances that we can profitably develop new commercial customers or make available inventories required by commercial customers.

**If our vendors continue to consolidate, we may pay higher prices for our merchandise.**

In recent years, several of our vendors have merged and others have announced plans to merge. Further vendor consolidation could limit the number of vendors from which we may purchase products and could materially affect the prices we pay for these products.

**Consolidation among our competitors may negatively impact our business.**

In recent years, several large auto parts chains have merged. We do not know the impact these mergers will have upon competition in the retail automotive aftermarket. If our competitors are able to achieve efficiencies in their mergers, then there may be greater competitive pressures in the markets in which they are stronger.

**War or acts of terrorism or the threat of either may negatively impact availability of merchandise and adversely impact our sales.**

War, or acts of terrorism or the threat of either, may have a negative impact on our ability to obtain merchandise available for sale in our stores. Some of our merchandise is imported from other countries. If imported goods become difficult or impossible to bring into the United States, and if we cannot obtain such merchandise from other sources at similar costs, our sales and profit margins may be negatively affected.

In the event that commercial transportation is curtailed or substantially delayed, our business may be adversely impacted, as we may have difficulty shipping merchandise to our distribution centers and stores.

**Rising fuel prices may negatively impact our profitability.**

As mentioned above, rising fuel prices may negatively impact miles driven, which may reduce demand for the products that we sell, overall transaction count and our profitability. Fuel prices impact our merchandise distribution, commercial delivery and store utility costs.

13

Table of Contents

## Item 2. Properties

The following table reflects the square footage and number of leased and owned properties for our stores as of August 28, 2004:

|        | No. of Stores | Square Footage |
|--------|--------------:|---------------:|
| Leased | 1,512         | 8,938,575      |
| Owned  | 1,971         | 13,198,121     |
| Total  | 3,483         | 22,136,696     |

We have 3,341,459 square feet in distribution centers servicing our stores, most of which is owned, except for 998,237 square feet that is leased. Our distribution centers are located in Arizona, California, Georgia, Illinois, Louisiana, Ohio, Tennessee, Texas and Mexico. During fiscal 2004, we announced the opening of a new distribution center near Dallas, Texas. Upon opening this facility in fiscal 2005, we will close our smaller facility in San Antonio, Texas.

Our store support center, which we own, is located in Memphis, Tennessee, and consists of 260,000 square feet. We also own and lease other properties that are not material in the aggregate.

## Item 3. Legal Proceedings

AutoZone is involved in various legal proceedings incidental to the conduct of our business. Although the amount of liability that may result from these proceedings cannot be ascertained, we do not currently believe that, in the aggregate, they will result in liabilities material to our financial condition, results of operations, or cash flows.

## Item 4. Submission of Matters to a Vote of Security Holders

None.

14

Table of Contents

# PART II

## Item 5. Market for Registrant's Common Stock and Related Stockholder Matters

AutoZone's common stock is listed on the New York Stock Exchange under the symbol "AZO." On October 21, 2004, there were 3,391 stockholders of record, which does not include the number of beneficial owners whose shares were represented by security position listings.

We currently do not pay a cash dividend on our common stock. Any payment of dividends in the future would be dependent upon our financial condition, capital requirements, earnings, cash flow and other factors.

The following table sets forth the high and low sales prices per share of common stock, as reported by the New York Stock Exchange, for the periods indicated:

|  | Price Range of Common Stock | |
| --- | --- | --- |
|  | High | Low |
| Fiscal Year Ended August 28, 2004: |  |  |
| Fourth quarter | $ 89.80 | $72.25 |
| Third quarter | $ 90.55 | $81.49 |
| Second quarter | $ 97.76 | $80.25 |
| First quarter | $103.53 | $86.03 |
| Fiscal Year Ended August 30, 2003: |  |  |
| Fourth quarter | $ 92.29 | $73.80 |
| Third quarter | $ 87.00 | $61.11 |
| Second quarter | $ 86.45 | $58.21 |
| First quarter | $ 89.34 | $68.55 |

During 1998 the Company announced a program permitting the Company to repurchase a portion of its outstanding shares not to exceed a dollar maximum established by the Company's Board of Directors. The program was most recently amended in March 2004, to increase the repurchase authorization to $3.9 billion from $3.3 billion. The program does not have an expiration date.

15

Table of Contents

Shares of common stock repurchased by the Company during the quarter ended August 28, 2004, were as follows:

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Dollar Value that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| May 9, 2004, to June 5, 2004 | 330,500 | $87.24 | 78,599,259 | $514,052,206 |
| June 6, 2004, to July 3, 2004 | 1,237,300 | 86.51 | 79,836,559 | 407,011,766 |
| July 4, 2004, to July 31, 2004 | 1,698,500 | 77.16 | 81,535,059 | 275,962,216 |
| August 1, 2004, to August 28, 2004 | 678,700 | 74.96 | 82,213,759 | 225,086,764 |
| Total | 3,945,000 | $80.56 | 82,213,759 | $225,086,764 |



The Company also repurchased, at fair value, 102,084 shares in fiscal 2004, 134,972 shares in fiscal 2003, and 260,805 shares in fiscal 2002 from employees electing to sell their stock under the Company's Second Amended and Restated Employee Stock Purchase Plan, qualified under Section 423 of the Internal Revenue Code, under which all eligible employees may purchase AutoZone's common stock at 85% of the lower of the market price of the common stock on the first day or last day of each calendar quarter through payroll deductions. Maximum permitted annual purchases are $15,000 per employee or 10 percent of compensation, whichever is less. Under the plan, 66,572 shares were sold to employees in fiscal 2004, 84,310 shares were sold in fiscal 2003, and 112,922 shares were sold in fiscal 2002. At August 28, 2004, 535,682 shares of common stock were reserved for future issuance under this plan.

The Company also has an Amended and Restated Executive Stock Purchase Plan that permits senior Company executives to purchase common stock up to 25 percent of their annual salary and bonus after the limits under the Second Amended and Restated Employee Stock Purchase Plan have been exceeded. Purchases by executives under this plan were 11,005 shares in fiscal 2004 and 18,524 shares in fiscal 2003. At August 28, 2004, 270,471 shares of common stock were reserved for future issuance under this plan

### Item 6. Selected Financial Data

The information contained in AutoZone, Inc.'s 2004 Annual Report in the section entitled "Selected Financial Data," is incorporated herein by reference in response to this item.

### Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations

The information contained in AutoZone, Inc.'s 2004 Annual Report in the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations," is incorporated herein by reference in response to this item.

Table of Contents

### Item 7A. Quantitative and Qualitative Disclosures About Market Risk

The information contained in AutoZone, Inc.'s 2004 Annual Report in the section entitled "Quantitative and Qualitative Disclosures About Market Risk," is incorporated herein by reference in response to this item.

