the underlying liabilities are already reflected in our balance sheet. The letters of credit and surety bonds arrangements have automatic renewal clauses.

9

In conjunction with our commercial sales program, we offer credit to some of our commercial customers. The receivables related to the credit program are sold to a third party at a discount for cash with limited recourse. AutoZone has recorded a reserve for this recourse. At August 28, 2004, the receivables facility had an outstanding balance of $55.7 million and the balance of the recourse reserve was $0.8 million.

## RESTRUCTURING AND IMPAIRMENT CHARGES

In fiscal 2001, AutoZone recorded restructuring and impairment charges of $156.8 million related to the planned closure of 51 domestic auto parts stores and the disposal of real estate projects in process and excess properties. The accrued obligations for restructuring charges, representing the remaining lease payments and other carrying charges of the closed stores under lease, totaled approximately $2.2 million at August 28, 2004, and $12.5 million at August 30, 2003. The original charges and activity in the restructuring accruals is described more fully in Note K in the notes to consolidated financial statements.

## VALUE OF PENSION ASSETS

At August 28, 2004, the fair market value of AutoZone's pension assets was $102.4 million, and the related accumulated benefit obligation was $128.4 million. On January 1, 2003, our defined benefit pension plans were frozen. Accordingly, plan participants earn no new benefits under the plan formulas, and no new participants may join the plans. The material assumptions for fiscal 2004 are an expected long-term rate of return on plan assets of 8.0% and a discount rate of 6.5%. For additional information regarding AutoZone's qualified and non-qualified pension plans refer to Note I in the notes to consolidated financial statements.

## RECENT ACCOUNTING PRONOUNCEMENTS

In January 2003, the Financial Accounting Standards Board issued Interpretation No. 46, "Consolidation of Variable Interest Entities" ("FIN 46"). FIN 46, as revised in December 2003, clarifies the application of Accounting Research Bulletin No. 51, "Consolidated Financial Statements," to certain entities in which equity investors do not have the characteristics of a controlling financial interest or do not have sufficient equity at risk for the entity to finance its activities without additional subordinated financial support from other parties. FIN 46 requires the consolidation of certain types of entities in which a company absorbs a majority of another entity's expected losses or residual returns, or both, as a result of ownership, contractual or other financial interests in the other entity. These entities are called variable interest entities. FIN 46 applies immediately to variable interest entities created or acquired after January 31, 2003. For variable interest entities created or acquired prior to February 1, 2003, the provisions of FIN 46 must be applied to periods ending after March 15, 2004. Our adoption did not have a significant impact on our consolidated financial position, operating results or cash flows.

## CRITICAL ACCOUNTING POLICIES

### Product Warranties

Limited warranties on certain products that range from 30 days to lifetime warranties are provided to our customers by AutoZone or the vendors supplying our products. Warranty costs relating to merchandise sold under warranty not covered by vendors are estimated and recorded as warranty obligations at the time of sale based on each product's historical return rate. These obligations, which are often funded by vendor allowances, are recorded as a component of accrued expenses in our consolidated balance sheets. We periodically assess the adequacy of our recorded warranty liability and adjust the amount as necessary. During fiscal 2004 and 2003, we successfully negotiated with certain vendors to transfer warranty obligations to such vendors in order to minimize our warranty exposure resulting in credits to earnings.

### Litigation and Other Contingent Liabilities

We have received claims related to and been notified that we are a defendant in a number of legal proceedings resulting from our business, such as employment matters, product liability claims and general liability claims related to our store premises. We calculate contingent loss accruals using our best estimate of our probable and reasonably estimable contingent liabilities, such as lawsuits and our retained liability for insured claims.

10

Vendor Allowances

AutoZone receives various payments and allowances from its vendors based on the volume of purchases or for services that AutoZone provides to the vendors. Monies received from vendors include rebates, allowances and promotional funds. Typically these funds are dependent on purchase volumes and advertising plans. The amounts to be received are subject to changes in market conditions, vendor marketing strategies and changes in the profitability or sell-through of the related merchandise.

Rebates and other miscellaneous incentives are earned based on purchases or product sales. These monies are treated as a reduction of inventories and are recognized as a reduction to cost of sales as the inventories are sold.

Certain vendor allowances are used exclusively for promotions and to partially or fully offset certain other direct expenses. Such vendor funding arrangements that were entered into on or before December 31, 2002, were recognized as a reduction to operating, selling, general and administrative expenses when earned. However, for such vendor funding arrangements entered into or modified after December 31, 2002, AutoZone applied the new guidance pursuant to the Emerging Issues Task Force Issue No. 02-16, "Accounting by a Customer (including a Reseller) for Cash Consideration Received from a Vendor" ("EITF 02-16"). Accordingly, all vendor funds from arrangements entered into or modified after December 31, 2002, were recognized as a reduction to cost of sales as the inventories were sold.

This accounting pronouncement for vendor funding has not impacted the way AutoZone runs its business or its relationships with vendors. It does, however, require the deferral of certain vendor funding which is calculated based upon vendor inventory turns. Based on the timing of the issuance of the pronouncement and guidelines during fiscal 2003, we were precluded from adopting EITF 02-16 as a cumulative effect of a change in accounting principle. Our timing and accounting treatment of EITF 02-16 was not discretionary.

Impairments

In accordance with the provisions of Statement of Financial Accounting Standards No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets" ("SFAS 144"), we evaluate the recoverability of the carrying amounts of long-lived assets, such as property and equipment, covered by this standard whenever events or changes in circumstances dictate that the carrying value may not be recoverable. As part of the evaluation, we review performance at the store level to identify any stores with current period operating losses that should be considered for impairment. We compare the sum of the undiscounted expected future cash flows with the carrying amounts of the assets.

Under the provisions of Statement of Financial Accounting Standards No. 142, "Goodwill and Other Intangible Assets" ("SFAS 142"), we perform an annual test of goodwill to compare the estimated fair value of goodwill to the carrying amount to determine if any impairment exists. We perform the annual impairment assessment in the fourth quarter of each fiscal year, unless circumstances dictate more frequent assessments.

If impairments are indicated by either of the above evaluations, the amount by which the carrying amount of the assets exceeds the fair value of the assets is recognized as an impairment loss. Such evaluations require management to make certain assumptions based upon information available at the time the evaluation is performed, which could differ from actual results.

QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

AutoZone is exposed to market risk from, among other things, changes in interest rates, foreign exchange rates and fuel prices. From time to time, we use various financial instruments to reduce interest rate and fuel price risks. To date, based upon our current level of foreign operations, hedging costs and past changes in the associated foreign exchange rates, no instruments have been utilized to reduce foreign exchange rate risk. All of our hedging activities are governed by guidelines that are authorized by our Board of Directors. Further,

we do not buy or sell financial instruments for trading purposes.

11

## Interest Rate Risk

AutoZone's financial market risk results primarily from changes in interest rates. At times, we reduce our exposure to changes in interest rates by entering into various interest rate hedge instruments such as interest rate swap contracts, treasury lock agreements and forward-starting interest rate swaps.

AutoZone has utilized interest rate swaps to convert variable rate debt to fixed rate debt and to lock in rates on future debt issuances. At August 28, 2004, we held a five-year forward-starting interest rate swap with a notional amount of $300 million. This swap has an October 2004 settlement and effective date to coincide with an anticipated debt transaction. It is expected that upon settlement of the agreement, the realized gain or loss will be deferred in other comprehensive income and reclassified to interest expense over the life of the underlying debt.

At August 30, 2003, we held an interest rate swap contract, which was settled in September 2003, to hedge $25 million of variable rate debt associated with commercial paper borrowings. At August 30, 2003, we also held treasury lock agreements with notional amounts of $300 million and a forward-starting interest rate swap with a notional amount of $200 million. These agreements hedged the exposure to variability in future cash flows resulting from changes in interest rates prior to the November 2003 issuance of $300 million 5.5% Senior Notes due November 2015 and $200 million 4.75% Senior Notes due November 2010. The related gains on these transactions are deferred in stockholders' equity as a component of other comprehensive income or loss. These deferred gains are recognized in income as a decrease to interest expense in the period in which the related interest rates being hedged are recognized in expense. However, to the extent that the change in value of an interest rate hedge instrument does not perfectly offset the change in the value of the interest rate being hedged, that ineffective portion is immediately recognized in income. During November 2003, we recognized $2.7 million in gains related to the ineffective portion of these agreements. The remaining gains realized upon the November 2003 settlement were deferred in other comprehensive income and are being reclassified to interest expense over the life of the underlying Senior Notes, resulting in effective interest rates of 4.86% on the $300 million issuance and 4.17% on the $200 million issuance.

During fiscal 2003, we also entered into and settled a forward-starting interest rate swap with a notional amount of $200 million, used to hedge the variability in future cash flows resulting from changes in interest rates prior to the issuance of $200 million 4.375% Senior Notes. The loss realized upon settlement was deferred in other comprehensive income and is being reclassified to interest expense over the life of the underlying Senior Notes, resulting in an effective interest rate of 5.65%. During fiscal 2003, all of our hedge instruments were determined to be highly effective, and no ineffective portion was recognized in income.

AutoZone reflects the current fair value of all interest rate hedge instruments on our consolidated balance sheets as a component of other assets. The fair values of the interest rate hedge instruments were $4.6 million at August 28, 2004 and were $41.6 million at August 30, 2003. Our outstanding hedge instrument was determined to be highly effective at August 28, 2004.

The fair value of our debt was estimated at $1.88 billion as of August 28, 2004, and $1.57 billion as of August 30, 2003, based on the quoted market prices for the same or similar debt issues or on the current rates available to AutoZone for debt of the same remaining maturities. Such fair value is greater than the carrying value of debt at August 28, 2004, by $11.1 million, and at August 30, 2003, by $27.3 million. We had $529.3 million of variable rate debt outstanding at August 28, 2004, and $556.8 million outstanding at August 30, 2003, both of which exclude the effect of any interest rate swaps designated and effective as cash flow hedges of such variable rate debt. At these borrowing levels for variable rate debt, a one percentage point increase in interest rates would have had an unfavorable impact on our pre-tax earnings and cash flows of $5.3 million in 2004 and $5.6 million in fiscal 2003, which excludes the effects of interest rate swaps. The primary interest rate exposure on variable rate debt is based on LIBOR. We had outstanding fixed rate debt of $1.34 billion at August

28, 2004, and $990.0 million at August 30, 2003. A one percentage point increase in interest rates would reduce the fair value of our fixed rate debt by $81.1 million at August 28, 2004 and by $47.0 million at August 30, 2003.

