

# UNITED STATES OF AMERICA

## SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*Attached is a copy of, annual report to shareholders for the fiscal year ended August 28, 2004, received in this Commission October 28, 2004, under the name AutoZone, Inc., File No. 1-10714, pursuant to the provisions of the Securities Exchange Act of 1934.*

on file in this Commission
January 10, 2005

(Date)

*Larry Mills*
*Records Officer*

It is hereby certified that the Associate Executive Director, Office of Filings and Information Services, U.S. Securities and Exchange Commission, Washington, D.C., which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission, and all records and files created or established by the Federal Trade Commission pursuant to the provisions of the Securities Act of 1933 and transferred to this Commission in accordance with Section 210 of the Securities Exchange Act of 1934, and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Director, Associate Directors, Special Assistant to the Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or any one of them, are authorized to execute the above attestation.

For the Commission

Jonathan G. Katz
Secretary

SEC 334 (6-03)



2004 Annual Report

04047862

AutoZoners always put customers first

PROCESSED
NOV 0 1 2004
THOMSON
FINANCIAL



2004 marks

AutoZone's 25th Silver Anniversary,

something we are very proud of here at

AutoZone. Year after year we are determined to grow

our company while providing the best in customer service

and satisfaction. We will continue to provide the best quality

products for our customers, guaranteeing satisfaction, as we will

continue to be our most demanding critic.

At AutoZone, we must all begin to focus on our customers,

AutoZoners and shareholders. We know we need to do things

differently and innovatively every day in order to drive improved

results. We are determined to test new ideas in every area of

our business.

At AutoZone, we are relentlessly creating

the most exciting Zone for

vehicle solutions!

**1979**

We opened our very first Auto Shack in Forrest City, AR. Doc Crain was the first store manager. Today, we have more than 3,400 AutoZone stores nationwide.

**1985**

Doc Crain coined the term WITTDTJR (What It Takes To Do The Job Right!).

**1986**

We gave our first Extra Miler Award to Memphis store manager Devon Rutherford. We still recognize AutoZoners who go the extra mile for their customers. Today, thousands of AutoZoners wear their Extra Miler pins with pride.

**1987**

We changed our name from Auto Shack to AutoZone.

**1991**

Our stock, NYSE symbol AZO, made its debut on the New York Stock Exchange. We also became the first auto parts retailer to register customer warranties in a national computer database.

**1998**

We experienced unprecedented growth by acquiring nearly 800 stores from other auto parts retailers. The AutoZone presence expanded to 38 states. We also opened our first store outside the United States in Nuevo Laredo, Mexico.

**1999**

We made the Fortune 500 list (at 466th) for the first time. Today AutoZone ranks 331 overall.

**2002**

AutoZoners developed a network of "hub and satellite" stores to get product to the customer faster, to eliminate lost sales and to have more product in the market area while reducing inventory investment.

**2003**

Two leaders in the automotive industry—AutoZone the leader in aftermarket auto parts and Midas a leader in automotive repair—established a relationship where AutoZone distributes to U.S. Midas locations.

**2004**

AutoZone became the title sponsor of the NASCAR AutoZone Elite Division. With a dedicated audience of drivers, the sport offers an opportunity to draw new customers to our stores.



## Letter to Shareholders: Page 2

CEO Steve Odland highlights the Company's accomplishments in F2004 and reviews AutoZone's ongoing strategic priorities.

## U.S. Retail: Page 6

AutoZone stores hold the #1 position in the $35 billion* Do-It-Yourself (DIY) automotive aftermarket segment with a market share of just over 13%. With 3,420 company-owned and operated stores across all 48 of the continental United States, our goal is to grow our market share while optimizing long-term shareholder value.

F2004 Highlights: By opening a net 201 new stores, completing several hundred store refreshes and introducing more proprietary merchandise lines, the Company continues to be the destination for DIYers looking for the right part at the right price.

## AutoZone Commercial: Page 10

#3 position in the $48 billion* Do-It-For-Me (DIFM) automotive aftermarket segment, AutoZone has a mere 1.5% market share. With so much opportunity in this segment, the Company's focus is to drive more customer traffic through the integrated selling of quality products with rapid delivery and an integrated software solution, ALLDATA.

F2004 Highlights: By opening a net 268 new programs, completing the Midas integration, and expanding the suite of services offered by ALLDATA, the Company aims to be the place to buy parts for all professional technicians.

## AutoZone de Mexico: Page 14

With 63 stores across northern Mexico, F2004 continued to mark important milestones for the Mexican business. Besides opening 14 new locations during the year, the Centro de Apoyo a Tiendas opened in Monterrey marking a second Store Support Center for the AutoZone family. With an estimated retail automotive aftermarket size of $5 billion** and over 16 million vehicles, Mexico continues to offer a wonderful development opportunity for the Company.

F2004 Highlights: By opening 14 new stores, getting the new in-country distribution center up and running, and cutting the ribbon on a new Store Support Center in Monterrey, Mexico continues to prove the AutoZone brand travels well across borders.

## The Financial Performance Zone: Page 17



☐ 3,420 U.S. Stores Across All
48 Continental United States

☐ 63 Mexico Stores Across
6 Mexican States

*2004/2005 AAIA Factbook
**AAIA Global Aftermarket Trends—Mexico 2003



AZO
**LISTED**
NYSE

| 2004 | Financial Highlights |

|  | Fiscal Year Ended August | | | | |
| (Dollars in millions, except per share data) | 2000 | 2001[1] | 2002 | 2003 | 2004 |
| **Selected Financial Data** | | | | | |
| Net Sales | $4,483 | $4,818 | $5,326 | $5,457 | $5,637 |
| Operating Profit | 512 | 388 | 771 | 918 | 999 |
| Diluted Earnings per Share | 2.00 | 1.54 | 4.00 | 5.34 | 6.56 |
| After-Tax Return on Invested Capital | 12.9% | 13.4%[2] | 19.8% | 23.4% | 25.1% |
| Same Store Sales Growth | +5% | +4% | +9% | +3% | 0% |
| Operating Margin | 11.4% | 8.0% | 14.5% | 16.8% | 17.7% |
| Cash Flow from Operations | $ 506 | $ 467 | $ 736 | $ 721 | $ 638 |

(1) Fiscal year 2001 includes $157 million of pre-tax restructuring and impairment charges.
(2) Excludes the impact of the restructuring and impairment charges recorded in fiscal year 2001.