### Item 8. Financial Statements and Supplementary Data



The information contained in AutoZone, Inc.'s 2004 Annual Report in the sections entitled "Consolidated Financial Statements," is incorporated herein by reference in response to this item.

### Item 9. Changes In and Disagreements with Accountants on Accounting and Financial Disclosure

Not applicable.

### Item 9A. Controls and Procedures

As of August 28, 2004, an evaluation was performed under the supervision and with the participation of AutoZone's management, including the Chief Executive Officer and Chief Financial Officer, of the effectiveness of the design and operation of our disclosure controls and procedures. Based on that evaluation, our management, including the Chief Executive Officer and Chief Financial Officer, concluded that our disclosure controls and procedures were effective as of August 28, 2004. No significant changes in our internal controls or in other factors have occurred that could significantly affect controls subsequent to August 28, 2004.

## PART III

### Item 10. Directors and Officers of the Registrant

The information set forth in Part I of this document in the section entitled "Executive Officers of the Registrant," is incorporated herein by reference in response to this item. Additionally, the information contained in AutoZone, Inc.'s Proxy Statement dated October 27, 2004, in the sections entitled "Proposal 1 – Election of Directors" and "Section 16(a) Beneficial Ownership Reporting Compliance", is incorporated herein by reference in response to this item.



The Company has adopted a Code of Ethical Conduct for Financial Executives that applies to its chief executive officer, chief financial officer, chief accounting officer and persons performing similar functions. The Company has filed a copy of this Code of Ethical Conduct ("Code of Ethics") as Exhibit 14.1 to this Form 10-K. The Company has also made the Code of Ethics available on its investor relations website at http://www.autozoneinc.com.

### Item 11. Executive Compensation

The information contained in AutoZone, Inc.'s Proxy Statement dated October 27, 2004, in the section entitled "Executive Compensation," is incorporated herein by reference in response to this item.

### Item 12. Security Ownership of Certain Beneficial Owners and Management

The information contained in AutoZone, Inc.'s Proxy Statement dated October 27, 2004, in the sections entitled "Security Ownership of Management" and "Security Ownership of Certain Beneficial Owners," is incorporated herein by reference in response to this item.

### Item 13. Certain Relationships and Related Transactions

Not applicable.

17

Table of Contents

## Item 14. Principal Accountant Fees and Services

The information contained in AutoZone, Inc.'s Proxy Statement dated October 27, 2004, in the section entitled "Proposal 2 – Ratification of Independent Registered Public Accounting Firm," is incorporated herein by reference in response to this item.

### PART IV



## Item 15. Exhibits, Financial Statement Schedules, and Reports On Form 8-K

### (a) 1. Financial Statements

The following financial statements, related notes and report of independent registered public accounting firm from AutoZone, Inc.'s 2004 Annual Report are incorporated herein by reference in response to this item:

Report of Independent Registered Public Accounting Firm

Consolidated Statements of Income for the fiscal years ended August 28, 2004, August 30, 2003, and August 31, 2002

Consolidated Balance Sheets as of August 28, 2004, and August 30, 2003

Consolidated Statements of Cash Flows for the fiscal years ended August 28, 2004, August 30, 2003, and August 31, 2002

Consolidated Statements of Stockholders' Equity for the fiscal years ended August 28, 2004, August 30, 2003, and August 31, 2002

Notes to Consolidated Financial Statements

### 2. Financial Statement Schedules

Schedules are omitted because the information is not required or because the information required is included in the financial statements or notes thereto.

### 3. Exhibits

The Exhibit Index following this document's signature pages is incorporated herein by reference in response to this item.

### (b) Reports on Form 8-K.

During the quarter ended August 28, 2004, the Company filed the following reports on Form 8-K:

i. Dated May 26, 2004, furnishing a press release regarding the financial results for the quarter ended May 8, 2004.

ii. Dated June 30, 2004, furnishing a press release regarding a sales update.

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AUTOZONE, INC.

By:  /s/ Steve Odland
_____
Steve Odland
Chairman, President, and Chief Executive
Officer (Principal Executive Officer)

Dated: October 27, 2004

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated:

| SIGNATURE | TITLE | DATE |
|---|---|---|
| /s/ Steve Odland<br><br>Steve Odland | Chairman, President, Chief Executive Officer, & Director (Principal Executive Officer) | October 27, 2004 |
| /s/ Michael Archbold<br><br>Michael Archbold | Executive Vice President, Chief Financial Officer (Principal Financial Officer) | October 27, 2004 |
| /s/ Charlie Pleas, III<br><br>Charlie Pleas, III | Vice President & Controller (Principal Accounting Officer) | October 27, 2004 |
| /s/ Charles M. Elson<br><br>Charles M. Elson | Director | October 27, 2004 |
| /s/ Earl G. Graves, Jr.<br><br>Earl G. Graves, Jr. | Director | October 27, 2004 |
| /s/ N. Gerry House<br><br>N. Gerry House | Director | October 27, 2004 |
| /s/ J.R. Hyde, III<br><br>J.R. Hyde, III | Director | October 27, 2004 |
| /s/ Edward S. Lampert<br><br>Edward S. Lampert | Director | October 27, 2004 |
| /s/ W. Andrew McKenna<br><br>W. Andrew McKenna | Director | October 27, 2004 |
| /s/ James J. Postl<br><br>James J. Postl | Director | October 27, 2004 |

Table of Contents

# EXHIBIT INDEX

3.1    Restated Articles of Incorporation of AutoZone, Inc. Incorporated by reference to Exhibit 3.1 to the Form 10-Q for the quarter ended February 13, 1999.

3.2    Third Amended and Restated By-laws of AutoZone, Inc. Incorporated by reference to Exhibit 3.1 to the Form 8-K dated October 1, 2002.



4.1    Senior Indenture, dated as of July 22, 1998, between AutoZone, Inc. and the First National Bank of Chicago. Incorporated by reference to Exhibit 4.1 to the Form 8-K dated July 17, 1998.

4.2    Third Amended and Restated AutoZone, Inc. Employee Stock Purchase Plan. Incorporated by reference to Exhibit 4.1 to the Form 10-Q for the quarter ended February 15, 2003.

4.3    Indenture dated as of August 8, 2003, between AutoZone, Inc. and Bank One Trust Company, N.A. Incorporated by reference to Exhibit 4.1 to the Form S-3 (No. 333-107828) filed August 11, 2003.

*10.1    Fourth Amended and Restated Director Stock Option Plan. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended May 4, 2002.

*10.2    Second Amended and Restated 1998 Director Compensation Plan. Incorporated by reference to Exhibit 10.2 to the Form 10-K for the fiscal year ended August 26, 2000.