Fuel Price Risk

Fuel swap contracts utilized by us have not previously been designated as hedging instruments under the provisions of SFAS 133 and do not qualify for hedge accounting treatment, although the instruments were executed

12

to economically hedge the consumption of diesel fuel used to distribute our products. Accordingly, mark-to-market gains and losses related to such fuel swap contracts are recorded in cost of sales as a component of distribution costs. As of August 28, 2004, the current month's fuel swap contract was outstanding with a settlement date of August 31, 2004. During fiscal 2004 and 2003, we entered into fuel swaps to economically hedge a portion of our diesel fuel exposure. These swaps were settled within a few days of each fiscal year end and had no significant impact on cost of sales for the 2004 or 2003 fiscal years.

RECONCILIATION OF NON-GAAP FINANCIAL MEASURES

"Selected Financial Data" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" include certain financial measures not derived in accordance with generally accepted accounting principles ("GAAP"). These non-GAAP financial measures provide additional information for determining our optimum capital structure and are used to assist management in evaluating performance and in making appropriate business decisions to maximize stockholders' value.

Non-GAAP financial measures should not be used as a substitute for GAAP financial measures, or considered in isolation, for the purpose of analyzing our operating performance, financial position or cash flows. However, we have presented the non-GAAP financial measures, as we believe they provide additional information to analyze or compare our operations. Furthermore, our management and Compensation Committee of the Board of Directors use the above mentioned non-GAAP financial measures to analyze and compare our underlying operating results and to determine payments of performance-based compensation. We have included a reconciliation of this information to the most comparable GAAP measures in the following reconciliation tables.

Reconciliation of Non-GAAP Financial Measure: After-Tax Return on Invested Capital

The following table reconciles the percentages of after-tax return on invested capital, or "ROIC," both including and excluding the fiscal 2001 restructuring and impairment charges, to net income. After-tax return on invested capital is calculated as after-tax operating profit (excluding rent) divided by average invested capital (which includes a factor to capitalize operating leases). The ROIC percentages are presented in the "Selected Financial Data."

(in thousands, except per share and percentage data)

|  | FISCAL YEAR ENDED AUGUST | | | | |
|  | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| Net income........................................ | $ 566,202 | $ 517,604 | $ 428,148 | $ 175,526 | $ 267,590 |
| Adjustments: |  |  |  |  |  |
| After-tax interest......................... | 58,003 | 52,686 | 49,471 | 61,560 | 47,241 |
| After-tax rent............................. | 73,086 | 68,764 | 61,348 | 61,396 | 58,853 |
| After-tax return................................. | 697,291 | 639,054 | 538,967 | 298,482 | 373,684 |
| After-tax restructuring and |  |  |  |  |  |
| impairment charges............................ | -- | -- | -- | 95,822 | -- |
| After-tax return, excluding restructuring and |  |  |  |  |  |
| impairment charges............................ | $ 697,291 | $ 639,054 | $ 538,967 | $ 394,304 | $ 373,684 |
| Average debt (1)................................. | $1,787,307 | $1,484,987 | $ 1,329,077 | $ 1,445,899 | $ 1,182,055 |
| Average equity (2)............................... | 292,802 | 580,176 | 802,289 | 879,912 | 1,149,104 |
| Rent x 6 (3)..................................... | 701,621 | 663,990 | 594,192 | 602,382 | 574,290 |
| Pre-tax invested capital........................ | 2,781,730 | 2,729,153 | 2,725,558 | 2,928,193 | 2,905,449 |
| Average equity, excluding |  |  |  |  |  |
| restructuring and impairment charges (4)....... | -- | -- | -- | 6,844 | -- |
| Pre-tax invested capital, excluding restructuring |  |  |  |  |  |
| and impairment charges........................ | $2,781,730 | $2,729,153 | $ 2,725,558 | $ 2,935,037 | $ 2,905,449 |
| ROIC............................................ | 25.1% | 23.4% | 19.8% | 10.1% | 12.9% |
| ROIC, before restructuring and |  |  |  |  |  |
| impairment charges............................ | 25.1% | 23.4% | 19.8% | 13.4% (5) | 12.9% |

(1)    Average debt is equal to the average of our long-term debt measured at the
       end of the prior fiscal year and each of the 13 fiscal periods in the
       current fiscal year. Long-term debt (in thousands) was $888,340 at August
       28, 1999.

13

(2)    Average equity is equal to the average of our stockholders' equity
       measured at the end of the prior fiscal year and each of the 13 fiscal
       periods of the current fiscal year. Stockholders' equity (in thousands)
       was $1,323,801 at August 28, 1999.

(3)    Rent is multiplied by a factor of six to capitalize operating leases in
       the determination of pre-tax invested capital.

(4)    Average equity at August 25, 2001, increased by $6.8 million as a result
       of excluding restructuring and impairment charges.

(5)    ROIC excluding nonrecurring charges was presented as 14.3% in our Form
       10-K for the fiscal year ended August 31, 2002, but has been revised to
       reflect a rolling 13-period average of debt and equity to conform with our
       current methodology for calculating ROIC.

Reconciliation of Non-GAAP Financial Measure: Cash Flow Before Share Repurchases
and Changes in Debt

       The following table reconciles net increase (decrease) in cash and cash
equivalents to cash flow before share repurchases and changes in debt, which is
presented in the "Selected Financial Data".

(in thousands)

|  | FISCAL YEAR ENDED AUGUST | | | | |
|---|---|---|---|---|---|
|  | 2004 | 2003 | 2002 | 2001 | 2000 |
| Net increase (decrease) in cash and cash equivalents | $ (16,250) | $ 22,796 | $ (3,709) | $ 8,680 | $ (6,299) |
| Less: Increase (decrease) in debt | 322,405 | 352,328 | (30,885) | (24,535) | 361,597 |
| Less: Share repurchases | (848,102) | (891,095) | (698,983) | (366,097) | (639,925) |
| Cash flow before share repurchases and changes in debt | $ 509,447 | $ 561,563 | $ 726,159 | $ 399,312 | $ 272,029 |

Reconciliation of Non-GAAP Financial Measure: Fiscal 2002 Results Excluding
Impact of 53rd Week

The following table summarizes the favorable impact of the additional week of
the 53 week fiscal year ended August 31, 2002.

(in thousands, except per share and percentage data)

|  | FISCAL 2002 RESULTS OF OPERATIONS | PERCENT OF REVENUE | UNAUDITED RESULTS OF OPERATIONS FOR 53RD WEEK | FISCAL 2002 RESULTS OF OPERATIONS EXCLUDING 53RD WEEK | PERCENT OF REVENUE |
|---|---|---|---|---|---|
| Net sales | $ 5,325,510 | 100.0% | $ (109,079) | $ 5,216,431 | 100.0% |
| Cost of sales | 2,950,123 | 55.4% | (58,608) | 2,891,435 | 55.4% |
| Gross profit | 2,375,387 | 44.6% | (50,391) | 2,324,996 | 44.6% |
| Operating expenses | 1,604,379 | 30.1% | (20,911) | 1,583,468 | 30.4% |
| Operating profit | 771,008 | 14.5% | (29,480) | 741,528 | 14.2% |
| Interest expense, net | 79,860 | 1.5% | -- | 79,860 | 1.5% |
| Income before taxes | 691,148 | 13.0% | (29,480) | 661,668 | 12.7% |
| Income taxes | 263,000 | 5.0% | (11,210) | 251,790 | 4.8% |
| Net income | $ 428,148 | 8.0% | $ (18,270) | $ 409,878 | 7.9% |
| Diluted earnings per share | $ 4.00 | | $ (0.17) | $ 3.83 | |

CONSOLIDATED STATEMENTS OF INCOME

| (IN THOUSANDS, EXCEPT PER SHARE DATA) | YEAR ENDED AUGUST 28, 2004 (52 WEEKS) | YEAR ENDED AUGUST 30, 2003 (52 WEEKS) | YEAR ENDED AUGUST 31, 2002 (53 WEEKS) |
|---|---|---|---|
| Net sales | $ 5,637,025 | $ 5,457,123 | $ 5,325,510 |
| Cost of sales, including warehouse and delivery expenses | 2,880,446 | 2,942,114 | 2,950,123 |
| Operating, selling, general and administrative expenses | 1,757,873 | 1,597,212 | 1,604,379 |
| Operating profit | 998,706 | 917,797 | [illegible] |
| Interest expense, net | 92,804 | 84,790 | [illegible] |
| Income before income taxes | 905,902 | 833,007 | 691,148 |
| Income taxes | 339,700 | 315,403 | 263,000 |
| Net income | $ [illegible] | $ [illegible] | $ [illegible] |
| Weighted average shares for basic earnings per share | 84,993 | 94,906 | 104,446 |
| Effect of dilutive stock equivalents | 1,357 | 2,057 | 2,665 |
| Adjusted weighted average shares for diluted earnings per share | 86,350 | 96,963 | 107,111 |
| Basic earnings per share | $ 6.66 | $ 5.45 | $ 4.10 |
| Diluted earnings per share | $ 6.56 | $ 5.34 | $ 4.00 |

See Notes to Consolidated Financial Statements.

CONSOLIDATED BALANCE SHEETS

| (IN THOUSANDS, EXCEPT PER SHARE DATA) | AUGUST 28, 2004 | AUGUST 30, 2003 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 76,852 | $ 93,102 |
| Accounts receivable | 68,372 | 43,746 |
| Merchandise inventories | 1,561,479 | 1,511,316 |
| Prepaid expenses and other current assets | 49,054 | 19,194 |
| Deferred income taxes | -- | 3,996 |
| Total current assets | 1,755,757 | 1,671,354 |
| Property and equipment: | | |
| Land | 538,920 | 525,473 |
| Buildings and improvements | 1,370,079 | 1,325,759 |
| Equipment | 574,882 | 551,465 |
| Leasehold improvements | 137,562 | 125,592 |
| Construction in progress | 87,694 | 44,871 |
| | 2,709,137 | 2,573,160 |
| Less: Accumulated depreciation and amortization | 919,048 | 857,407 |
| | 1,790,089 | 1,715,753 |
| Goodwill, net of accumulated amortization | 301,015 | 294,348 |
| Deferred income taxes | -- | 25,543 |
| Other long-term assets | 65,704 | 59,828 |
| | 366,719 | 379,719 |
| | $ 3,912,565 | $ 3,766,826 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 1,429,128 | $ 1,360,482 |
| Accrued expenses | 310,880 | 361,466 |
| Income taxes payable | 72,096 | 39,978 |
| Deferred income taxes | 6,011 | -- |
| Total current liabilities | 1,818,115 | 1,761,926 |
| Long-term debt | 1,869,250 | 1,546,845 |
| Other liabilities | 48,079 | 84,297 |
| Deferred income taxes | 5,728 | -- |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Preferred stock, authorized 1,000 shares; no shares issued | -- | -- |
| Common stock, par value $.01 per share, authorized 200,000 shares; 89,393 shares issued and 79,628 shares outstanding in 2004 and 100,670 shares issued and 88,708 shares outstanding in 2003 | 894 | 1,007 |
| Additional paid-in capital | 414,231 | 410,962 |
| Retained earnings | 580,147 | 869,739 |
| Accumulated other comprehensive loss | (15,653) | (37,297) |
| Treasury stock, at cost | (808,226) | (870,653) |
| Total stockholders' equity | 171,393 | 373,758 |
| | $ 3,912,565 | $ 3,766,826 |

See Notes to Consolidated Financial Statements.