*AutoZone*



"We are focused on operating the Company to profitably grow sales, efficiently deploy capital, and optimize long-term shareholder value while maintaining the highest levels of ethics."

**AUTOMOTIVE SERVICE EXCELLENCE**

ASE certifications validate the depth of our AutoZoners' knowledge and experience. It assures our customers that we offer trustworthy advice, and we know our parts and products.

## Dear Customers, AutoZoners and Shareholders:

*Fiscal 2004 was another record year for AutoZone. We continued our string of reporting record earnings and earnings per share since becoming a public company back in 1991.*

• We opened 201 net new stores in the U.S. and 14 new stores in Mexico;

• We grew our Commercial business 11% on top of 26% last year;

• We continued to improve our levels of service by almost doubling over the last two years the number of ASE-certified employees we have to help our customers with their needs; and

• We continued to expand the reach of our proprietary brands across product categories throughout the store.

Three years ago, we established a mission to increase shareholder value from its already high levels. We conducted extensive business analysis, developed a long-term strategic plan, and then implemented a series of operating plans.

*The leadership of these plans continues to be driven by our CEO team (pictured on pages 4 & 5), comprised of the roughly 40 officers of the Company.* As part of our new future, the CEO team created a vision for the Company: "Relentlessly creating the most exciting Zone for vehicle solutions!" This aspirational vision continues to drive us toward greater heights, as it exemplifies everything we have achieved and continue to strive toward.

**AutoZone priorities**
We established back in 2001 three priorities for our business:

○ *Profitably expand the U.S. Retail business;*

○ *Develop the U.S. Commercial business;*

○ *Develop our business in Mexico.*

**U.S. Retail: continuing to be our #1 priority**
AutoZone's core business is built on supporting the Do-It-Yourself (DIY) customer, which according to the Automotive Aftermarket Industry Association is over $35 billion in size and has grown at a compound annual growth rate of 4.3% over the past five years.* Equally important is the estimated $60 billion* of routine maintenance that goes undone each year. We continue to see this as a great opportunity

*2004/2005 AAIA Factbook

to grow sales and, at the same time, to educate our customers about the opportunity to maintain their vehicles, improve safety, reduce breakdowns, increase fuel efficiency and reduce the risk of larger, more expensive repairs later.

We launched a new advertising campaign, "Get in the Zone," capitalizing on the strength of the AutoZone brand name. This past year we've supplemented our ongoing radio campaign with new television campaigns. We continue to try new things and change things up to catch our customers' attention. In addition, we significantly increased our advertising on Spanish language radio and television.



Steve Odland
Chairman, President, and CEO
Customer Satisfaction

*How have we fared? Simply put, wonderfully. We have taken U.S. Retail sales from $4.1 billion a year to over $4.7 billion in just 3 years.* We now have 3,420 stores, as of August 28, 2004, in all 48 Continental United States delivering what has been and will continue to be the cornerstone of our business: Great Customer Service. Today, we have almost doubled the number of AutoZoners with ASE certification (Automotive Service Excellence) in our stores, as we will continue to focus on helping our customers complete the job right, the first time, with the right parts, at the right price!

While continuing to utilize radio and television to promote the "Get in the Zone" campaign, we have also begun to utilize circulars to reach our customers. We signed on to become the title-sponsor of the NASCAR/AutoZone Elite Division Racing Series to reach a dedicated audience of DIYers who today help make the sport the second most watched sport on television. AutoZone was proud to become this past year the sponsor of the AutoZone Liberty Bowl annual college football game.



We continued to introduce more proprietary product lines into our stores where we feel we can create the sole destination for some of America's most trusted automotive brands: Valucraft, Duralast, and Duralast Gold. These introductions have allowed us to expand our Good/Better/Best product assortment across more merchandise categories, while at the same time extend our position as price leader in the industry.

We have begun to refresh our older AutoZone stores to make them even more productive profit machines. The act of refreshing stores entails not only improvements to the physical appearance, it also can involve resetting the merchandise layout to create an opportunity for similar merchandise categories to be located in close proximity.

We have also introduced our pay-on-scan initiative (POS) and made progress toward our goal of achieving 100% Accounts Payable to Inventory, thereby reducing working capital tied up in the business and allowing for more innovative products in the stores with a reduced level of risk. Today, our AP to Inventory ratio sits at 92%.

*We have learned a tremendous amount. We will not stop trying, and we will learn from our mistakes and capitalize on our wins. We will continue to keep the pedal down and never just do the same thing over and over.*

> *"The definition of insanity is doing the same thing over and over, and expecting different results."*
>
> *—Attributed to Benjamin Franklin*





Members of the CXO Team make it all happen

Our goal continues to be to optimize shareholder value. We started three years ago with a Return on Invested Capital (ROIC) of 13%, and I'm proud to tell our shareholders we finished 2004 at over 25%.

**Commercial: continued significant growth opportunities**

The other part of the vehicle repair and maintenance business is the Commercial or Do-It-For-Me (DIFM) market. This market is estimated by the AAIA to be over $47 billion annually*, and growing at a five-year compound annual growth rate of 4.5%.* AutoZone is far newer to this market than the DIY segment, and has grown its revenues to approximately $750 million annually from over $400 million back in 2001!

We expanded the program from 1,400 stores back in 2001 to over 2,200 stores today.

We hired Commercial Specialists in our stores dedicated to our professional technician customers to help them with their needs.

We hired an outside sales force of about 150 AutoZoners to call on both current and prospective professional customers to expand selling opportunities.

We developed 118 Hub stores and connected them to our satellite network over the last 3 years in order to fulfill the critical parts needs of both our DIFM and DIY customers. These stores allow us to provide the most expeditious delivery of quality parts to replenish satellites and to service repair technicians.

We created strategic alliances with large Commercial customers who have recognized the critical advantages AutoZone has in this sector: a national store footprint, an extensive parts selection, a speedy 30-minute or less delivery window, and consistent, low prices on parts across the entire country.