*10.3    Third Amended and Restated 1996 Stock Option Plan. Incorporated by reference to Exhibit 10.3 of the Form 10-K for the fiscal year ended August 30, 2003.

*10.4    Form of Incentive Stock Option Agreement. Incorporated by reference to Exhibit 10.2 to the Form 10-Q for the quarter ended November 23, 2002.

*10.5    Form of Non-Qualified Stock Option Agreement. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended November 23, 2002.



*10.6    AutoZone, Inc. Amended and Restated 2000 Executive Incentive Compensation Plan. Incorporated by reference to Exhibit 10.6 of the Form 10-K for the fiscal year ended August 30, 2003.

*10.7    AutoZone, Inc. Executive Deferred Compensation Plan. Incorporated by reference to Exhibit 10.3 to the Form 10-Q for the quarter ended February 12, 2000.

*10.8    Form of Amended and Restated Employment and Non-Compete Agreement between AutoZone, Inc. and various executive officers. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended November 22, 1999.

*10.9    Form of Employment and Non-Compete Agreement between AutoZone, Inc. and various executive officers. Incorporated by reference to Exhibit 10.2 to the Form 10-Q for the quarter ended November 22, 1999.

10.10    Amended and Restated Credit Agreement dated as of May 21, 2002, among AutoZone, Inc., as borrower, the several lenders from time to time party thereto, and Fleet National Bank, as Administrative Agent and JPMorgan Chase Bank, as Syndication Agent. Incorporated by reference to Exhibit 10.4 of the Form 8-K dated October 1, 2002.

Table of Contents



10.11   Amendment No. 1, Consent and Waiver dated as of May 19, 2003, to Amended and Restated Credit Agreement dated as of May 21, 2002, among AutoZone, Inc., as borrower, the several lenders from time to time party thereto, and Fleet National Bank, as Administrative Agent and as Syndication Agent. Incorporated by reference to Exhibit 10.12 of the Form 10-K for the fiscal year ended August 30, 2003.

10.12   Five-Year Credit Agreement dated as of May 23, 2000, among AutoZone, Inc., as borrower, the several lenders from time to time party thereto, and Bank of America, as Administrative Agent and The Chase Manhattan Bank, as Syndication Agent. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended May 6, 2000.

10.13   Amendment No. 1 dated May 23, 2001, to Five-Year Credit Agreement dated as of May 23, 2000, among AutoZone, Inc., as borrower, the several lenders from time to time party thereto, and Bank of America, as Administrative Agent and The Chase Manhattan Bank, as Syndication Agent. Incorporated by reference to Exhibit 10.20 to the Form 10-K for the fiscal year ended August 25, 2001.

10.14   Amendment No. 2 dated August 9, 2002, to Five-Year Credit Agreement dated as of May 23, 2000, (as amended by the certain Amendment No. 1 to Five-Year Credit Agreement dated May 23, 2001) among AutoZone, Inc., as borrower, the several lenders from time to time party thereto, and Bank of America, as Administrative Agent and The Chase Manhattan Bank, as Syndication Agent. Incorporated by reference to Exhibit 10.3 to the Form 8-K dated October 1, 2001.

*10.15   Form of Employment and Non-Compete Agreement between AutoZone, Inc., and various officers. Incorporated by reference to Exhibit 10.2 to the Form 10-Q for the quarter ended November 18, 2000.

*10.16   AutoZone, Inc., Amended and Restated Executive Stock Purchase Plan. Incorporated by reference to Exhibit 10.20 to the Form 10-K for the fiscal year ended August 31, 2002.

*10.17   AutoZone, Inc. 2003 Director Stock Option Plan. Incorporated by reference to Appendix C to the definitive proxy statement dated November 1, 2002, for the annual meeting of stockholders held December 12, 2002.

*10.18   AutoZone, Inc. 2003 Director Compensation Plan. Incorporated by reference to Appendix D to the definitive proxy statement dated November 1, 2002, for the annual meeting of stockholders held December 12, 2002.



*10.19   Amended and Restated AutoZone, Inc. Executive Deferred Compensation Plan. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended February 15, 2003.

*10.20   Amended and Restated Employment and Non-Compete Agreement between Steve Odland and AutoZone, Inc., dated October 23, 2003. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended November 22, 2003.

*10.21   Non-Compete Agreement between Steve Handschuh and AutoZone, Inc., dated January 13, 2004. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended February 14, 2004.

*10.22   Second Amended and Restated Executive Stock Purchase Plan. Incorporated by reference to Exhibit 10.2 to the Form 10-Q for the quarter ended February 14, 2004.

10.23   Amended and Restated Five-Year Credit Agreement dated as of May 17, 2004, among AutoZone, Inc., as borrower, the several lenders from time to time party thereto, and Fleet National Bank, as Administrative Agent and Citicorp USA, Inc., as Syndication Agent. Incorporated by reference to Exhibit 10.1 to the Form 10-Q for the quarter ended May 8, 2004.

10.24   Amended and Restated 364-Day Credit Agreement dated as of May 17, 2004, among AutoZone, Inc., as borrower, the several lenders from time to time party thereto, and Fleet National Bank, as Administrative Agent and Citicorp USA, Inc., as Syndication Agent. Incorporated by reference to Exhibit 10.2 to the Form 10-Q for the quarter ended May 8, 2004.

12.1   Computation of Ratio of Earnings to Fixed Charges

Table of Contents

13.1   Fiscal 2004 Annual Report.

14.1   Code of Ethics. Incorporated by reference to Exhibit 14.1 of the Form 10-K for the fiscal year ended August 30, 2003.

21.1   Subsidiaries of the Registrant.

23.1   Consent of Ernst & Young LLP.

31.1   Certification of Principal Executive Officer Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002.

31.2   Certification of Principal Financial Officer Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002.

32.1   Certification of Principal Executive Officer Pursuant to 18 U.S.C. Section 1350 as adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.

32.2   Certification of Principal Financial Officer Pursuant to 18 U.S.C. Section 1350 as adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.

\*   Management contract or compensatory plan or arrangement.