16

CONSOLIDATED STATEMENTS OF CASH FLOWS

| (IN THOUSANDS) | YEAR ENDED | | |
|---|---|---|---|
| | AUGUST 28, 2004 (52 WEEKS) | AUGUST 30, 2003 (52 WEEKS) | AUGUST 31, 2002 (53 WEEKS) |
| Cash flows from operating activities: | | | |
| Net income | $ 566,202 | $ 517,604 | $ 428,148 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization of property and equipment | 106,891 | 109,748 | 118,255 |
| Amortization of debt origination fees | 4,230 | 7,334 | 2,283 |
| Income tax benefit realized from exercise of options | 24,339 | 37,402 | 42,159 |
| Gains from warranty negotiations | (42,094) | (8,695) | -- |
| Changes in operating assets and liabilities: | | | |
| Deferred income taxes | 44,498 | 65,701 | 28,493 |
| Accounts receivable and prepaid expenses | (26,101) | (27,468) | (12,879) |
| Merchandise inventories | (119,539) | (135,732) | (168,150) |
| Accounts payable and accrued expenses | 60,154 | 176,702 | 282,408 |
| Income taxes payable | 32,118 | (3,460) | 13,743 |
| Other, net | (12,319) | (18,329) | 1,720 |
| Net cash provided by operating activities | 638,379 | 720,807 | 736,170 |
| Cash flows from investing activities: | | | |
| Capital expenditures | (184,870) | (182,242) | (117,239) |
| Acquisition | (11,441) | -- | -- |
| Proceeds from sale of business | -- | -- | 25,723 |
| Proceeds from disposal of capital assets | 2,590 | 14,443 | 25,094 |
| Notes receivable from officers | -- | -- | 1,911 |
| Net cash used in investing activities | (193,721) | (167,799) | (64,511) |
| Cash flows from financing activities: | | | |
| Net change in commercial paper | 254,400 | 44,800 | (162,247) |
| Proceeds from issuance of debt | 500,000 | 500,000 | 150,000 |
| Repayment of debt | (431,995) | (215,000) | (15,000) |
| Net proceeds from sale of common stock | 33,552 | 45,303 | 55,676 |
| Purchase of treasury stock | (848,102) | (891,095) | (698,983) |
| Settlement of interest rate hedge instruments | 32,166 | (28,524) | -- |
| Other | (929) | 14,304 | (4,814) |
| Net cash used in financing activities | (460,908) | (530,212) | (675,368) |
| Net increase (decrease) in cash and cash equivalents | (16,250) | 22,796 | (3,709) |
| Cash and cash equivalents at beginning of year | 93,102 | 70,306 | 74,015 |
| Cash and cash equivalents at end of year | $ 76,852 | $ 93,102 | $ 70,306 |
| Supplemental cash flow information: | | | |
| Interest paid, net of interest cost capitalized | $ 77,871 | $ 77,533 | $ 77,935 |
| Income taxes paid | $ 237,910 | $ 215,760 | $ 178,417 |

See Notes to Consolidated Financial Statements.

17

CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY

| (IN THOUSANDS) | COMMON SHARES ISSUED | COMMON STOCK | ADDITIONAL PAID-IN CAPITAL | NOTES RECEIVABLE | RETAINED EARNINGS | ACCUMULATED OTHER COMPREHENSIVE LOSS | TREASURY STOCK | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Balance at August 25, 2001 | 119,518 | $1,195 | $295,629 | $(11,911) | $825,196 | $(5,308) | $(248,588) | $866,213 |
| Net income | | | | | 428,148 | | | 428,148 |
| Foreign currency translation adjustment | | | | | | (1,447) | | (1,447) |
| Unrealized losses on derivatives | | | | | | (4,848) | | (4,848) |
| Comprehensive income | | | | | | | | 421,853 |
| Repayments of notes receivable from officers | | | | 1,911 | | | | 1,911 |
| Purchase of 12,591 shares of treasury stock | | | 298 | | | | (698,983) | (698,685) |
| Retirement of treasury stock | (12,000) | (120) | (23,280) | | (279,203) | | 302,603 | -- |
| Sale of common stock under stock option and stock purchase plans | 2,444 | 25 | 55,651 | | | | | 55,676 |
| Tax benefit of exercise of stock options | | | 42,159 | | | | | 42,159 |
| Balance at August 31, 2002 | 109,962 | 1,100 | 370,457 | -- | 974,141 | (11,603) | (644,968) | 689,127 |
| Net income | | | | | 517,604 | | | 517,604 |
| Minimum pension liability net of taxes of $(18,072) | | | | | | (29,739) | | (29,739) |
| Foreign currency translation adjustment | | | | | | (8,276) | | (8,276) |
| Net gains on outstanding derivatives net of taxes of $15,710 | | | | | | 25,856 | | 25,856 |
| Net losses on terminated/matured derivatives | | | | | | (20,014) | | (20,014) |
| Reclassification of net losses on derivatives into earnings | | | | | | 6,479 | | 6,479 |
| Comprehensive income | | | | | | | | 491,910 |
| Purchase of 12,266 shares of treasury stock | | | 1,111 | | | | (891,095) | (889,984) |
| Retirement of treasury stock | (11,000) | (110) | (43,120) | | (622,006) | | 665,236 | -- |
| Sale of common stock under stock option and stock purchase plans | 1,708 | 17 | 45,112 | | | | 174 | 45,303 |
| Tax benefit of exercise of stock options | | | 37,402 | | | | | 37,402 |
| Balance at August 30, 2003 | 100,670 | 1,007 | 410,962 | -- | 869,739 | (37,297) | (870,653) | 373,758 |
| Net income | | | | | 566,202 | | | 566,202 |
| Minimum pension liability net of taxes of $10,750 | | | | | | 17,537 | | 17,537 |
| Foreign currency translation adjustment | | | | | | (3,841) | | (3,841) |
| Net gains on outstanding derivatives net of taxes of $1,740 | | | | | | 2,900 | | 2,900 |
| Net gains on terminated/matured derivatives net of taxes of $(15,710) | | | | | | 6,226 | | 6,226 |
| Reclassification of derivative ineffectiveness into earnings | | | | | | (2,701) | | (2,701) |
| Reclassification of net losses on derivatives into earnings | | | | | | 1,523 | | 1,523 |
| Comprehensive income | | | | | | | | 587,846 |
| Purchase of 10,194 shares of treasury stock | | | | | | | (848,102) | (848,102) |
| Retirement of treasury stock | (12,400) | (124) | (54,611) | | (855,794) | | 910,529 | -- |
| Sale of common stock under stock option and stock purchase plans | 1,123 | 11 | 33,541 | | | | | 33,552 |
| Tax benefit of exercise of stock options | | | 24,339 | | | | | 24,339 |
| Balance at August 28, 2004 | 89,393 | $894 | $414,231 | $-- | $580,147 | $(15,653) | $(808,226) | $171,393 |

See Notes to Consolidated Financial Statements.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

NOTE A - SIGNIFICANT ACCOUNTING POLICIES

BUSINESS: AutoZone, Inc. and its wholly owned subsidiaries ("AutoZone" or the "Company") is principally a retailer of automotive parts and accessories. At the end of fiscal 2004, the Company operated 3,420 domestic auto parts stores in 48 states and the District of Columbia and 63 auto parts stores in Mexico. Each store carries an extensive product line for cars, sport utility vehicles, vans and light trucks, including new and remanufactured automotive hard parts, maintenance items, accessories and non-automotive products. Many of the domestic stores have a commercial sales program that provides commercial credit and prompt delivery of parts and other products to local, regional and national repair garages, dealers and service stations. The Company also sells the ALLDATA brand automotive diagnostic and repair software. On the web, the Company sells automotive diagnostic and repair information and auto and light truck parts through www.autozone.com.

FISCAL YEAR: The Company's fiscal year consists of 52 or 53 weeks ending on the last Saturday in August.

BASIS OF PRESENTATION: The consolidated financial statements include the accounts of AutoZone, Inc. and its wholly owned subsidiaries. All significant intercompany transactions and balances have been eliminated in consolidation.

USE OF ESTIMATES: Management of the Company has made a number of estimates and assumptions relating to the reporting of assets and liabilities and the disclosure of contingent liabilities to prepare these financial statements. Actual results could differ from those estimates.

RECLASSIFICATIONS: To conform to current year presentation, certain prior year amounts have been reclassified within the consolidated statements of cash flows and the consolidated balance sheet. Prior year presentations had netted or included certain amounts within accounts payable; these amounts have now been reclassified for all periods presented impacting cash and cash equivalents, accounts payable and accrued expenses.

CASH EQUIVALENTS: Cash equivalents consist of investments with original maturities of 90 days or less at the date of purchase. Excluded from cash equivalents are $20.1 million in investments in money market accounts at August 28, 2004, held by the Company's wholly-owned insurance captive that was established during fiscal 2004. These investments are included within the prepaid expenses and other current assets caption and are recorded at cost, which approximates market value, due to the short maturity of the investments.

ACCOUNTS RECEIVABLE: Accounts receivable consists of receivables from customers and vendors, including the current portion of long-term receivables from certain vendors.

MERCHANDISE INVENTORIES: Inventories are stated at the lower of cost or market using the last-in, first-out (LIFO) method. Included in inventory are related purchasing, storage and handling costs. Due to price deflation on the Company's merchandise purchases, the Company's inventory balances are effectively maintained under the first-in, first-out method as the Company's policy is not to write up inventory for favorable LIFO adjustments, resulting in cost of sales being reflected at the higher amount. The cumulative balance of this unrecorded adjustment, which will be reduced upon experiencing price inflation on our merchandise purchases, was $158 million at August 28, 2004, and $102 million at August 30, 2003.