Finally, we have ALLDATA. It is *the* premier provider of automotive diagnostic and repair information to the professional technician. With over 50,000 subscribers today, and an opportunity to expand the offering into a full suite of service products, this software provides us a valuable competitive advantage in the continued development of this professional installer market.



> *Our leadership team is comprised of about 46 talented individuals. We could not have accomplished so much in such a short period of time without the energy and leadership of this entire group. This team will not rest on its past accomplishments. We owe it to our customers, fellow AutoZoners, and Shareholders to seek to continually push the boundaries in order to optimize long-term value.*

AutoZone has significant opportunity to gain market share in a segment where the top three players are estimated to hold only a 17% market share!* Additionally, in our ongoing efforts to maximize shareholder value, Commercial is highly accretive to our ROIC as it requires little capital investment, and leverages AutoZone's pre-existing stores and distribution system.

### Mexico: consistent growth, future potential

Our third priority continues to be the development of stores in Mexico. We have grown from 6 stores back in 2000 to 63 stores as of the end of fiscal 2004. We now have opened both an in-country distribution center in Nuevo Laredo and a new store support center in Monterrey, Mexico to support our growth. The opportunity in Mexico continues to be driven by a higher average age of vehicles on the road than in the U.S. and a fragmented competitive base. Our stores in Mexico are unique to the Mexican automotive aftermarket landscape as most competition is poorly capitalized and dedicated to very specific lines of products and services. Our customers have embraced the AutoZone culture and, as in the U.S., look to our stores as their one-stop destination for all their vehicle solutions.

We will continue to open stores in Mexico over time.

### We will focus on investments that exceed a 15% after-tax return on invested capital

This past year we generated over $500 million in cash flow before share repurchases versus $399 million back in fiscal 2001, while almost doubling our return on capital to an industry-leading 25.1%. Additionally, since the inception of the share buy-back program, the Company has repurchased over half its outstanding shares at an average cost of $45. We have maintained our debt relative to our cash flow, and continue to be one of the only investment-grade-credit companies in our industry.

F2004 was not an easy year from a sales perspective. We saw our comp store sales performance slow as customers became challenged in the last quarter by the higher price of gasoline. But, despite this, we maintained customer service and delivered increased profitability.

*In summary, we proudly are the clear leader in an exciting and growing industry. We will continue to push to profitably grow sales. We have a clear plan for the future and a strong team to execute it. We are focused on operating AutoZone to take care of our customers and AutoZoners, and optimize long-term shareholder value at the highest level of ethics and corporate governance.*

Best regards,

*Steve Odland*

Steve Odland
Chairman, President, and Chief Executive Officer
Customer Satisfaction
























Through 3,420 stores in all 48 continental United States, AutoZoners helped to generate over $4.7 billion in retail sales in F2004. Our AutoZoners, who provide trustworthy advice day in and day out, differentiate us from the competition. With extensive product knowledge and the pledge to "go the extra mile," we're helping people across the country by providing vehicle solutions every day.

## Get in the Zone!


# U.S. Retail

With $4.7 billion in sales, we are the largest company-owned and operated player in the industry. Moreover, we continue to set the standard for the highest average sales per store and sales per square foot, and the greatest operating margin and return on invested capital in the industry—well out-pacing our peers. Although #1 in the marketplace, we only have a 13 percent share of the growing $35 billion do-it-yourself market.* With over 218 million registered vehicles in the United States, an aging car population and an estimated $60 billion in unperformed annual maintenance,* we still have a lot of room to grow.

Importantly, AutoZoners have what it takes to pursue that growth—the desire to always deliver What It Takes To Do The Job Right (WITTDTJR). In-store, curbside and on-line, AutoZone stores are equipped to help customers with all their automotive needs. Our dedicated customer service staff and ASE-certified specialists are second to none in providing trustworthy advice. Inside our stores, inventories are tailored to surrounding car populations. Vibrant displays and new products keep our stores fresh and exciting, as we strive to create the most exciting Zone for vehicle solutions for DIYers across the country.

*2004/2005 AAIA Factbook





"Relentlessly creating the most exciting Zone for vehicle solutions!"

With the support of dedicated AutoZoners across 2,200 stores and all 48 states, we achieved approximately $750 million in sales this past year by becoming an important supplier in the growing $48 billion° do-it-for-me (DIFM) commercial aftermarket segment. With the ability to quickly deliver products the professional technician wants, we help our customers perform at their highest levels.



# The Complete Solution!™
# AutoZone Commercial

Recognizing the unique growth opportunity before us, the last few years we have focused intently on building our commercial business. We supply professional technicians with a comprehensive line of quality parts sourced directly from our AutoZone stores and delivered with unparalleled agility. By taking advantage of our full-assortment inventory, the national reach of our retail stores and our efficient supply chain, we can service the largest chains and the smallest "up and down the street" repair shops—offering each consistent service, quality and one-stop parts shopping.

We also offer ALLDATA, the most comprehensive electronic diagnostic and repair software available to automotive technicians today. By creating the industry's most efficient supply chain, we have distinguished our commercial business as a growing and competitive supplier. Although we're the #3 player in the commercial aftermarket today, through superior service and products, our goal is to become first call for professional technicians everywhere.

*2004/2005 AAIA Factbook



Outstanding Service

## Our Pledge

"AutoZoners always put customers first.

We know our parts and products.

Our stores look great! And, we've got

the best merchandise at the right price."





## The Right Part, the Right Price, the Right Time!

The Commercial business is AutoZone's number two vehicle for growth. At only 13% of total Company revenues, the business can dwarf our Retail business over the very long term in an extremely fragmented industry. AutoZone brings something unique to its Commercial customers. We are the only national player capable of consistent service and support across 48 states through our network of Company owned stores.

We will continue to evolve ALLDATA to make its integrated shop management suite of products capable of simplifying a shop owner's business. We believe by offering systems for customizing instead of ordering what is needed and a supply chain able to get the right product delivered at the appropriate time, we will differentiate ourselves in the eyes of our customers.

We look forward to a bright Commercial future!



An Expanding Zone

With 63 stores in Mexico, a new Store Support Center in Monterrey, and a dedicated in-country distribution facility, AutoZone de Mexico is continuing to grow its market share in the $5 billion° Mexican retail aftermarket segment. With over 16 million cars,° averaging almost 17 years in age,° Mexico will offer growth for AutoZone for years to come.