EXHIBIT 12.1

Computation of Ratio of Earnings to Fixed Charges
(in thousands, except ratios)

| | Fiscal Year Ended August | | | | |
|---|---|---|---|---|---|
| | 2004 (52 weeks) | 2003 (52 weeks) | 2002 (53 weeks) | 2001* (52 weeks) | 2000 (52 weeks) |
| **Earnings:** | | | | | |
| Income before income taxes | $ 905,902 | $ 833,007 | $ 691,148 | $ 287,026 | $ 435,190 |
| Fixed charges | 130,278 | 121,129 | 98,688 | 121,141 | 97,520 |
| Less: Capitalized interest | (813) | (791) | (437) | (1,380) | (2,773) |
| Adjusted earnings | $ 1,035,367 | $ 953,345 | $ 789,399 | $ 406,787 | $ 529,937 |
| **Fixed charges:** | | | | | |
| Gross interest expense | $ 89,600 | $ 79,301 | $ 78,183 | $ 100,291 | $ 77,699 |
| Amortization of debt expense | 4,230 | 7,334 | 2,283 | 2,377 | 2,209 |
| Interest portion of rent expense | 36,448 | 34,494 | 18,222 | 18,473 | 17,612 |
| Total fixed charges | $ 130,278 | $ 121,129 | $ 98,688 | $ 121,141 | $ 97,520 |
| Ratio of earnings to fixed charges | 7.9 | 7.9 | 8.0 | 3.4 | 5.4 |

* Includes the impact of the pre-tax restructuring and impairment charges of
$156.8 million in fiscal 2001.

EXHIBIT 13.1

FINANCIAL SECTION
TABLE OF CONTENTS

Selected Financial Data................................................................. 2
Quarterly Summary (unaudited).......................................................... 3
Management's Discussion and Analysis of Financial Condition and Results of Operations....... 4
Consolidated Statements of Income ..................................................... 15
Consolidated Balance Sheets........................................................... 16
Consolidated Statements of Cash Flows.................................................. 17
Consolidated Statements of Stockholders' Equity........................................ 18
Notes to Consolidated Financial Statements............................................. 19
Report of Independent Registered Public Accounting Firm ............................... 34
Management's Report................................................................... 35

1

SELECTED FINANCIAL DATA:

| (IN THOUSANDS, EXCEPT PER SHARE DATA AND SELECTED OPERATING DATA) | FISCAL YEAR ENDED AUGUST | | | | |
|---|---|---|---|---|---|
| | 2004(1) | 2003(2) | 2002(3) | 2001(4) | 2000 |
| **INCOME STATEMENT DATA** | | | | | |
| Net sales | $ 5,637,025 | $ 5,457,123 | $ 5,325,510 | $4,818,185 | $4,482,696 |
| Cost of sales, including warehouse and delivery expenses | 2,880,446 | 2,942,114 | 2,950,123 | 2,804,896 | 2,602,386 |
| Operating, selling, general and administrative expenses | 1,757,873 | 1,597,212 | 1,604,379 | 1,625,598 | 1,368,290 |
| Operating profit | 998,706 | 917,797 | 771,008 | 387,691 | 512,020 |
| Interest expense - net | 92,804 | 84,790 | 79,860 | 100,665 | 76,830 |
| Income before income taxes | 905,902 | 833,007 | 691,148 | 287,026 | 435,190 |
| Income taxes | 339,700 | 315,403 | 263,000 | 111,500 | 167,600 |
| Net income | $ 566,202 | $ 517,604 | $ 428,148 | $ 175,526 | $ 267,590 |
| Diluted earnings per share | $ 6.56 | $ 5.34 | $ 4.00 | $ 1.54 | $ 2.00 |
| Adjusted weighted average shares for diluted earnings per share | 86,350 | 96,963 | 107,111 | 113,801 | 133,869 |
| **BALANCE SHEET DATA(5)** | | | | | |
| Current assets | $ 1,755,757 | $ 1,671,354 | $ 1,513,936 | $1,395,240 | $1,245,146 |
| Working capital (deficit) | (62,358) | (90,572) | (83,442) | 61,857 | 152,236 |
| Total assets | 3,912,565 | 3,766,826 | 3,541,599 | 3,499,241 | 3,391,584 |
| Current liabilities | 1,818,115 | 1,761,926 | 1,597,379 | 1,333,383 | 1,092,910 |
| Debt | 1,869,250 | 1,546,845 | 1,194,517 | 1,225,402 | 1,249,937 |
| Stockholders' equity | $ 171,393 | $ 373,758 | $ 689,127 | $ 866,213 | $ 992,179 |
| **SELECTED OPERATING DATA(5)** | | | | | |
| Number of domestic auto parts stores at beginning of year | 3,219 | 3,068 | 3,019 | 2,915 | 2,711 |
| New stores | 202 | 160 | 102 | 107 | 208 |
| Replacement stores | 4 | 6 | 15 | 16 | 30 |
| Closed stores | 1 | 9 | 53 | 3 | 4 |
| Net new stores | 201 | 151 | 49 | 104 | 204 |
| Number of domestic auto parts stores at end of year | 3,420 | 3,219 | 3,068 | 3,019 | 2,915 |
| Number of Mexico auto parts stores at end of year | 63 | 49 | 39 | 21 | 13 |
| Number of total auto parts stores at end of year | 3,483 | 3,268 | 3,107 | 3,040 | 2,928 |
| Total domestic auto parts store square footage (000s) | 21,689 | 20,500 | 19,683 | 19,377 | 18,719 |
| Average square footage per domestic auto parts store | 6,342 | 6,368 | 6,416 | 6,418 | 6,422 |
| Increase in domestic auto parts store square footage | 6% | 4% | 2% | 4% | 8% |
| Increase in domestic auto parts comparable store net sales | 0% | 3% | 9% | 4% | 5% |
| Average net sales per domestic auto parts store (000s) | $ 1,647 | $ 1,689 | $ 1,658 | $ 1,543 | $ 1,517 |
| Average net sales per domestic auto parts store square foot | $ 259 | $ 264 | $ 258 | $ 240 | $ 236 |
| Total domestic employees at end of year | 48,294 | 47,727 | 44,179 | 44,557 | 43,164 |
| Inventory turnover(6) | 1.87x | 2.04x | 2.25x | 2.39x | 2.32x |
| Net inventory turnover(7) | 20.34x | 16.40x | 12.51x | 10.11x | 8.38x |
| After-tax return on invested capital (8) | 25.1% | 23.4% | 19.8% | 13.4% | 12.9% |
| Net cash provided by operating activities | $ 638,379 | $ 720,807 | $ 736,170 | $ 467,300 | $ 505,610 |
| Cash flow before share repurchases and changes in debt(9) | $ 509,447 | $ 561,563 | $ 726,159 | $ 399,312 | $ 272,029 |
| Return on average equity | 208% | 97% | 55% | 19% | 23% |

(1)  Fiscal 2004 operating results include $42.1 million in pre-tax gains from warranty negotiations with certain vendors and the change in classification of certain vendor funding to increase operating expenses and decrease cost of sales by $138.2 million in accordance with Emerging Issues Task Force Issue No. 02-16 ("EITF 02-16") regarding vendor funding, which was adopted during fiscal 2003.