AutoZone has entered into pay-on-scan ("POS") arrangements with certain vendors, whereby AutoZone will not purchase merchandise supplied by a vendor until that merchandise is ultimately sold to AutoZone's customers. Title and certain risks of ownership remain with the vendor until the merchandise is sold to AutoZone's customers. Since the Company does not own merchandise under POS arrangements until just before it is sold to a customer, such merchandise is not recorded on the Company's balance sheet. Upon the sale of the merchandise to AutoZone's customers, AutoZone recognizes the liability for the goods and pays

the vendor in accordance with the agreed-upon terms. Although AutoZone does not hold title to the goods, AutoZone controls pricing and has credit collection risk and therefore, revenues under POS arrangements are included in net sales in the income statement. AutoZone has financed the repurchase of existing merchandise inventory by certain vendors in order to convert such vendors to POS arrangements. These receivables have durations up to 24 months and approximated $58.3 million at August

19

28, 2004. The $27.8 million current portion of these receivables is reflected in accounts receivable and the $30.5 million long-term portion is reflected as a component of other long-term assets. Merchandise under POS arrangements was $146.6 million at August 28, 2004.

PROPERTY AND EQUIPMENT: Property and equipment is stated at cost. Depreciation is computed principally using the straight-line method over the following estimated useful lives: buildings, 40 to 50 years; building improvements, 5 to 15 years; equipment, 3 to 7 years; and leasehold improvements, 5 to 15 years, not to exceed the remaining lease term.

IMPAIRMENT OF LONG-LIVED ASSETS: In accordance with the provisions of Statement of Financial Accounting Standards No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets" ("SFAS 144"), the Company evaluates the recoverability of the carrying amounts of the assets covered by this standard annually and more frequently if events or changes in circumstances indicate that the carrying value may not be recoverable. As part of the evaluation, the Company reviews performance at the store level to identify any stores with current period operating losses that should be considered for impairment. The Company compares the sum of the undiscounted expected future cash flows with the carrying amounts of the assets. If impairments are indicated, the amount by which the carrying amount of the assets exceeds the fair value of the assets is recognized as an impairment loss. No significant impairment losses were recorded in the three years ended August 28, 2004.

GOODWILL: The cost in excess of fair value of identifiable net assets of businesses acquired is recorded as goodwill and is reflected net of $32.2 million in accumulated amortization as of August 28, 2004 and August 30, 2003. In accordance with the provisions of Statement of Financial Accounting Standards No. 142, "Goodwill and Other Intangible Assets" ("SFAS 142"), goodwill has not been amortized since fiscal 2001, but an analysis is performed at least annually to compare the fair value of goodwill to the carrying amount to determine if any impairment exists. The Company performs its annual impairment assessment in the fourth quarter of each fiscal year, unless circumstances dictate more frequent assessments. No impairment losses were recorded in the three years ended August 28, 2004.



DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES: AutoZone is exposed to market risk from, among other things, changes in interest rates, foreign exchange rates and fuel prices. From time to time, the Company uses various financial instruments to reduce such risks. To date, based upon the Company's current level of foreign operations, hedging costs and past changes in the associated foreign exchange rates, no instruments have been utilized to reduce this market risk. All of the Company's hedging activities are governed by guidelines that are authorized by AutoZone's Board of Directors. Further, the Company does not buy or sell financial instruments for trading purposes.

AutoZone's financial market risk results primarily from changes in interest rates. At times, AutoZone reduces its exposure to changes in interest rates by entering into various interest rate hedge instruments such as interest rate swap contracts, treasury lock agreements and forward-starting interest rate swaps. The Company complies with Statement of Financial Accounting Standards Nos. 133, 137, 138 and 149 (collectively "SFAS 133") pertaining to the accounting for these derivatives and hedging activities which require all such interest rate hedge instruments to be recognized on the balance sheet at fair value. All of the Company's interest rate hedge instruments are designated as cash flow hedges. Refer to Note B for additional disclosures regarding the Company's derivatives instruments and hedging activities.

FINANCIAL INSTRUMENTS: The Company has financial instruments, including cash, accounts receivable, other current assets and accounts payable. The carrying amounts of these financial instruments approximate fair value because of their short maturities. A discussion of the carrying values and fair values of the Company's debt is included in Note E, while a discussion of the Company's fair values of its derivatives is included in Note B.

INCOME TAXES: The Company accounts for income taxes under the liability method. Deferred tax assets and liabilities are determined based on differences

between financial reporting and tax bases of assets and liabilities and are measured using the enacted tax rates and laws that will be in effect when the differences are expected to reverse.

REVENUE RECOGNITION: The Company recognizes sales at the time the sale is made and the product is delivered to the customer.

20

VENDOR ALLOWANCES AND ADVERTISING COSTS: The Company receives various payments and allowances from its vendors based on the volume of purchases or for services that AutoZone provides to the vendors. Monies received from vendors include rebates, allowances and promotional funds. Typically, these funds are dependent on purchase volumes and advertising plans. The amounts to be received are subject to changes in market conditions, vendor marketing strategies and changes in the profitability or sell-through of the related merchandise.



Rebates and other miscellaneous incentives are earned based on purchases or product sales. These monies are treated as a reduction of inventories and are recognized as a reduction to cost of sales as the inventories are sold.

Certain vendor allowances are used exclusively for promotions and to partially or fully offset certain other direct expenses. Such vendor funding arrangements, which were entered into on or before December 31, 2002, were recognized as a reduction to operating, selling, general and administrative expenses when earned. However, for such vendor funding arrangements entered into or modified after December 31, 2002, the Company applied the new guidance pursuant to the Emerging Issues Task Force Issue No. 02-16, "Accounting by a Customer (Including a Reseller) for Cash Consideration Received from a Vendor" ("EITF 02-16"). Accordingly, all vendor funds from arrangements entered into or modified after December 31, 2002, were recognized as a reduction to cost of sales as the inventories were sold. As a result of the adoption of EITF 02-16, operating, selling, general and administrative expenses were approximately $138 million higher in fiscal 2004 and $53 million higher in fiscal 2003, while gross profit was approximately $138 million higher in fiscal 2004 and $43 million higher in fiscal 2003 than such amounts would have been prior to the accounting change.

Advertising expense was approximately $98.1 million in fiscal 2004, $32.5 million in fiscal 2003, and $17.5 million in fiscal 2002. Prior to the adoption of EITF 02-16 during fiscal 2003, vendor allowances for advertising were netted against advertising expense. The Company expenses advertising costs as incurred.

WARRANTY COSTS: The Company or the vendors supplying its products provide its customers with limited warranties on certain products. Estimated warranty obligations for which the Company is responsible are provided at the time of sale of the product and are charged to cost of sales.

SHIPPING AND HANDLING COSTS: The Company does not generally charge customers separately for shipping and handling. The cost the Company incurs to ship products to the stores for delivery to the customer is included in cost of sales.

PRE-OPENING EXPENSES: Pre-opening expenses, which consist primarily of payroll and occupancy costs, are expensed as incurred.

EARNINGS PER SHARE: Basic earnings per share is based on the weighted average outstanding common shares. Diluted earnings per share is based on the weighted average outstanding shares adjusted for the effect of common stock equivalents. At this time, stock options are the Company's only common stock equivalents. Stock options that were not included in the diluted computation because they would have been anti-dilutive were 1.1 million shares at August 28, 2004.

STOCK OPTIONS: At August 28, 2004, the Company has stock option plans that provide for the purchase of the Company's common stock by some of its employees and directors, which are described more fully in Note H. The Company accounts for those plans using the intrinsic-value-based recognition method prescribed by Accounting Principles Board ("APB") Opinion No. 25, "Accounting for Stock Issued to Employees," and related interpretations. Accordingly, no stock-based employee compensation cost is reflected in net income, as options are granted under those plans at an exercise price equal to the market value of the underlying common stock on the date of grant. Statement of Financial Accounting Standards No. 123, "Accounting for Stock-Based Compensation," ("SFAS 123") and Statement of Financial Accounting Standards No. 148, "Accounting for Stock-Based Compensation - Transition and Disclosure" ("SFAS 148"), established accounting and disclosure requirements using a fair-value-based method of accounting for

stock-based employee compensation plans. As allowed under SFAS 123, the Company
has elected to continue to apply the intrinsic-value-based method of accounting
and has adopted only the disclosure requirements of SFAS 123. The following
table illustrates the effect on net income and earnings per share had the
Company applied the fair-value recognition provisions of SFAS 123 to stock-based
employee compensation.

21

| (IN THOUSANDS, EXCEPT PER SHARE DATA) | YEAR ENDED | | |
| --- | --- | --- | --- |
| | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| Reported net income............................................... | $ 566,202 | $ 517,604 | $ 428,148 |
| Deduct total incremental stock-based compensation expense determined under fair-value-based method for all awards, net of related tax effects... | 16,518 | 14,506 | 8,969 |
| Pro forma net income............................................... | $ 549,684 | $ 503,098 | $ 419,179 |
| Basic earnings per share: | | | |
| As reported...................................................... | $ 6.66 | $ 5.45 | $ 4.19 |
| Pro forma........................................................ | $ 6.46 | $ 5.30 | $ 4.01 |
| Diluted earnings per share: | | | |
| As reported...................................................... | $ 6.56 | $ 5.34 | $ 4.00 |
| Pro forma........................................................ | $ 6.36 | $ 5.20 | $ 3.91 |

The effects of applying SFAS 123 and the results obtained through the use of the Black-Scholes option-pricing model in this pro forma disclosure are not necessarily indicative of future amounts. The weighted average fair value of the stock options granted was $28.07 per share during fiscal 2004, $24.59 per share during fiscal 2003 and $16.10 per share during fiscal 2002. The fair value of each option granted is estimated on the date of the grant using the Black-Scholes option pricing model with the following weighted average assumptions for grants in 2004, 2003 and 2002:

| | YEAR ENDED | | |
| --- | --- | --- | --- |
| | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| Expected price volatility............................... | 37% | 38% | 39% |
| Risk-free interest rates................................ | 2.4% | 3.0% | 2.4% |
| Expected lives in years................................ | 3.8 | 4.2 | 4.3 |
| Dividend yield......................................... | 0% | 0% | 0% |

RECENT ACCOUNTING PRONOUNCEMENTS: In January 2003, the Financial Accounting Standards Board issued Interpretation No. 46, "Consolidation of Variable Interest Entities" ("FIN 46"). FIN 46, as revised in December 2003, clarifies the application of Accounting Research Bulletin No. 51, "Consolidated Financial Statements," to certain entities in which equity investors do not have the characteristics of a controlling financial interest or do not have sufficient equity at risk for the entity to finance its activities without additional subordinated financial support from other parties. FIN 46 requires the consolidation of certain types of entities in which a company absorbs a majority of another entity's expected losses or residual returns, or both, as a result of ownership, contractual or other financial interests in the other entity. These entities are called variable interest entities. FIN 46 applies immediately to variable interest entities created or acquired after January 31, 2003. For variable interest entities created or acquired prior to February 1, 2003, the provisions of FIN 46 must be applied at the end of periods ending after March 15, 2004. The Company's adoption of FIN 46 did not have a significant impact on its consolidated financial position, operating results or cash flows.