# ¡Su supertienda de autopartes!
## AutoZone de Mexico

Our Mexico stores are very similar to their U.S. counterparts. Further proof of how well the brand travels, our customers are treated to the same industry-leading customer service that has grown to be expected across more than 3,400 U.S. stores.

But it doesn't stop there. Ever since we introduced the most exciting Zone for vehicle solutions to Mexico, we have been delighting Mexican customers. With millions of older-aged vehicles and a shortage of full-service competitors, our selling concept has been warmly embraced.

Two years ago we opened our first distribution center in Mexico. This year a major milestone was achieved when our new Store Support Center was opened in Monterrey. This is an opportunity to begin to centralize our support staff in one location within Mexico. This will help us develop unique products and services for our customers in Mexico.

We are excited about our opportunities in Mexico and look forward to continued growth.

°AAIA Global Aftermarket Trends—Mexico 2003

# 2004 Financial Highlights

## Working Capital Investment (Dollars in Millions)

## Operating Margin
○ Impact of restructuring and impairment charges

## Gross Margin to Sales Ratio
○ Impact of restructuring and impairment charges

## After-Tax Return on Invested Capital
○ Impact of restructuring and impairment charges

## Total Shares Outstanding (in Millions)

## Accounts Payable to Inventory

## Operating Profit (Dollars in Millions)
○ Impact of restructuring and impairment charges

# Straight Talk on AutoZone's 2004 Financial Performance and Beyond

*An interview with AutoZone's CFO, Mike Archbold*

## What were the highlights of F2004?

Financial highlights for F2004 include record earnings, earnings per share, and record return on invested capital.

Regarding our stores, we successfully opened a net 201 new AutoZone locations in F2004. This represented more substantial growth than in the past several years.

We also continued to develop our commercial program in F2004 as we marked the completion of the Midas integration effort. Our ability to support Midas' approximately 1,700 dealers across the U.S. with weekly deliveries, while continuing to deliver to our 3,400 stores, was a great accomplishment.

## Was the Company satisfied with its same store sales growth?

We were not satisfied with same store sales, but we are never satisfied. We found ourselves challenged by some macro trends, like higher gasoline prices, that had a very real impact on consumer expenditures and our sales during our fourth quarter. Despite flat same store sales results for the year, we still increased earnings per share 23%.

## What are AutoZone's prospects for F2005?

F2005 will be AutoZone's year for "WOW! Customer Service," and we've got to live up to that goal everyday. As our competition has improved and opened locations (often times right next to us), we must continue to provide our already industry-leading customer service to encourage everyone to "Get in the Zone" for their vehicle solutions. Trustworthy advice from our AutoZoners differentiates us from our competition.

Regarding our merchandising efforts in F2005, we will continue to improve our mix. As we refine our inventory efforts, we will be better able to service all our customers' needs. We will continue to focus on having the right part in the right place for all makes and models of vehicles.

## How sustainable are your industry-leading operating margins, and what are your targets for F2005?

AutoZone continued its focus on category management initiatives and cost containment projects throughout F2004 to drive margins to record levels. While we are proud of our industry-leading margins, we are not fixated on a targeted margin. We are focused on optimizing shareholder value by executing initiatives that exceed our 15% after-tax internal rate of return goal. We expect these projects' ROIC, in their early years, to not achieve the overall Company ROIC. The important point is these initiatives easily exceed our cost of capital and create shareholder value.

## What is our debt strategy?

We will continue to maintain our debt (including leases) in proportion to our cash flow. The metric the Company utilizes is 2.1x EBITDAR (earnings before interest, taxes, depreciation, amortization, and rent which we believe will continue to provide AutoZone with a strong investment grade rating and access to capital). Debt has a cheaper cost of capital than equity, and therefore, utilizing debt allows AutoZone to reduce its overall cost of capital.

## How far can you take pay-on-scan?

Pay-on-scan (POS) is one more tool in our toolbox to reduce inventory risk. We expect the initiative to allow us to introduce more product into our stores with less risk of markdowns. Further, we believe it will improve the industry focus on increasing sales, while reducing working capital. Lastly, POS allows us to test new, innovative products with the ability to return those items that do not sell.

## Why doesn't AutoZone give earnings guidance?

We don't give guidance because we are not managing the business to a specific target as that could actually inhibit performance. We will work to deliver our best results everyday.

## What is AutoZone's view of corporate governance?

Simply put, AutoZoners equate practicing good corporate governance with always doing the right thing.

At AutoZone we expect employees to perform at the highest levels of ethics regarding all business decisions. AutoZone's primary goal is to optimize long-term shareholder value while adhering to the laws of jurisdictions where we operate and at all times observing the highest levels of ethical standards. We ask all AutoZoners to read and sign a Code of Conduct which embodies all rules regarding individual responsibilities, as well as responsibilities to AutoZone, the public and others.

Practicing good corporate governance also extends to the Board of Directors, who acting on behalf of all shareholders, should perform at the same high levels of ethical behavior as our corporate officers. In order to make sure there is adherence to these standards, the Board's Nominating and Corporate Governance Committee has established guidelines as to what skill sets are ideally suited by candidates to be potential board members. Individual directors should possess many personal characteristics, none more important than practicing the highest levels of integrity and accountability.