(2)  Fiscal 2003 operating results include $8.7 million in pre-tax gains from warranty negotiations, a $4.7 million pre-tax gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001, and a $4.6 million pre-tax gain as a result of the disposition of properties associated with the 2001 restructuring and impairment charges. Fiscal 2003 was also impacted by the adoption of EITF 02-16, which decreased pre-tax earning by $10.0 million, increased operating expenses by $52.6 million and decreased cost of sales by $42.6 million.

(3)  53 weeks. Comparable store sales, average net sales per domestic auto parts store and average net sales per store square foot for fiscal 2002 have been adjusted to exclude net sales for the 53rd week.

2

(4)  Fiscal 2001 operating results include pre-tax restructuring and impairment charges of $156.8 million, or $0.84 per diluted share after tax.

(5)  To conform to current year presentation, certain prior year amounts have been adjusted to reflect the impact of reclassifications on the consolidated statements of cash flows and the consolidated balance sheet. Prior presentations had netted certain amounts within accounts payable; these amounts have now been reclassified for all periods presented impacting reported cash and cash equivalents, accounts payable and accrued expenses.

(6)  Inventory turnover is calculated as cost of sales divided by the average of the beginning and ending merchandise inventories, which excludes merchandise under pay-on-scan arrangements.

(7)  Net inventory turnover is calculated as cost of sales divided by the average of the beginning and ending merchandise inventories, which excludes merchandise under pay-on-scan arrangements, less the average of the beginning and ending accounts payable.

(8)  After-tax return on invested capital is calculated as after-tax operating profit (excluding rent and restructuring and impairment charges) divided by average invested capital (which includes a factor to capitalize operating leases). See Reconciliation of Non-GAAP Financial Measures in Management's Discussion and Analysis of Financial Condition and Results of Operations.

(9)  Cash flow before share repurchases is calculated as the change in cash and cash equivalents less the change in debt plus treasury stock purchases. See Reconciliation of Non-GAAP Financial Measures in Management's Discussion and Analysis of Financial Condition and Results of Operations.

QUARTERLY SUMMARY (1)
(UNAUDITED)

| (IN THOUSANDS, EXCEPT PER SHARE DATA) | TWELVE WEEKS ENDED | | | SIXTEEN WEEKS ENDED |
|---|---|---|---|---|
| | NOVEMBER 22, 2003 (2) | FEBRUARY 14, 2004 | MAY 8, 2004 (2) | AUGUST 28, 2004 (2) |
| Net sales........................... | $1,282,040 | $1,139,236 | $1,360,022 | $ 1,835,728 |
| Increase (decrease) in domestic comparable store sales.......... | 2% | 0% | 2% | (3)% |
| Gross profit........................ | 613,090 | 564,311 | 676,187 | 902,991 |
| Operating profit.................... | 215,105 | 168,526 | 251,321 | 363,355 |
| Income before income taxes......... | 194,845 | 146,604 | 229,411 | 335,042 |
| Net income......................... | $ 121,745 | $ 91,654 | $ 143,411 | $ 209,392 |
| Basic earnings per share........... | $ 1.37 | $ 1.06 | $ 1.71 | $ 2.56 |
| Diluted earnings per share......... | $ 1.35 | $ 1.04 | $ 1.68 | $ 2.53 |

| (IN THOUSANDS, EXCEPT PER SHARE DATA) | NOVEMBER 23, 2002 | FEBRUARY 15, 2003 | MAY 10, 2003 (3) | AUGUST 30, 2003 (4) |
|---|---|---|---|---|
| Net sales........................... | $1,218,635 | $1,120,696 | $1,288,445 | $1,829,347 |
| Increase in domestic comparable store sales......................... | 4% | 2% | 3% | 3% |
| Gross profit........................ | 549,390 | 495,999 | 598,823 | 870,797 |
| Operating profit.................... | 188,326 | 147,498 | 221,883 | 360,090 |
| Income before income taxes.......... | 169,221 | 127,865 | 202,530 | 333,391 |
| Net income......................... | $ 104,911 | $ 79,275 | $ 125,977 | $ 207,441 |
| Basic earnings per share........... | $ 1.06 | $ 0.81 | $ 1.33 | $ 2.32 |
| Diluted earnings per share......... | $ 1.04 | $ 0.79 | $ 1.30 | $ 2.27 |

3

(1)  The sum of quarterly amounts may not equal the annual amounts reported due to rounding and due to per share amounts being computed independently for each quarter while the full year is based on the annual weighted average shares outstanding.

(2)  The first, third and fourth quarters of fiscal 2004 include $16.0 million, $10.6 million, and $15.5 million, respectively, in pre-tax gains from warranty negotiations with certain vendors.

(3)  The third quarter of fiscal 2003 includes a $4.7 million pre-tax gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001. The third quarter of fiscal 2003 also includes a $2.6 million pre-tax negative impact of the adoption of EITF 02-16 regarding vendor funding that resulted in an increase to operating expenses by $15.6 million and an increase to gross profit by $13.0 million.

(4)  The fourth quarter of fiscal 2003 includes $8.7 million in pre-tax gains from warranty negotiations with certain vendors and a $4.6 million pre-tax gain as a result of the disposition of properties associated with the fiscal 2001 restructuring and impairment charges. The fourth quarter of fiscal 2003 also includes a $7.4 million pre-tax negative impact of the adoption of EITF 02-16 regarding vendor funding that resulted in an increase to operating expenses by $37.0 million and an increase to gross profit by $29.6 million.

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

We are the nation's leading specialty retailer of automotive parts and accessories, with most of our sales to our DIY customers. We began operations in 1979 and as of August 28, 2004, operated 3,420 auto parts stores in the United States and 63 in Mexico. Each of our stores carries an extensive product line for cars, sport utility vehicles, vans and light trucks, including new and remanufactured automotive hard parts, maintenance items, accessories and non-automotive products. In many of our domestic stores we also have a commercial sales program that provides commercial credit and prompt delivery of parts and other products to local, regional and national repair garages, dealers and service stations. We also sell the ALLDATA brand automotive diagnostic and repair software. On the web at www.autozone.com, we sell diagnostic and repair information, auto and light truck parts, and accessories. We do not derive revenue from automotive repair or installation.

## RESULTS OF OPERATIONS

### FISCAL 2004 COMPARED WITH FISCAL 2003

For the year ended August 28, 2004, AutoZone reported sales of $5.637 billion compared with $5.457 billion for the year ended August 30, 2003, a 3.3% increase from fiscal 2003. This growth was driven by an increase in open stores and continued growth in our commercial sales program. At August 28, 2004, we operated 3,420 domestic auto parts stores and 63 in Mexico, compared with 3,219 domestic auto parts stores and 49 in Mexico at August 30, 2003. Retail DIY sales increased 1.9% and commercial sales increased 10.5% over prior year. Same store sales, or sales for domestic stores open at least one year, were flat during the year. ALLDATA and Mexico sales increased over prior year, contributing 0.4 percentage points of the total increase. Same store sales for domestic stores increased by 2% for the first three fiscal quarters, but were flat for the year due to a 3% decline during the fourth quarter. While our average ticket increased over prior year, the number of transactions with both our DIY and commercial customers deteriorated during the latter part of the year. This deterioration correlated with the sudden rise in gas prices. While gas prices have ebbed and flowed over time, this is the first time that we have seen statistical significance to reduced transactions at the store level. In addition to higher gas prices, it has been reported by the Federal Highway Administration that fewer miles were driven per vehicle, a key macro driver of our industry, for the latter part of our fiscal year.