NOTE B – DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES

AutoZone has utilized interest rate swaps to convert variable rate debt to fixed rate debt and to lock in fixed rates on future debt issuances. At August 28, 2004, the Company held a five-year forward-starting interest rate swap with a notional amount of $300 million. This swap has an October 2004 effective date to coincide with an anticipated debt transaction. During fiscal 2004, the related gains on this derivative are recorded in accumulated other comprehensive loss, net of income taxes and it is expected that upon settlement of the agreement, the realized gain or loss will be deferred in accumulated other comprehensive loss and reclassified to interest expense over the life of the underlying debt.

At August 30, 2003, the Company held an interest rate swap contract, which was settled in September 2003, to hedge $25 million of variable rate debt associated with commercial paper borrowings. At August 30, 2003, it also held treasury lock agreements with notional amounts of $300 million and a forward-starting interest rate swap with a notional amount of $200 million. These agreements hedged the exposure to variability in future cash flows resulting from changes in interest rates prior to the November 2003 issuance of $300 million 5.5% Senior Notes due

22

November 2015 and $200 million 4.75% Senior Notes due November 2010. The related gains on these transactions are deferred in stockholders' equity as a component of accumulated other comprehensive loss. These deferred gains are recognized in income as a decrease to interest expense in the period in which the related interest rates being hedged are recognized in expense. However, to the extent that the change in value of an interest rate hedge instrument does not perfectly offset the change in the value of the interest rate being hedged, SFAS 133 requires that the ineffective portion is to be immediately recognized in income. During November 2003, the Company recognized $2.7 million in gains related to the ineffective portion of these agreements. The remaining gains realized upon the November 2003 settlement were deferred in accumulated other comprehensive loss and are being reclassified to interest expense over the life of the underlying Senior Notes, resulting in effective interest rates of 4.86% on the $300 million issuance and 4.17% on the $200 million issuance.

During fiscal 2003, the Company also entered into and settled a forward-starting interest rate swap with a notional amount of $200 million, used to hedge the variability in future cash flows resulting from changes in interest rates prior to the issuance of $200 million 4.375% Senior Notes. The loss realized upon settlement was deferred in accumulated other comprehensive loss and is being reclassified to interest expense over the life of the underlying Senior Notes, resulting in an effective interest rate of 5.65%.

AutoZone reflects the current fair value of all outstanding interest rate hedge instruments in its consolidated balance sheets as a component of other assets. The fair values of the interest rate hedge instruments were $4.6 million at August 28, 2004 and $41.6 million at August 30, 2003. The Company's outstanding hedge instrument was determined to be highly effective at August 28, 2004.

The following table summarizes the fiscal 2004 and 2003 activity in accumulated other comprehensive loss as it relates to interest rate hedge instruments:

| (IN THOUSANDS) | BEFORE-TAX AMOUNT | INCOME TAX | AFTER-TAX AMOUNT |
|---|---|---|---|
| Accumulated net losses as of August 31, 2002 | $ (10,445) | $ -- | $ (10,445) |
| Net gains on outstanding derivatives | 41,566 | (15,710) | 25,856 |
| Net losses on terminated/matured derivatives | (20,014) | -- | (20,014) |
| Reclassification of net losses on derivatives into earnings | 6,479 | -- | 6,479 |
| Accumulated net gains as of August 30, 2003 | 17,586 | (15,710) | 1,876 |
| Net gains on outstanding derivatives | 4,640 | (1,740) | 2,900 |
| Net gains on terminated/matured derivatives | (9,484) | 15,710 | 6,226 |
| Reclassification of derivative ineffectiveness into earnings | (2,701) | -- | (2,701) |
| Reclassification of net losses on derivatives into earnings | 1,523 | -- | 1,523 |
| Accumulated net gains as of August 28, 2004 | $ 11,564 | $ (1,740) | $ 9,824 |

The Company primarily executes derivative transactions of relatively short duration with strong creditworthy counterparties. These counterparties expose the Company to credit risk in the event of non-performance. The amount of such exposure is limited to the unpaid portion of amounts due to the Company pursuant to the terms of the derivative financial instruments, if any. Although there are no collateral requirements, if a downgrade in the credit rating of these counterparties occurs, management believes that this exposure is mitigated by provisions in the derivative agreements which allow for the legal right of offset of any amounts due to the Company from the counterparties with amounts payable, if any, to the counterparties by the Company. Management considers the risk of counterparty default to be minimal.

NOTE C - ACCRUED EXPENSES

Accrued expenses at August 28, 2004, and August 30, 2003, consisted of the following:

| (IN THOUSANDS) | AUGUST 28, 2004 | AUGUST 30, 2003 |
|---|---|---|
| Medical and casualty insurance claims | $ 110,227 | $  92,666 |
| Accrued compensation and related payroll taxes | 83,650 | 87,955 |
| Property and sales taxes | 46,780 | 44,371 |
| Accrued interest | 23,041 | 18,651 |
| Accrued sales and warranty returns | 11,493 | 78,482 |
| Other | 35,689 | 39,341 |
| | $ 310,880 | $ 361,466 |

The Company or the vendors supplying its products provide its customers limited warranties on certain products that range from 30 days to lifetime warranties. In most cases, the Company's vendors are primarily responsible for warranty claims. Warranty costs relating to merchandise sold under warranty not covered by vendors are estimated and recorded as warranty obligations at the time of sale based on each product's historical return rate. These obligations, which are often funded by vendor allowances, are recorded as a component of accrued expenses. The Company periodically assesses the adequacy of its recorded warranty liability and adjusts the amount as necessary resulting in income or expense recognition. The Company has successfully negotiated with certain vendors to transfer warranty obligations to such vendors in order to minimize the Company's warranty exposure resulting in credits to earnings of $42.1 million in fiscal 2004 and $8.7 million in fiscal 2003, and ongoing reductions in allowances received and claim settlements. Changes in the Company's accrued sales and warranty returns for the last three fiscal years consisted of the following:

| | YEAR ENDED | | |
|---|---|---|---|
| (IN THOUSANDS) | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| Balance, beginning of fiscal year | $  78,482 | $  82,035 | $  63,467 |
| Allowances received from vendors | 37,388 | 116,808 | 109,498 |
| Expense (income) | (42,094) | (25,522) | 2,978 |
| Claim settlements | (62,283) | (94,839) | (93,908) |
| Balance, end of fiscal year | $  11,493 | $  78,482 | $  82,035 |

NOTE D - INCOME TAXES

The provision for income tax expense for each of the last three fiscal years consisted of the following:

| | YEAR ENDED | | |
|---|---|---|---|
| (IN THOUSANDS) | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| Current: | | | |
| Federal | $ 268,013 | $ 219,699 | $ 210,457 |
| State | 27,189 | 30,003 | 24,060 |
| | 295,202 | 249,702 | 234,517 |
| Deferred: | | | |
| Federal | 41,532 | 60,835 | 26,200 |
| State | 2,966 | 4,866 | 2,283 |
| | 44,498 | 65,701 | 28,483 |
| | $ 339,700 | $ 315,403 | $ 263,000 |

24

A reconciliation of the provision for income taxes to the amount computed by applying the federal statutory tax rate of 35% to income before income taxes is as follows:

| (IN THOUSANDS) | YEAR ENDED | | |
|---|---|---|---|
| | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| Expected tax at statutory rate | $ 317,066 | $ 291,552 | $ 241,902 |
| State income taxes, net | 19,601 | 22,655 | 17,123 |
| Other | 3,033 | 1,186 | 3,975 |
| | $ 339,700 | $ 315,493 | $ 263,000 |

Significant components of the Company's deferred tax assets and liabilities were as follows:

| (IN THOUSANDS) | AUGUST 28, 2004 | AUGUST 30, 2003 |
|---|---|---|
| Net deferred tax assets: | | |
| Domestic net operating loss and credit carryforwards | $ 30,775 | $ 29,181 |
| Foreign net operating loss and credit carryforwards | 8,597 | 1,763 |
| Insurance reserves | 23,584 | 29,319 |
| Warranty reserves | 2,558 | 28,786 |
| Closed store reserves | 4,437 | 10,321 |
| Minimum pension liability | 7,322 | 18,072 |
| Total deferred tax assets | 77,273 | 117,442 |
| Less: Valuation allowance | (16,384) | (14,329) |
| Net deferred tax assets | 60,889 | 103,113 |
| Deferred tax liabilities: | | |
| Property and equipment | 25,000 | 23,401 |
| Inventory | 31,565 | 27,997 |
| Derivatives | 1,740 | 15,710 |
| Other | 14,323 | 6,466 |
| Deferred tax liabilities | 72,628 | 73,574 |
| Net deferred tax (liabilities) assets | $ (11,739) | $ 29,539 |

For the years ended August 28, 2004 and August 30, 2003, the Company had deferred tax assets of $9.4 million and $9.6 million from federal tax net operating loss carryforwards ("NOLs") of $26.9 million and $27.5 million, deferred tax assets of $11.4 million and $12.1 million from state tax NOLs of $465.5 million and $492.9 million, and deferred tax assets of $5.7 million and $1.8 million from foreign tax NOLs of $16.8 million and $5.2 million, respectively. These NOLs will expire between fiscal 2005 and fiscal 2022. The federal and state NOLs relate primarily to the acquisitions of ADAP (which had been doing business as "Auto Palace") and Chief Auto Parts, Inc. in fiscal 1998. The Company maintains an $8.6 million valuation allowance against certain federal and state NOLs subject to annual limitations resulting from its acquisition of ADAP, Inc. This valuation allowance was recorded as part of the ADAP, Inc. purchase accounting and, if reversed, will be allocated to goodwill. Additionally, the Company had deferred tax assets of $12.9 million at August 28, 2004, and $7.4 million at August 30, 2003, for federal, state, and Mexican income tax credit carryforwards. Certain tax credit carryforwards have no expiration date and others will expire in fiscal 2009 through fiscal 2014.