Selected Financial Data

| (in thousands, except per share data and selected operating data) | 2004[1] | 2003[2] | 2002[3] | 2001[4] | 2000 |
|---|---|---|---|---|---|
| **Income Statement Data** | | | | | |
| Net sales | $5,637,025 | $5,457,123 | $5,325,510 | $4,818,185 | $4,482,696 |
| Cost of sales, including warehouse and delivery expenses | 2,880,446 | 2,942,114 | 2,950,123 | 2,804,896 | 2,602,386 |
| Operating, selling, general and administrative expenses | 1,757,873 | 1,597,212 | 1,604,379 | 1,625,598 | 1,368,290 |
| Operating profit | 998,706 | 917,797 | 771,008 | 387,691 | 512,020 |
| Interest expense—net | 92,804 | 84,790 | 79,860 | 100,665 | 76,830 |
| Income before income taxes | 905,902 | 833,007 | 691,148 | 287,026 | 435,190 |
| Income taxes | 339,700 | 315,403 | 263,000 | 111,500 | 167,600 |
| Net income | $ 568,202 | $ 517,604 | $ 428,148 | $ 175,526 | $ 267,590 |
| Diluted earnings per share | $ 6.56 | $ 5.34 | $ 4.00 | $ 1.54 | $ 2.00 |
| Adjusted weighted average shares for diluted earnings per share | 86,350 | 96,963 | 107,111 | 113,801 | 133,869 |
| **Balance Sheet Data[5]** | | | | | |
| Current assets | $1,755,757 | $1,671,354 | $1,513,936 | $1,395,240 | $1,245,146 |
| Working capital (deficit) | (62,358) | (90,572) | (83,443) | 61,857 | 152,236 |
| Total assets | 3,912,565 | 3,766,826 | 3,641,599 | 3,499,241 | 3,391,584 |
| Current liabilities | 1,818,115 | 1,761,926 | 1,597,379 | 1,333,383 | 1,092,910 |
| Debt | 1,869,250 | 1,546,845 | 1,194,517 | 1,225,402 | 1,249,937 |
| Stockholders' equity | $ 171,393 | $ 373,758 | $ 689,127 | $ 866,213 | $ 992,179 |
| **Selected Operating Data[5]** | | | | | |
| Number of domestic auto parts stores at beginning of year | 3,219 | 3,068 | 3,019 | 2,915 | 2,711 |
| New stores | 202 | 160 | 102 | 107 | 208 |
| Replacement stores | 4 | 6 | 15 | 16 | 30 |
| Closed stores | 1 | 9 | 53 | 3 | 4 |
| Net new stores | 201 | 151 | 49 | 104 | 204 |
| Number of domestic auto parts stores at end of year | 3,420 | 3,219 | 3,068 | 3,019 | 2,915 |
| Number of Mexico auto parts stores at end of year | 63 | 49 | 39 | 21 | 13 |
| Number of total auto parts stores at end of year | 3,483 | 3,268 | 3,107 | 3,040 | 2,928 |
| Total domestic auto parts store square footage (000s) | 21,689 | 20,500 | 19,683 | 19,377 | 18,719 |
| Average square footage per domestic auto parts store | 6,342 | 6,368 | 6,416 | 6,418 | 6,422 |
| Increase in domestic auto parts store square footage | 6% | 4% | 2% | 4% | 8% |
| Increase in domestic auto parts comparable store net sales | 0% | 3% | 9% | 4% | 5% |
| Average net sales per domestic auto parts store (000s) | $ 1,647 | $ 1,689 | $ 1,658 | $ 1,543 | $ 1,517 |
| Average net sales per domestic auto parts store square foot | $ 259 | $ 264 | $ 258 | $ 240 | $ 236 |
| Total domestic employees at end of year | 48,294 | 47,727 | 44,179 | 44,557 | 43,164 |
| Inventory turnover[6] | 1.87x | 2.04x | 2.25x | 2.39x | 2.32x |
| Net inventory turnover[7] | 20.34x | 16.40x | 12.51x | 10.11x | 8.38x |
| After-tax return on invested capital[8] | 25.1% | 23.4% | 19.8% | 13.4% | 12.9% |
| Net cash provided by operating activities | $ 638,379 | $ 720,807 | $ 736,170 | $ 467,300 | $ 505,610 |
| Cash flow before share repurchases and changes in debt[9] | $ 509,447 | $ 561,563 | $ 726,159 | $ 399,312 | $ 272,029 |
| Return on average equity | 208% | 97% | 55% | 19% | 23% |

(1) Fiscal 2004 operating results include $42.1 million in pre-tax gains from warranty negotiations with certain vendors and the change in classification of certain vendor funding to increase operating expenses and decrease cost of sales by $138.2 million in accordance with Emerging Issues Task Force Issue No. 02-16 ("EITF 02-16") regarding vendor funding, which was adopted during fiscal 2003.

(2) Fiscal 2003 operating results include $8.7 million in pre-tax gains from warranty negotiations, a $4.7 million pre-tax gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001, and a $4.6 million pre-tax gain as a result of the disposition of properties associated with the 2001 restructuring and impairment charges. Fiscal 2003 was also impacted by the adoption of EITF 02-16, which decreased pre-tax earning by $10.0 million, increased operating expenses by $52.6 million and decreased cost of sales by $42.6 million.

(3) 53 weeks. Comparable store sales, average net sales per domestic auto parts store and average net sales per store square foot for fiscal 2002 have been adjusted to exclude net sales for the 53rd week.

(4) Fiscal 2001 operating results include pre-tax restructuring and impairment charges of $156.8 million, or $0.84 per diluted share after tax.

(5) To conform to current year presentation, certain prior year amounts have been adjusted to reflect the impact of reclassifications on the consolidated statements of cash flows and the consolidated balance sheet. Prior presentations had netted certain amounts within accounts payable; these amounts have now been reclassified for all periods presented impacting reported cash and cash equivalents, accounts payable and accrued expenses.

(6) Inventory turnover is calculated as cost of sales divided by the average of the beginning and ending merchandise inventories, which excludes merchandise under pay-on-scan arrangements.

(7) Net inventory turnover is calculated as cost of sales divided by the average of the beginning and ending merchandise inventories, which excludes merchandise under pay-on-scan arrangements, less the average of the beginning and ending accounts payable.

(8) After-tax return on invested capital is calculated as after-tax operating profit (excluding rent and restructuring and impairment charges) divided by average invested capital (which includes a factor to capitalize operating leases). See Reconciliation of Non-GAAP Financial Measures in Management's Discussion and Analysis of Financial Condition and Results of Operations.

(9) Cash flow before share repurchases is calculated as the change in cash and cash equivalents less the change in debt plus treasury stock purchases. See Reconciliation of Non-GAAP Financial Measures in Management's Discussion and Analysis of Financial Condition and Results of Operations.