Gross profit for fiscal 2004 was $2.757 billion, or 48.9% of net sales, compared with $2.515 billion, or 46.1% of net sales, for fiscal 2003. Fiscal 2004 benefited from $42.1 million in gains from warranty negotiations as compared to $8.7 million in warranty gains during fiscal 2003. Further benefiting gross profit was the adoption of Emerging Issues Task Force Issue No. 02-16 ("EITF 02-16") during fiscal 2003, which requires vendor funding to be classified as a reduction to cost of sales. Prior to the adoption of EITF 02-16, vendor funding was reflected as a

4

reduction to operating, selling, general and administrative expenses. The adoption of EITF 02-16 increased gross profit by $138.2 million in fiscal 2004 and $42.6 million in fiscal 2003; and increased operating, selling, general and administrative expenses by $138.2 million in fiscal 2004 and $52.6 million in fiscal 2003. The remaining improvement in gross profit was driven by strategic pricing and change in product mix.

Operating, selling, general and administrative expenses for fiscal 2004 increased to $1.758 billion, or 31.2% of net sales, from $1.597 billion, or 29.3% of net sales for fiscal 2003. Fiscal 2003 benefited from a $4.7 million pre-tax gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001, and a $4.6 million pre-tax gain as a result of the disposition of properties associated with the 2001 restructuring and impairment charges. Drivers of current year expenses included the impact of EITF 02-16, the increase in the number of store refreshes and an increase in new store openings.

Interest expense, net for fiscal 2004 was $92.8 million compared with $84.8 million during fiscal 2003. This increase was primarily due to higher average borrowing levels over fiscal 2003. Average borrowings for fiscal 2004 were $1.8 billion, compared with $1.5 billion for fiscal 2003. Weighted average borrowing rates were 4.6% at August 28, 2004, compared to 4.4% at August 30, 2003.

Our effective income tax rate declined to 37.5% of pre-tax income for fiscal 2004 as compared to 37.9% for fiscal 2003.

Net income for fiscal 2004 increased by 9.4% to $566.2 million, and diluted earnings per share increased by 22.8% to $6.56 from $5.34 in fiscal 2003. The impact of the fiscal 2004 stock repurchases on diluted earnings per share in fiscal 2004 was an increase of approximately $0.20.

FISCAL 2003 COMPARED WITH FISCAL 2002

For the year ended August 30, 2003, AutoZone reported sales of $5.457 billion (52 weeks) compared with $5.326 billion (53 weeks) for the year ended August 31, 2002, a 2.5% increase from fiscal 2002. At August 30, 2003, we operated 3,219 domestic auto parts stores and 49 in Mexico, compared with 3,068 domestic auto parts stores and 39 in Mexico at August 31, 2002. Excluding sales from the extra week included in the prior year, sales were up 4.6% (see Reconciliation of Non-GAAP Financial Measures). Same store sales, or sales for domestic stores open at least one year, increased approximately 3% during the year, driven by an increase in commercial sales. The improvement in same store sales was due more to an increase in average dollars spent per transaction over the amounts in the same period of the prior year than an increase in transaction count. The balance of the 4.6% increase was due to new store sales for fiscal 2003 which contributed 1.9 percentage points of the increase; ALLDATA and Mexico sales which contributed 0.5 percentage points of the increase, while TruckPro sales in the prior year of $47.6 million reduced the increase by 0.9 percentage points.

Gross profit for fiscal 2003 was $2.515 billion, or 46.1% of net sales, compared with $2.375 billion, or 44.6% of net sales for fiscal 2002. This improvement was driven by $8.7 million in gains from warranty negotiations and the adoption of EITF 02-16 that reclassified $42.6 million in vendor funding to cost of sales. Prior to the adoption of EITF 02-16, vendor funding was reflected as a reduction to operating, selling, general and administrative expenses. Fiscal 2002 also benefited from $50.4 million in gross profit generated during the 53rd week of that year as compared to the 52 week fiscal 2003. The remaining improvements in gross profit and gross margin reflect the additive impact of new merchandise, a reduction in our product warranty expense, and the benefit of more strategic and disciplined pricing derived from our category management system.

Operating, selling, general and administrative expenses for fiscal 2003 decreased to $1.597 billion, or 29.3% of net sales, from $1.604 billion, or 30.1% of sales for fiscal 2002. The adoption of EITF 02-16 increased operating expenses during fiscal 2003 by $52.6 million due to the reclassification of

vendor funding. Fiscal 2003 expenses were further impacted by a $4.6 million gain as a result of the disposition of properties associated with the fiscal 2001 restructuring and impairment charges and a $4.7 million gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001. The remaining decreases in operating, selling, general and administrative expenses reflect our relentless expense discipline, in particular, the leveraging of salaries and information technology spending during fiscal 2003.

5

Interest expense, net for fiscal 2003 was $84.8 million compared with $79.9 million during fiscal 2002. The increase in interest expense for fiscal 2003 was primarily due to higher levels of debt compared with the 2002 fiscal year. Weighted average borrowings for fiscal 2003 were $1.5 billion, compared with $1.3 billion for fiscal 2002; and, weighted average borrowing rates, excluding the impact of debt amortization and facility fees, remained relatively flat at 4.4% for both fiscal years.

AutoZone's effective income tax rate declined slightly to 37.9% of pre-tax income for fiscal 2003 as compared to 38.1% for fiscal 2002.

Net income for fiscal 2003 increased by 20.9% to $517.6 million, and diluted earnings per share increased by 33.5% to $5.34 from $4.00 reported for the year-ago period. The impact of the fiscal 2003 stock repurchases on diluted earnings per share in fiscal 2003 was an increase of $0.19.

SEASONALITY AND QUARTERLY PERIODS

AutoZone's business is somewhat seasonal in nature, with the highest sales occurring in the summer months of June through August, in which average weekly per-store sales historically have been about 15% to 25% higher than in the slower months of December through February. During short periods of time, a store's sales can be affected by weather conditions. Extremely mild or extremely cold weather may enhance sales by causing parts to fail and spurring sales of seasonal products. Mild or rainy weather tends to soften sales as parts failure rates are lower in mild weather and elective maintenance is deferred during periods of rainy weather. Over the longer term, the effects of weather balance out, as we have stores throughout the United States.