25

NOTE E – FINANCING

The Company's long-term debt as of August 28, 2004, and August 30, 2003, consisted of the following:

| (IN THOUSANDS) | AUGUST 28, 2004 | AUGUST 30, 2003 |
|---|---|---|
| 5.875% Senior Notes due October 2012, effective interest rate of 6.33 | | |
| 5.5% Senior Notes due November 2015, effective interest rate of 4.86 | | |
| 4.75% Senior Notes due November 2010, effective interest rate of 4.17 | | |
| 4.375% Senior Notes due June 2013, effective interest rate of 5.65 | 200,000 | |
| 6.5% Senior Notes due July 2008 | 150,000 | 190,000 |
| 7.99% Senior Notes due April 2006 | 150,000 | 150,000 |
| 6.0% Senior Notes due November 2003 | -- | 150,000 |
| Bank term loan due November 2004, variable interest rate of 2.26% at August 30, 2003 | -- | 250,000 |
| Commercial paper, weighted average interest rate of 1.6% at August 28, 2004, and 1.2% at August 30, 2003 | 522,400 | 268,000 |
| Other | 6,850 | 38,845 |
| | $1,869,250 | $1,546,845 |

The Company maintains $1.0 billion of revolving credit facilities with a group of banks. During fiscal 2004, these credit facilities replaced the previous $950 million of revolving credit facilities. Of the $1.0 billion, $300 million expires in May 2005. The remaining $700 million expires in May 2009. The portion expiring in May 2005 is expected to be renewed, replaced or the option to extend the maturity date of the then outstanding debt by one year will be exercised. The credit facilities exist primarily to support commercial paper borrowings, letters of credit and other short-term unsecured bank loans. As the available balance is reduced by commercial paper borrowings and certain outstanding letters of credit, the Company had $380.7 million in available capacity under these facilities at August 28, 2004. The rate of interest payable under the credit facilities is a function of the London Interbank Offered Rate (LIBOR), the lending bank's base rate (as defined in the facility agreements) or a competitive bid rate at the option of the Company.

Commercial paper and other short-term borrowings are classified as long-term, as the Company has the ability and intent to refinance them on a long-term basis.

On October 16, 2002, the Company issued $300 million of 5.875% Senior Notes that mature in October 2012, with interest payable semi-annually on April 15 and October 15. A portion of the proceeds from these Senior Notes was used to prepay a $115 million unsecured bank term loan due December 2003, to repay a portion of the Company's outstanding commercial paper borrowings, and to settle interest rate hedges associated with the issuance and repayment of the related debt securities. On June 3, 2003, the Company issued $200 million of 4.375% Senior Notes. These Senior Notes mature in June 2013, and interest is payable semi-annually on June 1 and December 1. The proceeds were used to repay a portion of the Company's outstanding commercial paper borrowings, to prepay $100 million of the $350 million unsecured bank loan due November 2004, and to settle interest rate hedges associated with the issuance of the debt securities.

As of August 30, 2003, "Other" long-term debt included approximately $30 million related to the Company's synthetic leases, with expiration dates in fiscal 2006, for a small number of its domestic stores. At August 30, 2003, the Company recognized the obligations under the lease facility and increased its property and long-term debt balances on its balance sheet by approximately $30 million. All obligations related to the synthetic leases were settled during fiscal 2004.

During November 2003, the Company issued $300 million of 5.5% Senior Notes due November 2015 and $200 million of 4.75% Senior Notes due November 2010. Interest under both notes is payable in May and November of each year. Proceeds were used to repay a $250 million bank term loan, $150 million in 6% Senior Notes and to reduce commercial paper borrowings. During November 2003, the Company settled all then outstanding interest rate hedge instruments, including interest rate swap contracts, treasury lock agreements and forward-starting interest rate swaps.

26

On August 17, 2004, the Company filed a shelf registration with the Securities and Exchange Commission that allows the Company to sell up to $300 million in debt securities to fund general corporate purposes, including repaying, redeeming or repurchasing outstanding debt, and for working capital, capital expenditures, new store openings, stock repurchases and acquisitions. All debt under this registration statement is planned to be issued in the first quarter of fiscal 2005. Based on this planned debt issuance, on March 31, 2004, the Company entered into a five-year forward-starting interest rate swap with a notional amount of $300 million with a settlement and an effective date in October 2004. The fair value of this swap was $4.6 million at August 28, 2004, and is reflected as a component of other assets.

The Company agreed to observe certain covenants under the terms of its borrowing agreements, including limitations on total indebtedness, restrictions on liens and minimum fixed charge coverage. All of the repayment obligations under the Company's borrowing agreements may be accelerated and come due prior to the scheduled payment date if covenants are breached or an event of default occurs. Additionally, the repayment obligations may be accelerated if AutoZone experiences a change in control (as defined in the agreements) of AutoZone or its Board of Directors. As of August 28, 2004, the Company was in compliance with all covenants and expects to remain in compliance with all covenants.

All of the Company's debt is unsecured, except for $6.9 million, which is collateralized by property. Scheduled maturities of long-term debt are as follows:

| FISCAL YEAR | AMOUNT (IN THOUSANDS) |
|---|---|
| 2005 | $   525,100 |
| 2006 | 152,750 |
| 2007 | 1,400 |
| 2008 | 190,000 |
| 2009 | -- |
| Thereafter | 1,000,000 |
| | $ 1,869,250 |



The maturities for fiscal 2005 are classified as long-term as the Company has the ability and intention to refinance them on a long-term basis.

The fair value of the Company's debt was estimated at $1.88 billion as of August 28, 2004, and $1.57 billion as of August 30, 2003, based on the quoted market prices for the same or similar issues or on the current rates available to the Company for debt of the same remaining maturities. Such fair value is greater than the carrying value of debt by $11.1 million at August 28, 2004 and by $27.3 million at August 30, 2003.

NOTE F – INTEREST EXPENSE

Net interest expense for each of the last three fiscal years consisted of the following:

| (IN THOUSANDS) | YEAR ENDED | | |
|---|---|---|---|
| | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| Interest expense | $ 93,831 | $ 86,635 | $ 80,466 |
| Interest income | (214) | (1,054) | (169) |
| Capitalized interest | (813) | (791) | (437) |
| | $ 92,804 | $ 84,790 | $ 79,860 |

NOTE G – STOCK REPURCHASE PROGRAM

As of August 28, 2004, the Board of Directors had authorized the Company to repurchase up to $3.9 billion of common stock in the open market. Such

authorization includes the additional $600 million that was approved by the Board of Directors on March 17, 2004. From January 1998 to August 28, 2004, the Company has repurchased a total of 82.2 million shares at an aggregate cost of $3.675 billion.

27

NOTE H - EMPLOYEE STOCK PLANS

The Company has granted options to purchase common stock to some of its employees and directors under various plans at prices equal to the market value of the stock on the dates the options were granted. Options become exercisable in a one- to seven-year period, and expire ten years after the grant date. See Note A for additional information regarding the Company's stock option plans.

A summary of outstanding stock options is as follows:

| | NUMBER OF SHARES | WEIGHTED AVERAGE EXERCISE PRICE |
|---|---|---|
| Outstanding August 25, 2001 ............ | 8,456,177 | $   26.33 |
| Granted ............................... | 1,134,064 | 46.88 |
| Exercised ............................. | (2,621,247) | 25.26 |
| Canceled .............................. | (684,435) | 29.50 |
| Outstanding August 31, 2002 ............ | 6,284,559 | 30.09 |
| Granted ............................... | 1,475,922 | 71.55 |
| Exercised ............................. | (1,763,940) | 27.79 |
| Canceled .............................. | (714,840) | 32.00 |
| Outstanding August 30, 2003 ............ | 5,281,701 | 42.14 |
| Granted ............................... | 1,161,597 | 88.99 |
| Exercised ............................. | (1,118,797) | 32.16 |
| Canceled .............................. | (312,795) | 53.92 |
| Outstanding August 28, 2004 ............ | 5,011,706 | $   54.42 |

The following table summarizes information about stock options outstanding at August 28, 2004:

| RANGE OF EXERCISE PRICES | OPTIONS OUTSTANDING | | | OPTIONS EXERCISABLE | |
|---|---|---|---|---|---|
| | NUMBER OUTSTANDING | WEIGHTED AVERAGE EXERCISE PRICE | WEIGHTED AVERAGE REMAINING CONTRACTUAL LIFE (IN YEARS) | NUMBER EXERCISABLE | WEIGHTED AVERAGE EXERCISE PRICE |
| $ 4.86 - $26.14 ..... | 1,239,740 | $   24.49 | 5.12 | 721,447 | $   24.49 |
| $26.30 - $43.90 ..... | 1,291,955 | 36.38 | 5.50 | 671,285 | 34.47 |
| $45.53 - $69.71 ..... | 127,082 | 62.86 | 7.36 | 66,750 | 61.10 |
| $71.12 - $71.12 ..... | 1,151,397 | 71.12 | 8.03 | 233,610 | 71.12 |
| $71.18 - $91.34 ..... | 1,201,532 | 87.82 | 8.97 | 24,600 | 77.99 |
| $ 4.86 - $91.34 ..... | 5,011,706 | $   54.42 | 6.87 | 1,717,692 | $   36.92 |

Options to purchase 1.7 million shares at August 28, 2004, 1.5 million shares at August 30, 2003, and 2.1 million shares at August 31, 2002, were exercisable. Shares reserved for future grants were 3.1 million at August 28, 2004.

The Company also has an employee stock purchase plan, qualified under Section 423 of the Internal Revenue Code, under which all eligible employees may purchase AutoZone's common stock at 85% of the lower of the market price of the common stock on the first day or last day of each calendar quarter through payroll deductions. Maximum permitted annual purchases are $15,000 per employee or 10 percent of compensation, whichever is less. Under the plan, 66,572 shares were sold to employees in fiscal 2004, 84,310 shares were sold in fiscal 2003, and 112,922 were sold in fiscal 2002. The Company repurchased, at fair value, 102,084 shares in fiscal 2004, 134,972

28

shares in fiscal 2003, and 260,805 shares in fiscal 2002 from employees electing
to sell their stock. At August 28, 2004, 535,682 shares of common stock were
reserved for future issuance under this plan.

The Amended and Restated Executive Stock Purchase Plan permits senior
Company executives to purchase common stock up to 25 percent of their annual
salary and bonus after the limits under the employee stock purchase plan have
been exceeded. Purchases under this plan were 11,005 shares in fiscal 2004 and
18,524 shares in fiscal 2003. At August 28, 2004, 270,471 shares of common stock
were reserved for future issuance under this plan.

Under the AutoZone, Inc. 2003 Director Compensation Plan, a non-employee
director may receive no more than one-half of the annual and meeting fees
immediately in cash, and the remainder of the fees must be taken in common stock
or may be deferred in units with value equivalent to the value of shares of
common stock as of the grant date. At August 28, 2004, 94,204 shares of common
stock were reserved for future issuance under this plan.

Under the AutoZone, Inc. 2003 Director Stock Option Plan, on January 1 of
each year, each non-employee director receives an option to purchase 1,500
shares of common stock, and each non-employee director that owns common stock
worth at least five times the annual fee paid to each non-employee director on
an annual basis will receive an additional option to purchase 1,500 shares of
common stock. In addition, each new director receives an option to purchase
3,000 shares upon election to the Board of Directors, plus a portion of the
annual directors' option grant prorated for the portion of the year actually
served in office. These stock option grants are made at the fair market value as
of the grant date. At August 28, 2004, there were 42,902 outstanding options
with 355,598 shares of common stock reserved for future issuance under this
plan.