## Quarterly Summary[1]
### (unaudited)

| (in thousands, except per share data) | Twelve Weeks Ended | | | Sixteen Weeks Ended |
|---|---|---|---|---|
| | November 22, 2003[2] | February 14, 2004 | May 8, 2004[2] | August 28, 2004[2] |
| Net sales | $ 1,282,040 | $ 1,159,236 | $ 1,360,022 | $ 1,835,728 |
| Increase (decrease) in domestic comparable store sales | 2% | 0% | 2% | (3)% |
| Gross profit | 613,090 | 564,311 | 676,187 | 902,991 |
| Operating profit | 215,105 | 168,526 | 251,321 | 363,755 |
| Income before income taxes | 194,845 | 146,604 | 229,411 | 335,042 |
| Net income | $ 121,745 | $ 91,654 | $ 143,411 | $ 209,392 |
| Basic earnings per share | $ 1.37 | $ 1.06 | $ 1.71 | $ 2.56 |
| Diluted earnings per share | $ 1.35 | $ 1.04 | $ 1.68 | $ 2.53 |

| (in thousands, except per share data) | November 23, 2002 | February 15, 2003 | May 10, 2003[3] | August 30, 2003[4] |
|---|---|---|---|---|
| Net sales | $1,218,635 | $1,120,696 | $1,288,445 | $1,829,347 |
| Increase in domestic comparable store sales | 4% | 2% | 3% | 3% |
| Gross profit | 549,390 | 495,999 | 598,823 | 870,797 |
| Operating profit | 188,326 | 147,498 | 221,883 | 360,090 |
| Income before income taxes | 169,221 | 127,865 | 202,530 | 333,391 |
| Net income | $ 104,911 | $ 79,275 | $ 125,977 | $ 207,441 |
| Basic earnings per share | $ 1.06 | $ 0.81 | $ 1.33 | $ 2.32 |
| Diluted earnings per share | $ 1.04 | $ 0.79 | $ 1.30 | $ 2.27 |

(1) The sum of quarterly amounts may not equal the annual amounts reported due to rounding and due to per share amounts being computed independently for each quarter while the full year is based on the annual weighted average shares outstanding.

(2) The first, third and fourth quarters of fiscal 2004 include $16.0 million, $10.6 million, and $15.5 million, respectively, in pre-tax gains from warranty negotiations with certain vendors.

(3) The third quarter of fiscal 2003 includes a $4.7 million pre-tax gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001. The third quarter of fiscal 2003 also includes a $2.6 million pre-tax negative impact of the adoption of EITF 02-16 regarding vendor funding that resulted in an increase to operating expenses by $15.6 million and an increase to gross profit by $13.0 million.

(4) The fourth quarter of fiscal 2003 includes $8.7 million in pre-tax gains from warranty negotiations with certain vendors and a $4.6 million pre-tax gain as a result of the disposition of properties associated with the fiscal 2001 restructuring and impairment charges. The fourth quarter of fiscal 2003 also includes a $7.4 million pre-tax negative impact of the adoption of EITF 02-16 regarding vendor funding that resulted in an increase to operating expenses by $37.0 million and an increase to gross profit by $29.6 million.

Management's Discussion and Analysis of Financial Condition and Results of Operations

We are the nation's leading specialty retailer of automotive parts and accessories, with most of our sales to our DIY customers. We began operations in 1979 and as of August 28, 2004, operated 3,420 auto parts stores in the United States and 63 in Mexico. Each of our stores carries an extensive product line for cars, sport utility vehicles, vans and light trucks, including new and remanufactured automotive hard parts, maintenance items, accessories and non-automotive products. In many of our domestic stores we also have a commercial sales program that provides commercial credit and prompt delivery of parts and other products to local, regional and national repair garages, dealers and service stations. We also sell the ALLDATA brand automotive diagnostic and repair software. On the web at www.autozone.com, we sell diagnostic and repair information, auto and light truck parts, and accessories. We do not derive revenue from automotive repair or installation.



## Results of Operations

### Fiscal 2004 Compared with Fiscal 2003

For the year ended August 28, 2004, AutoZone reported sales of $5.637 billion compared with $5.457 billion for the year ended August 30, 2003, a 3.3% increase from fiscal 2003. This growth was driven by an increase in open stores and continued growth in our commercial sales program. At August 28, 2004, we operated 3,420 domestic auto parts stores and 63 in Mexico, compared with 3,219 domestic auto parts stores and 49 in Mexico at August 30, 2003. Retail DIY sales increased 1.9% and commercial sales increased 10.5% over prior year. Same store sales, or sales for domestic stores open at least one year, were flat during the year. ALLDATA and Mexico sales increased over prior year, contributing 0.4 percentage points of the total increase. Same store sales for domestic stores increased by 2% for the first three quarters, but were flat for the year due to a 3% decline during the fourth quarter. While our average ticket increased over prior year, the number of transactions with both our DIY and commercial customers deteriorated during the latter part of the year. This deterioration correlated with the sudden rise in gas prices. While gas prices have ebbed and flowed over time, this is the first time that we have seen statistical significance to reduced transactions at the store level. In addition to higher gas prices, it has been reported by the Federal Highway Administration that fewer miles were driven per vehicle, a key macro driver of our industry, for the latter part of our fiscal year.



Gross profit for fiscal 2004 was $2.757 billion, or 48.9% of net sales, compared with $2.515 billion, or 46.1% of net sales, for fiscal 2003. Fiscal 2004 benefited from $42.1 million in gains from warranty negotiations as compared to $8.7 million in warranty gains during fiscal 2003. Further benefiting gross profit was the adoption of Emerging Issues Task Force Issue No. 02-16 ("EITF 02-16") during fiscal 2003, which requires vendor funding to be classified as a reduction to cost of sales. Prior to the adoption of EITF 02-16, vendor funding was reflected as a reduction to operating, selling, general and administrative expenses. The adoption of EITF 02-16 increased gross profit by $138.2 million in fiscal 2004 and $42.6 million in fiscal 2003; and increased operating, selling, general and administrative expenses by $138.2 million in fiscal 2004 and $52.6 million in fiscal 2003. The remaining improvement in gross profit was driven by strategic pricing and change in product mix.

Operating, selling, general and administrative expenses for fiscal 2004 increased to $1.758 billion, or 31.2% of net sales, from $1.597 billion, or 29.3% of net sales for fiscal 2003. Fiscal 2003 benefited from a $4.7 million pre-tax gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001, and a $4.6 million pre-tax gain as a result of the disposition of properties associated with the 2001 restructuring and impairment charges. Drivers of current year expenses included the impact of EITF 02-16, the increase in the number of store refreshes and an increase in new store openings.