Each of the first three quarters of AutoZone's fiscal year consists of 12 weeks, and the fourth quarter consists of 16 weeks (17 weeks in fiscal 2002). Because the fourth quarter contains the seasonally high sales volume and consists of 16 weeks (17 weeks in fiscal 2002), compared with 12 weeks for each of the first three quarters, our fourth quarter represents a disproportionate share of the annual net sales and net income. The fourth quarter of fiscal 2004 represented 32.6% of annual sales and 37.0% of net income; the fourth quarter of fiscal 2003 represented 33.5% of annual net sales and 40.1% of net income; and the fourth quarter of fiscal 2002 represented 34.6% of annual net sales and 41.6% of net income. Fiscal 2002 consisted of 53 weeks, with the fiscal fourth quarter including 17 weeks. Accordingly, the fourth quarter of fiscal 2002 included the benefit of an additional week of net sales of $109.1 million and net income of $18.3 million.

LIQUIDITY AND CAPITAL RESOURCES

Net cash provided by operating activities was $638.4 million in fiscal 2004, $720.8 million in fiscal 2003 and $736.2 million in fiscal 2002. The primary source of our liquidity is our cash flows realized through the sale of automotive parts and accessories. Our new-store development program requires working capital, predominantly for inventories. The year-over-year change in accounts payable and accrued expenses was impacted by a $67.0 million decline in accrued warranty obligations related to the $42.1 million in gains from warranty negotiations with certain vendors and the settlement of warranty claims. These warranty negotiations have resulted in the shifting of the warranty liability to the vendors. During the past three fiscal years, we have improved our accounts payable to inventory ratio to 92% at August 28, 2004, from 90% at August 30, 2003, and 85% at August 31, 2002. Contributing to this improvement has been the year-over-year increase in vendor payables as a result of our ability to extend payment terms with our vendors. Prior to May 8, 2004, we had entered into arrangements with certain vendors and banks that, through our issuance of negotiable instruments to our vendors, the vendors could negotiate the instruments at attractive discount rates due to our credit rating. At May 8, 2004, we ceased the issuance of negotiable instruments under these arrangements. At August 28, 2004, and August 30, 2003, approximately $110.7 million and $212.5 million, respectively, were payable by us under these arrangements and are included in accounts payable in the accompanying consolidated balance sheets. The increase in merchandise inventories, required to support new-store development and sales growth, has largely been financed by our vendors, as

evidenced by the higher accounts payable to inventory ratio. Contributing to this improvement is the use of pay-on-scan ("POS") arrangements with certain vendors. Under a POS arrangement, AutoZone will not purchase merchandise supplied by a vendor until that merchandise is ultimately sold to AutoZone's customers. Upon the sale of the merchandise to

6

AutoZone's customers, AutoZone recognizes the liability for the goods and pays the vendor in accordance with the agreed-upon terms. Revenues under POS arrangements are included in net sales in the income statement. Since we do not own merchandise under POS arrangements until just before it is sold to a customer, such merchandise is not included in our balance sheet. AutoZone has financed the repurchase of existing merchandise inventory by certain vendors in order to convert such vendors to POS arrangements. These receivables have durations up to 24 months and approximated $58.3 million at August 28, 2004. The $27.8 million current portion of these receivables is reflected in accounts receivable and the $30.5 million long-term portion is reflected as a component of other long-term assets. Merchandise under POS arrangements was $146.6 million at August 28, 2004, and we continue to actively negotiate with our vendors to increase the use of POS arrangements.

AutoZone's primary capital requirement has been the funding of its continued new store development program. From the beginning of fiscal 2002 to August 28, 2004, we have opened 443 net new auto parts stores. Net cash flows used in investing activities were $193.7 million in fiscal 2004, compared to $167.8 million in fiscal 2003, and $64.5 million in fiscal 2002. We invested $184.9 million in capital assets in fiscal 2004 compared to $182.2 million in fiscal 2003, and $117.2 million in fiscal 2002. New store openings in the U.S. were 202 for fiscal 2004, 160 for fiscal 2003, and 102 for fiscal 2002. During fiscal 2004, $11.4 million was invested in the acquisition of certain assets from a regional auto parts retailer. Seven stores related to this transaction were converted during fiscal 2004 to AutoZone stores, with the remaining five stores to be converted during fiscal 2005. The converted stores are included in our domestic store count upon opening as an AutoZone store. During fiscal 2002, we sold TruckPro, our heavy-duty truck parts subsidiary, which operated 49 stores, for cash proceeds of $25.7 million. Proceeds from capital asset disposals totaled $2.6 million for fiscal 2004, $14.4 million for fiscal 2003, and $25.1 million for fiscal 2002.

Net cash used in financing activities was $460.9 million in fiscal 2004, $530.2 million in fiscal 2003, and $675.4 million in fiscal 2002. The net cash used in financing activities is primarily attributable to purchases of treasury stock which totaled $848.1 million for fiscal 2004, $991.1 million for fiscal 2003, and $699.0 million for fiscal 2002. Net proceeds from the issuance of debt securities, including repayments on other debt and the net change in commercial paper borrowings, offset the increased level of treasury stock purchases by approximately $322.4 million in fiscal 2004 and by $329.8 million in fiscal 2003.

We expect to invest in our business consistent with historical rates during fiscal 2005, primarily related to our new store development program and enhancements to existing stores and systems. We expect to open approximately 200 new stores during fiscal 2005. In addition to the building and land costs, our new-store development program requires working capital, predominantly for non-POS inventories. Historically, we have negotiated extended payment terms from suppliers, reducing the working capital required by expansion. We believe that we will be able to continue to finance much of our inventory requirements through favorable payment terms from suppliers.

Depending on the timing and magnitude of our future investments (either in the form of leased or purchased properties or acquisitions), we anticipate that we will rely primarily on internally generated funds and available borrowing capacity to support a majority of our capital expenditures, working capital requirements and stock repurchases. The balance may be funded through new borrowings. We anticipate that we will be able to obtain such financing in view of our credit rating and favorable experiences in the debt markets in the past.

Credit Ratings

At August 28, 2004, AutoZone had a senior unsecured debt credit rating from Standard & Poor's of BBB+ and a commercial paper rating of A-2. Moody's Investors Service had assigned us a senior unsecured debt credit rating of Baa2 and a commercial paper rating of P-2. As of August 28, 2004, Moody's and Standard & Poor's had AutoZone listed as having a "negative" and "stable" outlook, respectively. If our credit ratings drop, our interest expense may

increase; similarly, we anticipate that our interest expense may decrease if our
investment ratings are raised. If our commercial paper ratings drop below
current levels, we may have difficulty continuing to utilize the commercial
paper market and our interest expense will increase, as we will then be required
to access more expensive bank lines of credit. If our senior unsecured debt
ratings drop below investment grade, our access to financing may become more
limited.