NOTE I - PENSION AND SAVINGS PLANS

Prior to January 1, 2003, substantially all full-time employees were
covered by a defined benefit pension plan. The benefits under the plan were
based on years of service and the employee's highest consecutive five-year
average compensation. On January 1, 2003, the plan was frozen. Accordingly,
pension plan participants will earn no new benefits under the plan formula and
no new participants will join the pension plan.

On January 1, 2003, the Company's supplemental defined benefit pension
plan for certain highly compensated employees was also frozen. Accordingly, plan
participants will earn no new benefits under the plan formula and no new
participants will join the pension plan.

The investment strategy for pension plan assets is to utilize a
diversified mix of domestic and international equity portfolios, together with
other investments, to earn a long-term investment return that meets the
Company's pension plan obligations. Active management and alternative investment
strategies are utilized within the plan in an effort to minimize risk, while
realizing investment returns in excess of market indices. The weighted average
asset allocation for our pension plan assets was as follows:

| | CURRENT | TARGET |
|---|---|---|
| Domestic equities............................... | 51.2% | 50.0% |
| International equities........................... | 34.6 | 30.0 |
| Alternative investments.......................... | 10.9 | 13.0 |
| Real estate...................................... | 3.1 | 5.0 |
| Cash and cash equivalents........................ | 0.2 | 2.0 |
| | ----- | ----- |
| | 100.0% | 100.0% |
| | ===== | ===== |

The Company makes annual contributions in amounts at least equal to the
minimum funding requirements of the Employee Retirement Income Security Act of
1974. The Company made no contributions to the plans in fiscal 2004 and
contributed $6.3 million to the plans in fiscal 2003. No contributions are
expected to be required or made during fiscal 2005. A change in interest rates

or expected return on plan assets may result in a cash funding requirement in fiscal 2006 or beyond. The measurement date for the Company's defined benefit pension plan was May 31 of each fiscal year.

29

The following table sets forth the plans' funded status and amounts recognized in the Company's financial statements:

| (IN THOUSANDS) | AUGUST 28, 2004 | AUGUST 30, 2003 |
|---|---|---|
| **Change in benefit obligation:** | | |
| Benefit obligation at beginning of year | $   136,077 | $   117,005 |
| Service cost | -- | 4,825 |
| Interest cost | 8,114 | 6,214 |
| Actuarial (gains) losses | (13,070) | 39,518 |
| Plan amendments | -- | (29,813) |
| Benefits paid | (2,738) | (1,670) |
| Benefit obligation at end of year | 128,383 | 136,077 |
| **Change in plan assets:** | | |
| Fair value of plan assets at beginning of year | 86,737 | 83,306 |
| Actual return (loss) on plan assets | 19,157 | (603) |
| Company contributions | -- | 6,293 |
| Benefits paid | (2,738) | (1,670) |
| Administrative expenses | (795) | (589) |
| Fair value of plan assets at end of year | 102,361 | 86,737 |
| **Reconciliation of funded status:** | | |
| Underfunded status of the plans | (26,022) | (49,340) |
| Unrecognized net actuarial losses | 20,690 | 49,622 |
| Unamortized prior service cost | (1,166) | (1,811) |
| Accrued benefit cost | $    (6,498) | $    (1,529) |
| **Recognized defined benefit pension liability:** | | |
| Accrued benefit liability | $   (26,022) | $   (49,340) |
| Accumulated other comprehensive income | 19,524 | 47,811 |
| Net liability recognized | $    (6,498) | $    (1,529) |

| (IN THOUSANDS) | YEAR ENDED | | |
|---|---|---|---|
| | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| **Components of net periodic benefit cost:** | | | |
| Service cost | $      -- | $    4,823 | $   13,500 |
| Interest cost | 8,114 | 6,214 | 6,861 |
| Expected return on plan assets | (6,871) | (6,609) | (6,255) |
| Amortization of prior service cost | (645) | (575) | (568) |
| Recognized net actuarial losses | 4,371 | -- | 1,030 |
| Curtailment gain | -- | (107) | -- |
| Net periodic benefit cost | $    4,969 | $    3,748 | $   14,568 |

The actuarial assumptions were as follows:

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Weighted average discount rate | 6.50% | 6.00% | 7.25% |
| Expected long-term rate of return on assets | 8.00% | 8.00% | 8.00% |

As the plan benefits were frozen as of December 31, 2002, increases in future compensation levels no longer impact the calculation. In fiscal years 2003 and 2002, the assumed increases in future compensation levels were generally age weighted rates from 5-10% after the first two years of service using 15% for year one and 12% for year two. The expected long-term rate of return on plan assets is based on the historical relationships between the investment classes and the economical capital market environments, updated for current conditions. Prior service

30

cost is amortized over the estimated average remaining service lives of the plan participants and the unrecognized actuarial loss is amortized over the remaining service period of 7.96 years at August 28, 2004.

Actual benefit payments may vary significantly from the following estimates. Based on current assumptions about future events, benefit payments are expected to be paid as follows for each of the following plan years:

| PLAN YEAR ENDING DECEMBER 31 | AMOUNT (IN THOUSANDS) |
|---|---|
| 2004 | $ 2,143 |
| 2005 | 2,524 |
| 2006 | 2,945 |
| 2007 | 3,467 |
| 2008 | 4,046 |
| 2009 - 2013 | 26,294 |

On January 1, 2003, the Company introduced an enhanced defined contribution plan ("401(k) plan") pursuant to Section 401(k) of the Internal Revenue Code that replaced the previous 401(k) plan. The 401(k) plan covers substantially all employees that meet the plan's service requirements. The new plan features include increased Company matching contributions, immediate 100% vesting of Company contributions and an increased savings option to 25% of qualified earnings. The Company makes matching contributions, per pay period, up to a specified percentage of employees' contributions as approved by the Board of Directors. The Company made matching contributions to employee accounts in connection with the 401(k) plan of $8.8 million in fiscal 2004, $4.5 million in fiscal year 2003 and $1.4 million in fiscal year 2002.

NOTE J - LEASES

Some of the Company's retail stores, distribution centers and equipment are leased. Most of these leases include renewal options, at the Company's election, and some include options to purchase and provisions for percentage rent based on sales.

Rental expense was $116.9 million in fiscal 2004, $110.7 million in fiscal 2003 and $99.0 million in fiscal 2002. Percentage rentals were insignificant.

Minimum annual rental commitments under non-cancelable operating leases were as follows at the end of fiscal 2004 (in thousands):

| FISCAL YEAR | AMOUNT |
|---|---|
| 2005 | $ 130,115 |
| 2006 | 119,846 |
| 2007 | 101,316 |
| 2008 | 81,675 |
| 2009 | 61,565 |
| Thereafter | 353,366 |
| Total minimum payments required | $ 847,883 |

In connection with the Company's December 2001 sale of the TruckPro business, the Company subleased some properties to the purchaser for an initial term of not less than 20 years. The Company's remaining aggregate rental obligation at August 28, 2004 of $30.1 million is included in the above table, but the obligation is entirely offset by the sublease rental agreement.

31

NOTE K - RESTRUCTURING AND CLOSED STORE OBLIGATIONS

In fiscal 2001, the Company recorded restructuring and impairment charges of $156.8 million related to the planned closure of 51 domestic auto parts stores and the disposal of real estate projects in process and excess properties. In fiscal 2002, these stores were closed, and sales of certain excess properties resulted in gains of approximately $2.6 million. During fiscal 2002, all remaining excess properties were reevaluated. At that time, it was determined that several properties could be developed. This resulted in the reversal of accrued lease obligations totaling $6.4 million. It was also determined that additional write-downs totaling $9.0 million were needed to state remaining excess properties at fair value. AutoZone recognized gains of $4.8 million in fiscal 2004 and $4.6 million in fiscal 2003 as a result of the development, negotiated lease buy-out or disposition of properties associated with the restructuring and impairment charges in fiscal 2001.

In December 2001, TruckPro was sold to a group of investors for cash proceeds of $25.7 million and a promissory note. The Company had deferred a gain of $3.6 million related to the sale due to uncertainties associated with the realization of the gain. During fiscal 2003, the note (with a face value of $4.5 million) was repaid to the Company and certain liabilities were settled. As a result, a total gain of $4.7 million was recognized into income during fiscal 2003.

From time to time the Company will close under-performing leased stores. The remaining minimum lease obligations and other carrying costs of these properties are accrued upon the store closing. The following table presents a summary of the closed store obligations segmented by those obligations originating from the 2001 restructuring and all other store closings:

| (IN THOUSANDS) | RESTRUCTURING | ALL OTHER | TOTAL |
|---|---|---|---|
| Balance at August 31, 2002 | $ 18,140 | $34,332 | $52,472 |
| Cash outlays/adjustments | 5,664 | 19,970 | 25,634 |
| Balance at August 30, 2003 | 12,476 | 14,362 | 26,838 |
| Cash outlays/adjustments | 10,276 | 5,376 | 15,652 |
| Balance at August 28, 2004 | $ 2,200 | $ 8,986 | $11,186 |

NOTE L - COMMITMENTS AND CONTINGENCIES

Construction commitments, primarily for new stores, totaled approximately $26.4 million at August 28, 2004.

The Company currently, and from time to time, is involved in various legal proceedings incidental to the conduct of its business. Although the amount of liability that may result from these proceedings cannot be ascertained, the Company does not currently believe that, in the aggregate, these matters will result in liabilities material to the Company's financial condition, results of operations or cash flows.

The Company is self-insured for workers' compensation, automobile, general and product liability and property losses. Beginning in fiscal 2004, a portion of these self-insured losses are managed through a wholly-owned insurance captive. The captive's assets and liabilities are included, net of intercompany eliminations, in the consolidated financial statements at August 28, 2004. The Company is also self-insured for health care claims for eligible active employees. The Company maintains certain levels for stop loss coverage for each self-insured plan. Self-insurance costs are accrued based upon the aggregate of the liability for reported claims and an estimated liability for claims incurred but not reported.

The Company had $97.2 million in outstanding letters of credit and $10.8 million in surety bonds as of August 28, 2004, which all have expiration periods of less than one year. A substantial portion of the outstanding standby letters of credit (which are primarily renewed on an annual basis) and surety bonds are

used to cover reimbursement obligations to our workers' compensation carriers.
There are no additional contingent liabilities associated with them as the
underlying liabilities are already reflected in our balance sheet. The letters
of credit and surety bonds arrangements have automatic renewal clauses.