Interest expense, net for fiscal 2004 was $92.8 million compared with $84.8 million during fiscal 2003. This increase was primarily due to higher average borrowing levels over fiscal 2003. Average borrowings for fiscal 2004 were $1.8 billion, compared with $1.5 billion for fiscal 2003. Weighted average borrowing rates were 4.6% at August 28, 2004, compared to 4.4% at August 30, 2003.

Our effective income tax rate declined to 37.5% of pre-tax income for fiscal 2004 as compared to 37.9% for fiscal 2003.

Net income for fiscal 2004 increased by 9.4% to $566.2 million, and diluted earnings per share increased by 22.8% to $6.56 from $5.34 in fiscal 2003. The impact of the fiscal 2004 stock repurchases on diluted earnings per share in fiscal 2004 was an increase of approximately $0.20.

### Fiscal 2003 Compared with Fiscal 2002

For the year ended August 30, 2003, AutoZone reported sales of $5.457 billion (52 weeks) compared with $5.326 billion (53 weeks) for the year ended August 31, 2002, a 2.5% increase from fiscal 2002. At August 30, 2003, we operated 3,219 domestic auto parts stores and 49 in Mexico, compared with 3,068 domestic auto parts stores and 39 in Mexico at August 31, 2002. Excluding sales from the extra week included in the prior year, sales were up 4.6% (see Reconciliation of Non-GAAP Financial Measures). Same store sales, or sales for domestic stores open at least one year, increased approximately 3% during the year, driven by an increase in commercial sales. The improvement in same store sales was due more to an increase in average dollars spent per transaction over the amounts in the same period of the prior year than an increase in transaction count. The balance of the 4.6% increase was due to new store sales for fiscal 2003 which contributed

percentage points of the increase; ALLDATA and Mexico sales which contributed 0.5 percentage points of the increase, while TruckPro sales in the prior year of $47.6 million reduced the increase by 0.9 percentage points.

Gross profit for fiscal 2003 was $2.515 billion, or 46.1% of net sales, compared with $2.375 billion, or 44.6% of net sales for fiscal 2002. This improvement was driven by $8.7 million in gains from warranty negotiations and the adoption of EITF 02-16 that reclassified $42.6 million in vendor funding to cost of sales. Prior to the adoption of EITF 02-16, vendor funding was reflected as a reduction to operating, selling, general and administrative expenses. Fiscal 2002 also benefited from $50.4 million in gross profit generated during the 53rd week of that year as compared to the 52 week fiscal 2003. The remaining improvements in gross profit and gross margin reflect the additive impact of new merchandise, a reduction in our product warranty expense, and the benefit of more strategic and disciplined pricing derived from our category management system.

Operating, selling, general and administrative expenses for fiscal 2003 decreased to $1.597 billion, or 29.3% of net sales, from $1.604 billion, or 30.1% of sales for fiscal 2002. The adoption of EITF 02-16 increased operating expenses during fiscal 2003 by $52.6 million due to the reclassification of vendor funding. Fiscal 2003 expenses were further impacted by a $4.6 million gain as a result of the disposition of properties associated with the fiscal 2001 restructuring and impairment charges and a $4.7 million gain associated with the settlement of certain liabilities and the repayment of a note associated with the sale of the TruckPro business in December 2001. The remaining decreases in operating, selling, general and administrative expenses reflect our relentless expense discipline, in particular, the leveraging of salaries and information technology spending during fiscal 2003.

Interest expense, net for fiscal 2003 was $84.8 million compared with $79.9 million during fiscal 2002. The increase in interest expense for fiscal 2003 was primarily due to higher levels of debt compared with the 2002 fiscal year. Weighted average borrowings for fiscal 2003 were $1.5 billion, compared with $1.3 billion for fiscal 2002; and, weighted average borrowing rates, excluding the impact of debt amortization and facility fees, remained relatively flat at 4.4% for both fiscal years.

AutoZone's effective income tax rate declined slightly to 37.9% of pre-tax income for fiscal 2003 as compared to 38.1% for fiscal 2002.

Net income for fiscal 2003 increased by 20.9% to $517.6 million, and diluted earnings per share increased by 33.5% to $5.34 from $4.00 reported for the year-ago period. The impact of the fiscal 2003 stock repurchases on diluted earnings per share in fiscal 2003 was an increase of $0.19.

## Seasonality and Quarterly Periods

AutoZone's business is somewhat seasonal in nature, with the highest sales occurring in the summer months of June through August, in which average weekly per-store sales historically have been about 15% to 25% higher than in the slower months of December through February. During short periods of time, a store's sales can be affected by weather conditions. Extremely hot or extremely cold weather may enhance sales by causing parts to fail and spurring sales of seasonal products. Mild or rainy weather tends to soften sales as parts failure rates are lower in mild weather and elective maintenance is deferred during periods of rainy weather. Over the longer term, the effects of weather balance out, as we have stores throughout the United States.

Each of the first three quarters of AutoZone's fiscal year consists of 12 weeks, and the fourth quarter consists of 16 weeks (17 weeks in fiscal 2002). Because the fourth quarter contains the seasonally high sales volume and consists of 16 weeks (17 weeks in fiscal 2002), compared with 12 weeks for each of the first three quarters, our fourth quarter represents a disproportionate share of the annual net sales and net income. The fourth quarter of fiscal 2004 represented 32.6% of annual sales and 37.0% of net income; the fourth quarter of fiscal 2003 represented 33.5% of annual net sales and 40.1% of net income; and the fourth quarter of fiscal 2002 represented 34.6% of annual net sales and 41.6% of net income. Fiscal 2002 consisted of 53 weeks, with the fiscal fourth quarter including 17 weeks. Accordingly, the fourth quarter of fiscal 2002 included the benefit of an additional week of net sales of $109.1 million and net income of $18.3 million.