7

Debt Facilities

We maintain $1.0 billion of revolving credit facilities with a group of banks. During fiscal 2004, these credit facilities replaced the previous $950 million of revolving credit facilities. Of the $1.0 billion, $300 million expires in May 2005. The remaining $700 million expires in May 2009. The portion expiring in May 2005 is expected to be renewed, replaced or the option to extend the maturity date of the then outstanding debt by one year will be exercised. The credit facilities exist primarily to support commercial paper borrowings, letters of credit and other short-term unsecured bank loans. As the available balance is reduced by commercial paper borrowings and certain outstanding letters of credit, we had $380.7 million in available capacity under these facilities at August 28, 2004. The rate of interest payable under the credit facilities is a function of the London Interbank Offered Rate (LIBOR), the lending bank's base rate (as defined in the facility agreements) or a competitive bid rate at the option of the Company.

On October 16, 2002, we issued $300 million of 5.875% Senior Notes that mature in October 2012, with interest payable semi-annually on April 15 and October 15. A portion of the proceeds from these Senior Notes was used to prepay a $115 million unsecured bank term loan due December 2003, to repay a portion of the Company's outstanding commercial paper borrowings, and to settle interest rate hedges associated with the issuance and repayment of the related debt securities. On June 3, 2003, we issued $200 million of 4.375% Senior Notes. These Senior Notes mature in June 2013, and interest is payable semi-annually on June 1 and December 1. The proceeds were used to repay a portion of our outstanding commercial paper borrowings, to prepay $100 million of the $350 million unsecured bank loan due November 2004, and to settle interest rate hedges associated with the issuance of the debt securities.

As of August 30, 2003, long-term debt included approximately $30 million related to synthetic leases, with expiration dates in fiscal 2006, for a small number of our domestic stores. At August 30, 2003, we recognized the obligations under the lease facility and increased its property and long-term debt balances on our balance sheet by approximately $30 million. All obligations related to the synthetic leases were settled during fiscal 2004.

During November 2003, we issued $300 million of 5.5% Senior Notes due November 2015 and $200 million of 4.75% Senior Notes due November 2010. Interest under both notes is payable in May and November of each year. Proceeds were used to repay a $250 million bank term loan, $150 million in 6% Senior Notes and to reduce commercial paper borrowings. During November 2003, we settled all then outstanding interest rate hedge instruments, including interest rate swap contracts, treasury lock agreements and forward-starting interest rate swaps.

On August 17, 2004, we filed a shelf registration with the Securities and Exchange Commission that allows us to sell up to $300 million in debt securities to fund general corporate purposes, including repaying, redeeming or repurchasing outstanding debt, and for working capital, capital expenditures, new store openings, stock repurchases and acquisitions. All debt under this registration statement is planned to be issued in the first quarter of fiscal 2005. Based on this planned debt issuance, on March 31, 2004, we entered into a five-year forward-starting interest rate swap with a notional amount of $300 million with a settlement and an effective date in October 2004. The fair value of this swap was $4.6 million at August 28, 2004, and is reflected as a component of other assets.

We agreed to observe certain covenants under the terms of our borrowing agreements, including limitations on total indebtedness, restrictions on liens and minimum fixed charge coverage. All of the repayment obligations under our borrowing agreements may be accelerated and come due prior to the scheduled payment date if covenants are breached or an event of default occurs. Additionally, the repayment obligations may be accelerated if AutoZone experiences a change in control (as defined in the agreements) of AutoZone or its Board of Directors. As of August 28, 2004, the Company was in compliance with all covenants and we expect to remain in compliance with all covenants.

8

Stock Repurchases

    As of August 28, 2004, the Board of Directors had authorized the Company
to repurchase up to $3.9 billion of common stock in the open market. Such
authorization includes the additional $600 million that was approved by the
Board of Directors on March 17, 2004. From January 1998 to August 28, 2004, the
Company has repurchased a total of 82.2 million shares at an aggregate cost of
$3.675 billion. The Company repurchased 10.2 million shares of its common stock
at an aggregate cost of $848.1 million during fiscal 2004, 12.3 million shares
of its common stock at an aggregate cost of $891.1 million during fiscal 2003,
and 12.6 million shares of its common stock at an aggregate cost of $698.9
million during fiscal 2002.

Financial Commitments

    The following table shows AutoZone's obligations and commitments to make
future payments under contractual obligations:

| (IN THOUSANDS) | TOTAL CONTRACTUAL OBLIGATIONS | PAYMENT DUE BY PERIOD | | | |
|---|---|---|---|---|---|
| | | LESS THAN 1 YEAR | BETWEEN 1-3 YEARS | BETWEEN 4-5 YEARS | OVER 5 YEARS |
| Long-term debt (1) | $ 1,869,250 | $ 525,100 | $ 154,150 | $ 190,000 | $1,000,000 |
| Operating leases (2) | 847,883 | 130,115 | 221,161 | 143,241 | 353,366 |
| Construction obligations | 26,385 | 26,385 | -- | -- | -- |
| | $ 2,743,518 | $ 681,600 | $ 375,311 | $ 333,241 | $1,353,366 |

(1)   Long-term debt balances represent principal maturities, excluding
      interest. At August 28, 2004, debt balances due in less than one year of
      $525.1 million are classified as long-term in our consolidated financial
      statements, as we have the ability and intention to refinance them on a
      long-term basis.

(2)   Operating lease obligations include related interest.

    We have certain contingent liabilities that are not accrued in our balance
sheet in accordance with accounting principles generally accepted in the United
States. These contingent liabilities are not included in the table above.

    We have other liabilities reflected in our balance sheet, including
deferred income taxes, pension and self-insurance accruals. The payment
obligations associated with these liabilities are not reflected in the financial
commitments table due to the absence of scheduled maturities. Therefore, the
timing of these payments cannot be determined, except for amounts estimated to
be payable in 2005 that are included in current liabilities.

    The following table shows AutoZone's other commitments which all have
expiration periods of less than one year:

| (IN THOUSANDS) | TOTAL OTHER COMMITMENTS |
|---|---|
| Standby letters of credit | $  97,158 |
| Surety bonds | 10,799 |
| | $ 107,957 |

Off-Balance Sheet Arrangements

    The above table reflects the outstanding letters of credit and surety
bonds as of August 28, 2004. A substantial portion of the outstanding standby
letters of credit (which are primarily renewed on an annual basis) and surety
bonds are used to cover reimbursement obligations to our workers' compensation
carriers. There are no additional contingent liabilities associated with them as