32

NOTE M - SEGMENT REPORTING

The Company manages its business on the basis of one reportable segment. See Note A for a brief description of the Company's business. As of August 28, 2004, the majority of the Company's operations were located within the United States. Other operations include ALLDATA and the Mexico locations, each of which comprises less than 3 percent of consolidated net sales, net income and total assets. The following data is presented in accordance with Statement of Financial Accounting Standards No. 131, "Disclosures about Segments of an Enterprise and Related Information."

| (IN THOUSANDS) | YEAR ENDED | | |
| --- | --- | --- | --- |
| | AUGUST 28, 2004 | AUGUST 30, 2003 | AUGUST 31, 2002 |
| Primary business focus: | | | |
| U.S. Retail | $ 4,727,402 | $ 4,638,361 | $ 4,621,234 |
| Commercial | 740,480 | 670,010 | 531,776 |
| Other | 169,143 | 148,752 | 172,500 |
| Net sales | $ 5,637,025 | $ 5,457,123 | $ 5,325,510 |

33

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

THE BOARD OF DIRECTORS AND STOCKHOLDERS
AUTOZONE, INC.



    We have audited the accompanying consolidated balance sheets of AutoZone,
Inc. as of August 28, 2004 and August 30, 2003, and the related consolidated
statements of income, changes in stockholders' equity and cash flows for each of
the three years in the period ended August 28, 2004. These financial statements
are the responsibility of the Company's management. Our responsibility is to
express an opinion on these financial statements based on our audits.

    We conducted our audits in accordance with the standards of the Public
Company Accounting Oversight Board (United States). Those standards require that
we plan and perform the audit to obtain reasonable assurance about whether the
financial statements are free of material misstatement. An audit includes
examining, on a test basis, evidence supporting the amounts and disclosures in
the financial statements. An audit also includes assessing the accounting
principles used and significant estimates made by management, as well as
evaluating the overall financial statement presentation. We believe that our
audits provide a reasonable basis for our opinion.

    In our opinion, the consolidated financial statements referred to above
present fairly, in all material respects, the consolidated financial position of
AutoZone, Inc. as of August 28, 2004 and August 30, 2003, and the consolidated
results of its operations and its cash flows for each of the three years in the
period ended August 28, 2004, in conformity with U.S. generally accepted
accounting principles.

    As discussed in Note A, "Vendor Allowances and Advertising Costs", to the
consolidated financial statements, in fiscal 2003, the Company adopted Emerging
Issues Task Force Issue No. 02-16, "Accounting by a Customer (Including a
Reseller) for Certain Consideration Received from a Vendor."

                                    /s/ Ernst & Young LLP

Memphis, Tennessee
September 21, 2004

34

MANAGEMENT'S REPORT

Management is responsible for the preparation, integrity, and fair presentation of the accompanying consolidated financial statements of the Company and its subsidiaries. The financial statements have been prepared in conformity with accounting principles generally accepted in the United States and include the best estimates and judgments of management. Management also prepared the other information included in the annual report and is responsible for its accuracy and consistency with the financial statements. The report of the independent registered public accounting firm, Ernst & Young LLP, based upon their audits of the consolidated financial statements, is contained in this Annual Report.

The Audit Committee of our Company's Board of Directors, composed solely of independent directors, regularly meets with Ernst & Young, management and internal auditors to discuss auditing and financial reporting matters and the system of internal control. The Committee also meets regularly with Ernst & Young and the internal auditors without management present to discuss any matters that may require attention.

Management maintains a system of internal control over financial reporting that provides reasonable assurance, at an appropriate cost-benefit relationship, about the reliability of financial reporting. The system contains self-monitoring mechanisms, and is regularly tested by Deloitte & Touche LLP, the Company's internal auditors. Actions are taken to correct deficiencies as they are identified. Even an effective internal control system, no matter how well designed, has inherent limitations - including the possibility of the circumvention or overriding of controls - and therefore can provide only reasonable assurance with respect to financial statement preparation. Further, because of changes in conditions, internal control system effectiveness may vary over time.

/s/ Steve Odland
-------------------------------
Steve Odland
Chairman, President, and
Chief Executive Officer
Customer Satisfaction

/s/ Michael G. Archbold
-------------------------
Michael G. Archbold
Executive Vice President,
Chief Financial Officer
Customer Satisfaction

35

EXHIBIT 21.1

SUBSIDIARIES OF THE REGISTRANT



| NAME | STATE OR COUNTRY OF ORGANIZATION OR INCORPORATION |
|---|---|
| ALLDATA LLC | Nevada |
| AutoZone de Mexico, S. de R.L. de C.V. | Mexico |
| AutoZone Development Corporation | Nevada |
| AutoZone Northeast, Inc. fka ADAP, Inc. | New Jersey |
| AutoZone Stores, Inc. | Nevada |
| AutoZone Texas, L.P. | Delaware |
| AutoZone West, Inc. fka Chief Auto Parts Inc. | Delaware |
| AutoZone.com, Inc. | Nevada |
| AutoZone Parts, Inc. | Nevada |

In addition, twelve subsidiaries operating in the United States and three subsidiaries operating outside of the United States have been omitted as they would not, considered in the aggregate as a single subsidiary, constitute a significant subsidiary as defined by Rule 1-02(w) of Regulation S-X.

Exhibit 23.1

CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

We consent to the incorporation by reference in this Annual Report on Form 10-K
of AutoZone, Inc. and in the following Registration Statements and related
Prospectuses of AutoZone, Inc. of our report dated September 21, 2004, with
respect to the consolidated financial statements of AutoZone, Inc. included in
the 2004 Annual Report to Shareholders of AutoZone, Inc.:



Registration Statement (Form S-8 No. 333-42797) pertaining to the AutoZone, Inc.
Amended and Restated Employee Stock Purchase Plan

Registration Statement (Form S-8 and S-3 No. 33-41618) pertaining to the
AutoZone, Inc. Amended and Restated Stock Option Plan

Registration Statement (Form S-8 No. 333-88245) pertaining to the AutoZone, Inc.
Second Amended and Restated 1996 Stock Option Plan

Registration Statement (Form S-8 No. 333-88241) pertaining to the AutoZone, Inc.
Amended and Restated Director Compensation Plan

Registration Statement (Form S-8 No. 333-75142) pertaining to the AutoZone, Inc.
Third Amended and Restated 1998 Director Stock Option Plan

Registration Statement (Form S-8 No. 333-83436) pertaining to a shelf
registration to sell 15,000,000 shares of common stock owned by certain selling
stockholders

Registration Statement (Form S-8 No. 333-75140) pertaining to the AutoZone, Inc.
Executive Stock Purchase Plan

Registration Statement (Form S-3 No. 333-103665) pertaining to the AutoZone,
Inc. 2003 Director Compensation Plan

Registration Statement (Form S-3 No. 333-103666) pertaining to the AutoZone,
Inc. 2003 Director Stock Option Plan

Registration Statement (Form S-3 No. 333-118308) pertaining to the shelf
registration of $300 million in debt securities

                                           /s/ Ernst & Young LLP

Memphis, Tennessee
October 22, 2004

EXHIBIT 31.1

CERTIFICATION PURSUANT TO
RULES 13A-14(a) AND 15D-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,
AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Steve Odland, Chairman, President and Chief Executive Officer of AutoZone, Inc. ("registrant"), certify that:

1. I have reviewed this annual report on Form 10-K of AutoZone, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal controls over financial reporting.

October 27, 2004

/s/ STEVE ODLAND

---------------------------------

Steve Odland
Chairman, President and
Chief Executive Officer

EXHIBIT 31.2

CERTIFICATION PURSUANT TO
RULES 13A-14(a) AND 15D-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,
AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002



I, Michael G. Archbold, Senior Vice President and Chief Financial
Officer of AutoZone, Inc. ("registrant"), certify that:

1.  I have reviewed this annual report on Form 10-K of AutoZone, Inc.;

2.  Based on my knowledge, this report does not contain any untrue
    statement of a material fact or omit to state a material fact necessary
    to make the statements made, in light of the circumstances under which
    such statements were made, not misleading with respect to the period
    covered by this report;

3.  Based on my knowledge, the financial statements, and other financial
    information included in this report, fairly present in all material
    respects the financial condition, results of operations and cash flows
    of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for
    establishing and maintaining disclosure controls and procedures (as
    defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the
    registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such
        disclosure controls and procedures to be designed under our
        supervision, to ensure that material information relating to the
        registrant, including its consolidated subsidiaries, is made known
        to us by others within those entities, particularly during the
        period in which this report is being prepared;

    b)  Evaluated the effectiveness of the registrant's disclosure
        controls and procedures and presented in this report our
        conclusions about the effectiveness of the disclosure controls and
        procedures, as of the end of the period covered by this report
        based on such evaluation; and

    c)  Disclosed in this report any change in the registrant's internal
        control over financial reporting that occurred during the
        registrant's most recent fiscal quarter (the registrant's fourth
        fiscal quarter in the case of an annual report) that has
        materially affected, or is reasonably likely to materially affect,
        the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed,
    based on our most recent evaluation of internal control over financial
    reporting, to the registrant's auditors and the audit committee of the
    registrant's board of directors (or persons performing the equivalent
    functions):

    a)  All significant deficiencies and material weaknesses in the
        design or operation of internal control over financial
        reporting which are reasonably likely to adversely affect the
        registrant's ability to record, process, summarize and report
        financial information; and

    b)  Any fraud, whether or not material, that involves management
        or other employees who have a significant role in the
        registrant's internal controls over financial reporting.

/s/ MICHAEL G. ARCHBOLD
-----------------------------------------------------------------
Michael G. Archbold
Executive Vice President, Chief Financial Officer

EXHIBIT 32.1

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of AutoZone, Inc. (the "Company") on Form
10-K for the fiscal year ended August 28, 2004, as filed with the Securities and
Exchange Commission on the date hereof (the "Report"), I, Steve Odland,
Chairman, President and Chief Executive Officer of the Company, certify,
pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the
Sarbanes-Oxley Act of 2002, that:

     (i)     the Report fully complies with the requirements of Section
13(a) or Section 15(d) of the Securities Exchange Act of 1934;
and

     (ii)    the information contained in the Report fairly presents, in
all material respects, the financial condition and results of
operations of the Company.

October 27, 2004

/s/ STEVE ODLAND
-----------------------------------
Steve Odland
Chairman, President and
Chief Executive Officer

EXHIBIT 32.2

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of AutoZone, Inc. (the "Company") on Form
10-K for the fiscal year ended August 28, 2004, as filed with the Securities and
Exchange Commission on the date hereof (the "Report"), I, Michael G. Archbold,
Senior Vice President and Chief Financial Officer of the Company, certify,
pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the
Sarbanes-Oxley Act of 2002, that:

      (i)      the Report fully complies with the requirements of Section
             13(a) or Section 15(d) of the Securities Exchange Act of 1934;
             and

      (ii)     the information contained in the Report fairly presents, in
             all material respects, the financial condition and results of
             operations of the Company.

October 27, 2004

                         /s/ MICHAEL G. ARCHBOLD
                         ---------------------------------
                         Michael G. Archbold
                         Executive Vice President,
                         Chief Financial Officer