## Liquidity and Capital Resources

Net cash provided by operating activities was $638.4 million in fiscal 2004, $720.8 million in fiscal 2003 and $736.2 million in fiscal 2002. The primary source of our liquidity is our cash flows realized through the sale of automotive parts and accessories. Our new-store development program requires working capital, predominantly for inventories. The year-over-year change in accounts payable and accrued expenses was impacted by a $67.0 million decline in accrued warranty obligations related to the $42.1 million in gains from warranty negotiations with certain vendors and the settlement of warranty claims. These warranty negotiations have resulted in the shifting of the warranty liability to the vendors. During the past three fiscal years, we have improved our accounts payable to inventory ratio to 92% at August 28, 2004, from 90% at August 30, 2003, and 85% at August 31, 2002. Contributing to this improvement has been the year-over-year increase in vendor payables as a result of our ability to extend payment terms with our vendors. Prior to May 8, 2004, we had entered into arrangements with certain vendors and banks that, through our issuance of negotiable instruments to our vendors, the vendors could

## Management's Discussion and Analysis of Financial Condition and Results of Operations
*(continued)*

negotiate the instruments at attractive discount rates due to our credit rating. At May 8, 2004, we ceased the issuance of negotiable instruments under these arrangements. At August 28, 2004, and August 30, 2003, approximately $110.7 million and $212.5 million, respectively, were payable by us under these arrangements and are included in accounts payable in the accompanying consolidated balance sheets. The increase in merchandise inventories, required to support new-store development and sales growth, has largely been financed by our vendors, as evidenced by the higher accounts payable to inventory ratio. Contributing to this improvement is the use of pay-on-scan ("POS") arrangements with certain vendors. Under a POS arrangement, AutoZone will not purchase merchandise supplied by a vendor until that merchandise is ultimately sold to AutoZone's customers. Upon the sale of the merchandise to AutoZone's customers, AutoZone recognizes the liability for the goods and pays the vendor in accordance with the agreed-upon terms. Revenues under POS arrangements are included in net sales in the income statement. Since we do not own merchandise under POS arrangements until just before it is sold to a customer, such merchandise is not included in our balance sheet. AutoZone has financed the repurchase of existing merchandise inventory by certain vendors in order to convert such vendors to POS arrangements. These receivables have durations up to 24 months and approximated $58.3 million at August 28, 2004. The $27.8 million current portion of these receivables is reflected in accounts receivable and the $30.5 million long-term portion is reflected as a component of other long-term assets. Merchandise under POS arrangements was $146.6 million at August 28, 2004, and we continue to actively negotiate with our vendors to increase the use of POS arrangements.

AutoZone's primary capital requirement has been the funding of its continued new store development program. From the beginning of fiscal 2002 to August 28, 2004, we have opened 443 net new auto parts stores. Net cash flows used in investing activities were $193.7 million in fiscal 2004, compared to $167.8 million in fiscal 2003, and $64.5 million in fiscal 2002. We invested $184.9 million in capital assets in fiscal 2004 compared to $182.2 million in fiscal 2003, and $117.2 million in fiscal 2002. New store openings in the U.S. were 202 for fiscal 2004, 160 for fiscal 2003, and 102 for fiscal 2002. During fiscal 2004, $11.4 million was invested in the acquisition of certain assets from a regional auto parts retailer. Seven stores related to this transaction were converted during fiscal 2004 to AutoZone stores, with the remaining five stores to be converted during fiscal 2005. The converted stores are included in our domestic store count upon opening as an AutoZone store. During fiscal 2002, we sold TruckPro, our heavy-duty truck parts subsidiary, which operated 49 stores, for cash proceeds of $25.7 million. Proceeds from capital asset disposals totaled $2.6 million for fiscal 2004, $14.4 million for fiscal 2003, and $25.1 million for fiscal 2002.

Net cash used in financing activities was $460.9 million in fiscal 2004, $530.2 million in fiscal 2003, and $675.4 million in fiscal 2002. The net cash used in financing activities is primarily attributable to purchases of treasury stock which totaled $848.1 million for fiscal 2004, $891.1 million for fiscal 2003, and $699.0 million for fiscal 2002. Net proceeds from the issuance of debt securities, including repayments on other debt and the net change in commercial paper borrowings, offset the increased level of treasury stock purchases by approximately $322.4 million in fiscal 2004 and by $329.8 million in fiscal 2003.

We expect to invest in our business consistent with historical rates during fiscal 2005, primarily related to our new store development program and enhancements to existing stores and systems. We expect to open approximately 200 new stores during fiscal 2005. In addition to the building and land costs, our new-store development program requires working capital, predominantly for non-POS inventories. Historically, we have negotiated extended payment terms from suppliers, reducing the working capital required by expansion. We believe that we will be able to continue to finance much of our inventory requirements through favorable payment terms from suppliers.

Depending on the timing and magnitude of our future investments (either in the form of leased or purchased properties or acquisitions), we anticipate that we will rely primarily on internally generated funds and available borrowing capacity to support a majority of our capital expenditures, working capital requirements and stock repurchases. The balance may be funded through new borrowings. We anticipate that we will be able to obtain such financing in view of our credit rating and favorable experiences in the debt markets in the past.

*Credit Ratings:* At August 28, 2004, AutoZone had a senior unsecured debt credit rating from Standard & Poor's of BBB+ and a commercial paper rating of A-2. Moody's Investors Service had assigned us a senior unsecured debt credit rating of Baa2 and a commercial paper rating of P-2. As of August 28, 2004, Moody's and Standard & Poor's had AutoZone listed as having a "negative" and "stable" outlook, respectively. If our credit ratings drop, our interest expense may increase; similarly, we anticipate that our interest expense may decrease if our investment ratings are raised. If our commercial paper ratings drop below current levels, we may have difficulty continuing to utilize the commercial paper market and our interest expense will increase, as we will then be required to access more expensive bank lines of credit. If our senior unsecured debt ratings drop below investment grade, our access to financing may become more limited.

*Debt Facilities:* We maintain $1.0 billion of revolving credit facilities with a group of banks. During fiscal 2004, these credit facilities replaced the previous $950 million of revolving credit facilities. Of the $1.0 billion, $300 million expires in May 2005. The remaining $700 million expires in May 2009. The portion expiring in May 2005 is expected to be renewed, replaced or the option to extend the maturity date of the then outstanding debt by one year will be exercised. The credit facilities exist primarily to support commercial paper borrowings, letters of credit and other short-term unsecured bank loans. As the available balance is reduced by commercial paper borrowings and certain outstanding letters of credit, we had $380.7 million in available capacity under these facilities at August 28, 2004. The rate of