

# FORM 10-Q

## AUTOZONE INC – AZO

Filed: March 31, 1998 (period: February 14, 1998)

Quarterly report which provides a continuing view of a company's financial position

# Table of Contents

## PART I

ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND

## PART II.

OTHER INFORMATION
Item 4. Submission of Matters to a Vote of Security Holders
Item 6. Exhibits and Reports on Form 8-K
SIGNATURES
EXHIBIT INDEX
EX-10 (Material contracts)

EX-27

FORM 10-Q

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

[X]  Quarterly report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934
     For the quarterly period ended February 14, 1998, or

[ ]  Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934
     For the transition period from _____ to _____.

Commission file number 1-10714

AUTOZONE, INC.
(Exact name of registrant as specified in its charter)

| Nevada | 62-1482048 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

123 South Front Street
Memphis, Tennessee 38103
(Address of principal executive offices) (Zip Code)

(901) 495-6500
Registrant's telephone number, including area code

(not applicable)
Former name, former address and former fiscal year, if changed since last report.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter periods that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes [X]  No [ ]

APPLICABLE ONLY TO CORPORATE ISSUERS

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practical date.

Common Stock, $.01 Par Value - 152,560,302 shares as of March 27, 1998.

AUTOZONE, INC.

CONDENSED CONSOLIDATED BALANCE SHEETS

|  | Feb. 14, 1998 | Aug. 30, 1997 |
|---|---|---|
|  | (Unaudited) |  |
|  | (in thousands) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 4,803 | $ 4,668 |
| Accounts receivable | 19,703 | 18,713 |
| Merchandise inventories | 719,806 | 709,446 |
| Prepaid expenses | 17,609 | 20,987 |
| Deferred income taxes | 25,367 | 24,988 |
| Total current assets | 787,288 | 778,802 |
| Property and equipment: | | |
| Property and equipment | 1,463,404 | 1,336,911 |
| Less accumulated depreciation and amortization | (296,475) | (255,783) |
|  | 1,166,929 | 1,081,128 |
| Other assets: | | |
| Cost in excess of net assets acquired | 16,286 | 16,570 |
| Deferred income taxes | 6,559 | 4,339 |
| Other assets | 3,738 | 3,178 |
|  | 26,583 | 24,087 |
|  | $ 1,980,800 | $ 1,884,017 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 399,179 | $ 449,793 |
| Accrued expenses | 114,486 | 122,580 |
| Income taxes payable | 19,653 | 20,079 |
| Total current liabilities | 533,318 | 592,452 |
| Long-term debt | 263,800 | 198,400 |
| Other liabilities | 15,103 | 17,957 |
| Stockholders' equity | 1,168,579 | 1,075,208 |
|  | $ 1,980,800 | $ 1,884,017 |

SEE NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

AUTOZONE, INC.

CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(UNAUDITED)

|  | Twelve Weeks Ended | | Twenty-four Weeks Ended | |
|---|---|---|---|---|
|  | Feb. 14, 1998 | Feb. 15, 1997 | Feb. 14, 1998 | Feb. 15, 1997 |
|  | (in thousands, except per share amounts) | | | |
| Net Sales | $ 607,097 | $ 538,012 | $ 1,282,371 | $ 1,107,157 |
| Cost of sales, including warehouse and delivery expenses | 353,416 | 311,056 | 748,249 | 639,903 |
| Operating, selling, general and administrative expenses | 195,599 | 177,739 | 397,392 | 356,139 |
| Operating profit | 58,082 | 49,217 | 136,730 | 111,115 |
| Interest expense | 3,028 | 2,110 | 5,530 | 3,283 |
| Income before income taxes | 55,054 | 47,107 | 131,200 | 107,832 |
| Income taxes | 20,700 | 17,700 | 49,300 | 40,450 |
| Net income | $ 34,354 | $ 29,407 | $ 81,900 | $ 67,382 |
| Weighted average shares for basic earnings per share | 152,061 | 150,509 | 151,879 | 150,385 |
| Effect of dilutive stock options | 1,640 | 1,742 | 1,883 | 1,879 |
| Adjusted weighted average shares for diluted earnings per share | 153,701 | 152,251 | 153,762 | 152,264 |
| Basic earnings per share | $ 0.23 | $ 0.20 | $ 0.54 | $ 0.45 |
| Diluted earnings per share | $ 0.22 | $ 0.19 | $ 0.53 | $ 0.44 |

SEE NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

AUTOZONE, INC.

CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)

|  | Twenty-four Weeks Ended | |
|---|---|---|
|  | Feb. 14, 1998 | Feb. 15, 1997 |
|  | (in thousands) | |
| **Cash flows from operating activities:** | | |
| Net income | $ 81,900 | $ 67,382 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 40,092 | 35,482 |
| Net increase in merchandise inventories | (10,360) | (108,326) |
| Net decrease in current liabilities | (59,134) | (9,330) |
| Other - net | (3,639) | (9,966) |
| Net cash provided by (used in) operating activities | 48,859 | (24,758) |
| **Cash flows from investing activities:** | | |
| Cash outflows for property and equipment, net | (125,595) | (103,344) |
| **Cash flows from financing activities:** | | |
| Net proceeds from debt | 65,400 | 121,500 |
| Proceeds from sale of Common Stock, including related tax benefit | 11,471 | 7,334 |
| Net cash provided by financing activities | 76,871 | 128,834 |
| Net increase in cash and cash equivalents | 135 | 732 |
| Cash and cash equivalents at beginning of period | 4,668 | 3,904 |
| Cash and cash equivalents at end of period | $ 4,803 | $ 4,636 |

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(UNAUDITED)

NOTE A--BASIS OF PRESENTATION

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with generally accepted accounting principles for interim financial information and with instructions to Form 10-Q and Article 10 of Regulation S-X. Accordingly, they do not include all of the information and footnotes required by generally accepted accounting principles for complete financial statements. In the opinion of management, all adjustments (consisting of normal recurring accruals) considered necessary for a fair presentation have been included. Operating results for the twenty-four weeks ended February 14, 1998, are not necessarily indicative of the results that may be expected for the fiscal year ending August 29, 1998. For further information, refer to the financial statements and footnotes thereto included in the Company's annual report on Form 10-K for the year ended August 30, 1997.

NOTE B--INVENTORIES

Inventories are stated at the lower of cost or market using the last-in, first-out (LIFO) method. An actual valuation of inventory under the LIFO method can be made only at the end of each year based on the inventory levels and costs at that time. Accordingly, interim LIFO calculations must necessarily be based on management's estimates of expected year-end inventory levels and costs.

NOTE C--DEBT

On February 10, 1998, the Company increased its five-year unsecured revolving credit facility by $75 million for a total of $350 million which extends until December 2001. The rate of interest payable under the agreement is a function of the London Interbank Offered Rate (LIBOR), or the lending bank's base rate (as defined in the agreement), or a competitive bid rate, at the option of the Company. At February 14, 1998, the Company's borrowings under this agreement were $263.8 million and the weighted average interest rate was 5.9%. The unsecured revolving credit agreement contains a covenant limiting the amount of debt the Company may incur relative to its total capitalization.

The Company also has a negotiated rate unsecured revolving credit agreement totaling $25 million which extends until March 26, 1998. There were no amounts outstanding under the agreement as of February 14, 1998. On March 26, 1998 the Company amended this facility to extend the maturity date to March 26, 1999.

NOTE D--SHAREHOLDERS EQUITY

In January 1998, the Company announced Board approval to purchase up to $100 million of its common stock in the open market.

NOTE E--SUBSEQUENT EVENTS

On February 17, 1998, the Company acquired 100% of the voting stock of ADAP, Inc. (Auto Palace) for $55 million in a transaction accounted for as a purchase. Financial information of Auto Palace will be included in the results of operations from the date of the acquisition. The Auto Palace balance sheet and results of operations are not material to the consolidated results of the Company.

On February 23, 1998, the Company acquired a 364-day credit facility with a group of banks for $150 million. The rate of interest payable under the agreement is a function of the London Interbank Offered Rate (LIBOR), or the lending bank's base rate (as defined in the agreement), or a competitive bid rate, at the option of the Company. The unsecured revolving credit agreement contains a covenant limiting the amount of debt the Company may incur relative to its total capitalization.

On March 2, 1998, the Company announced it had reached a definitive agreement to acquire assets and liabilities of TruckPro, L.P. (TruckPro). If consummated, the transaction would not have a material impact on the fiscal 1998 financial position or consolidated operating results. The transaction is subject to the satisfactory completion of certain conditions and regulatory approvals. Financial information of TruckPro will be included in the results of operations, if consummated, from the date of acquisition.

ITEM 2.  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

TWELVE WEEKS ENDED FEBRUARY 14, 1998, COMPARED TO
TWELVE WEEKS ENDED FEBRUARY 15, 1997

Net sales for the twelve weeks ended February 14, 1998 increased by $69.1 million, or 12.8%, over net sales for the comparable period of fiscal 1997. This increase was due to a comparable store sales increase of 2%, (which was primarily due to the sales growth of the Company's newer stores and the added sales of the Company's commercial program), and increases in net sales for stores opened since the beginning of fiscal 1997. At February 14, 1998 the Company had 1,824 stores in operation compared with 1,516 stores at February 15, 1997.

Gross profit for the twelve weeks ended February 14, 1998, was $253.7 million, or 41.8% of net sales, compared with $227.0 million, or 42.2% of net sales, during the comparable period for fiscal 1997. The decrease in the gross profit percentage was due primarily to lower antifreeze gross margins.

Operating, selling, general and administrative expenses for the twelve weeks ended February 14, 1998 increased by $17.9 million over such expenses for the comparable period for fiscal 1997, and decreased as a percentage of net sales from 33.0% to 32.2%. The decrease in the expense ratio was due primarily to a sales increase in the Company's commercial program, which resulted in favorable commercial payroll leverage, and to efficiencies gained with the closings of two call centers in fiscal 1997. The number of stores participating in the commercial program was 1,275 at February 14, 1998.

The Company's effective income tax rate was 37.6% of pre-tax income for the twelve weeks ended February 14, 1998 and February 15, 1997.

TWENTY-FOUR WEEKS ENDED FEBRUARY 14, 1998, COMPARED TO
TWENTY-FOUR WEEKS ENDED FEBRUARY 15, 1997

Net sales for the twenty-four weeks ended February 14, 1998 increased by $175.2 million, or 15.8%, over net sales for the comparable period of fiscal 1997. This increase was due to a comparable store sales increase of 5%, (which was primarily due to the sales growth of the Company's newer stores and the added sales of the Company's commercial program), and increases in net sales for stores opened since the beginning of fiscal 1997.

Gross profit for the twenty-four weeks ended February 14, 1998, was $534.1 million, or 41.7% of net sales, compared with $467.3 million, or 42.2% of net sales, during the comparable period for fiscal 1997. The decrease in the gross profit percentage was due primarily to lower commodities gross margins.

Operating, selling, general and administrative expenses for the twenty-four weeks ended February 14, 1998 increased by $41.3 million over such expenses for the comparable period for fiscal 1997, and decreased as a percentage of net sales from 32.2% to 31.0%. The decrease in the expense ratio was due primarily to a sales increase in the Company's commercial program, which resulted in favorable commercial payroll leverage, and to efficiencies gained with the closing of two call centers in fiscal 1997.

The Company's effective income tax rate was 37.6% of pre-tax income for the twenty-four weeks ended February 14, 1998 and 37.5% for the twenty-four weeks ended February 15, 1997.

LIQUIDITY AND CAPITAL RESOURCES

For the twenty-four weeks ended February 14, 1998, net cash of $48.9 million was provided by the Company's operations versus $24.8 million used by operations for the comparable period of fiscal year 1997. The comparative increase in cash provided by operations is due primarily to improving inventory turnover.

Capital expenditures for the twenty-four weeks ended February 14, 1998 were $125.6 million. The Company anticipates that capital expenditures for fiscal 1998 will be approximately $400 million. Year-to-date, the Company opened 96 net new stores. The Company expects to add approximately 450 new stores including stores acquired through the Auto Palace and TruckPro acquisitions and approximately 17 to 20 replacement stores during fiscal 1998.

The Company anticipates that it will rely on internally generated funds to support a majority of its capital expenditures and working capital requirements; the balance of such requirements, as well as the stock repurchase and acquisitions, will be funded through borrowings. The Company has a five-year revolving credit agreement with a group of banks for $350 million. At February 14, 1998 the Company had borrowings outstanding under this credit agreement of $263.8 million. Additionally, on February 23, 1998 the Company acquired a 364-day credit facility with a

group of banks for $150 million.

In January 1998, the Company announced Board approval to purchase up to $100 million of its common stock in the open market.

YEAR 2000 CONVERSION

The Company established a team to coordinate the identification, evaluation, and implementation of changes to computer systems and applications necessary to achieve a year 2000 date conversion with no effect on customers or disruption to business operations. These actions are necessary to ensure that the systems and applications will recognize and process the year 2000 and beyond. Major areas of potential business impact have been identified and conversion efforts are underway. The Company also is communicating with suppliers, dealers, financial institutions and others with which it does business to assess the impact of their year 2000 conversion plans on the Company. The total cost of compliance and its effect on the Company's future results of operations have been estimated as part of the detailed conversion planning. The Company believes the costs of conversion will not be material. The Company could be materially affected by the failure of a number of its vendors to achieve year 2000 date conversion.

FORWARD-LOOKING STATEMENTS

Certain statements contained in this quarterly report on Form 10-Q are forward-looking statements. These statements discuss, among other things, expected growth, store development and expansion strategy, business strategies, future revenues and future performance. The forward-looking statements are subject to risks, uncertainties and assumptions including, but not limited to competitive pressures, demand for the Company's products, the market for auto parts, the economy in general, inflation, consumer debt levels and the weather. Actual results may materially differ from anticipated results described in these forward-looking statements.

PART II.  OTHER INFORMATION

Item 4. Submission of Matters to a Vote of Security Holders

    (a) The Annual Meeting of the Shareholders of the Company was held on December 18, 1997.

    (b) Not applicable.

    (c) 1. Election of Directors. All nominees for director were elected pursuant to the following vote:

|  | VOTES FOR | VOTES WITHHELD |
|---|---|---|
| Johnston C. Adams, Jr. | 139,093,584 | 1,041,128 |
| Andrew M. Clarkson | 139,104,265 | 1,030,447 |
| N. Gerry House | 123,114,966 | 17,019,746 |
| Robert J. Hunt | 139,103,108 | 1,031,604 |
| J. R. Hyde, III | 139,108,136 | 1,026,576 |
| James F. Keegan | 139,096,153 | 1,038,559 |
| Michael W. Michelson | 138,961,176 | 1,173,536 |
| John E. Moll | 139,051,369 | 1,083,343 |
| George R. Roberts | 138,957,553 | 1,177,159 |
| Ronald A. Terry | 139,093,249 | 1,041,463 |
| Timothy D. Vargo | 139,108,190 | 1,026,522 |

       2. Approval of Amended and Restated Employee Stock Purchase Plan: 134,665,744 votes in favor; 2,200,515 votes against; and 268,453 shares abstained from voting.

       3. Ratification of Ernst & Young LLP, as the Company's independent auditors: 139,868,092 votes in favor; 90,046 votes against; and 176,574 shares abstained from voting.

    (d) Not applicable.

Item 6. Exhibits and Reports on Form 8-K

(a)    Exhibits

    The following exhibits are filed as part of this report:

    3.1 Articles of Incorporation of AutoZone, Inc. incorporated by reference to Exhibit 3.1 to the Form 10-K for the fiscal year ended August 27, 1994.

    3.2 Amendment to Articles of Incorporation of AutoZone, Inc., dated December 16, 1993, to increase its authorized shares of common stock to 200,000,000. Incorporated by reference to Exhibit 3.2 to the Form 10-K for the fiscal year ended August 27, 1994.

    3.3 By-laws of AutoZone, Inc. Incorporated by reference to Exhibit 3.2 to the Registration Statement filed by the Company under the Securities Act of 1933 (No. 33-45649) (the February 1992 Form S-1).

    4.1 Form of Common Stock Certificate. Incorporated by reference to Exhibit 4.1 to Pre-Effective Amendment No. 2 to the February 1992 Form S-1.

    10.1 Credit Agreement among AutoZone, Inc., as Borrower, the several lenders from time to time party thereto, NationsBank, N.A., as Agent, and SunTrust Bank, Nashville, N.A. as Co-Agent, dated December 20, 1996. Incorporated herein by reference to the Form 10-Q for the quarter ended February 15, 1997.

    10.2 Amendment No. 1 to Credit Agreement dated as of February 10, 1998 among AutoZone, Inc., as Borrower, the several lenders from time to time party thereto, NationsBank, N.A., as Agent, and SunTrust Bank, Nashville, N.A. as Co-Agent.

    27.1 Financial Data Schedule. (SEC Use Only)

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

AUTOZONE, INC.

By: /s/ Robert J. Hunt
    ----------------------
    Robert J. Hunt
    Executive Vice President and
    Chief Financial Officer-Customer Satisfaction
    (Principal Financial Officer)

By: /s/ Michael E. Butterick
    ----------------------------
    Michael E. Butterick
    Vice President, Controller-Customer Satisfaction
    (Principal Accounting Officer)

Dated: March 31, 1998

EXHIBIT INDEX

3.1 Articles of Incorporation of AutoZone, Inc. incorporated by reference to Exhibit 3.1 to the Form 10-K for the fiscal year ended August 27, 1994.

3.2 Amendment to Articles of Incorporation of AutoZone, Inc., dated December 16, 1993, to increase its authorized shares of common stock to 200,000,000. Incorporated by reference to Exhibit 3.2 to the Form 10-K for the fiscal year ended August 27, 1994.

3.3 By-laws of AutoZone, Inc. Incorporated by reference to Exhibit 3.2 to the Registration Statement filed by the Company under the Securities Act of 1933 (No. 33-45649) (the February 1992 Form S-1).

4.1 Form of Common Stock Certificate. Incorporated by reference to Exhibit 4.1 to Pre-Effective Amendment No. 2 to the February 1992 Form S-1.

10.1 Credit Agreement among AutoZone, Inc., as Borrower, the several lenders from time to time party thereto, NationsBank, N.A., as Agent, and SunTrust Bank, Nashville, N.A. as Co-Agent, dated December 20, 1996. Incorporated herein by reference to the Form 10-Q for the quarter ended February 15, 1997.

10.2 Amendment No. 1 to Credit Agreement dated as of February 10, 1998 among AutoZone, Inc., as Borrower, the several lenders from time to time party thereto, NationsBank, N.A., as Agent, and SunTrust Bank, Nashville, N.A. as Co-Agent.

27.1 Financial Data Schedule. (SEC Use Only)

```
</TEXT>
</DOCUMENT>
```

EXHIBIT 10.2

AMENDMENT NO. 1 TO CREDIT AGREEMENT

THIS AMENDMENT AGREEMENT (this "AMENDMENT NO. 1"), dated as of February 10, 1998, among AUTOZONE, INC., a Nevada corporation (the "BORROWER"), the various lending institutions parties hereto (each a "Lender" and collectively, the "LENDERS"), and NATIONSBANK, N.A., a national Lending association, as agent for the Lenders (in such capacity, the "AGENT");

W I T N E S S E T H:

WHEREAS, the Borrower, the Lenders, United States National Bank of Oregon ("USNBO") and the Agent entered into that certain Credit Agreement, dated as of December 20, 1996 (the "EXISTING CREDIT AGREEMENT"); and

WHEREAS, the Borrower has elected to exercise its rights pursuant to Section 3.4(b) of the Existing Credit Agreement to increase the Revolving Committed Amount from $275,000,000 to $350,000,000 and the Lenders have agreed to participate in such increase; and

WHEREAS, USNBO has declined to participate in such increase and has requested to have its Loans repaid in full and its Revolving Commitment terminated; and

WHEREAS, immediately prior to the effectiveness of this Amendment No. 1, the Loans of USNBO have been repaid and its Revolving Commitment terminated; and

WHEREAS, the Borrower, the Lenders and the Agent have agreed to execute this Amendment No. 1 for purposes of reflecting the increase in the Revolving Committed Amount from $275,000,000 to $350,000,000 and the repayment of the Loans of USNBO and the termination of the Revolving Commitment of USNBO;

NOW, THEREFORE, in consideration of the agreements herein contained, the parties hereby agree as follows:

PART I
DEFINITIONS

SUBPART 1.1.  CERTAIN DEFINITIONS.  Unless otherwise defined herein or the context otherwise requires, terms used in this Amendment No. 1, including its preamble and recitals, have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

"AMENDED CREDIT AGREEMENT" means the Existing Credit Agreement as amended hereby.

"AMENDMENT NO. 1 EFFECTIVE DATE" is defined in SUBPART 3.1.

SUBPART 1.2.  OTHER DEFINITIONS.  Unless otherwise defined herein or the context otherwise requires, terms used in this Amendment No. 1, including its preamble and recitals, have the meanings provided in the Amended Credit Agreement.

PART II
AMENDMENTS TO EXISTING CREDIT AGREEMENT

Effective on (and subject to the occurrence of) the Amendment No. 1 Effective Date, the Existing Credit Agreement is hereby amended in accordance with this PART II.  Except as so amended, the Existing Credit Agreement, the Notes and the other Credit Documents shall continue in full force and effect.

SUBPART 2.1  AMENDMENTS TO SECTION 1.  Section 1 of the Existing Credit Agreement is hereby amended by inserting, in the alphabetically appropriate place, the following definitions:

"AMENDMENT NO. 1" means Amendment No. 1 to Credit Agreement, dated as of February 10, 1998, among the Borrower, the Agent and the Lenders, amending this Credit Agreement as then in effect.

SUBPART 2.2  AMENDMENTS TO SCHEDULE 2.1(A).  SCHEDULE 2.1(A) to the Existing Credit Agreement is deleted and replaced with SCHEDULE 2.1(A) attached hereto.

PART III
CONSENTS AND AGREEMENTS

SUBPART 3.1  SECTION 3.4(B).  The Borrower acknowledges and agrees

that it shall have no additional rights pursuant to Section 3.4(b) of the Existing Credit Agreement after the effectiveness of this Amendment No. 1. The Borrower and the Lenders agree that the execution of this Amendment No. 1 shall satisfy all of the requirements under Section 3.4(b) (including all notice requirements thereunder).

SUBPART 3.2 USNBO. The Lenders hereby consent to the repayment of the Loans of USNBO and the termination of the Revolving Commitment of USNBO and waive any violations of Sections 3.12 and 3.13 of the Existing Loan Agreement on account of such repayment and termination.

PART IV
CONDITIONS TO EFFECTIVENESS

SUBPART 4.1. AMENDMENT NO. 1 EFFECTIVE DATE. This Amendment shall be and become effective on such date (the "AMENDMENT NO. 1 EFFECTIVE DATE") on or prior to February 10, 1998, when all of the conditions set forth in this SUBPART 4.1 shall have been satisfied, and thereafter, this Amendment No. 1 shall be known, and may be referred to, as "Amendment No. 1."

SUBPART 4.1.1. EXECUTION OF COUNTERPARTS. The Agent shall have received counterparts of this Amendment No. 1, each of which shall have been duly executed on behalf of the Borrower, the Agent and the Lenders.

SUBPART 4.1.2. REVOLVING NOTES AND COMPETITIVE NOTES. The Agent shall have received a replacement Revolving Note and a replacement Competitive Note for each Lender, each of which shall have been duly executed on behalf of the Borrower. The Lenders agree to return their existing Revolving Notes and their existing Competitive Notes promptly after their receipt of the replacement notes therefor.

SUBPART 4.1.3. LEGAL DETAILS, ETC. All documents executed or submitted pursuant hereto shall be reasonably satisfactory in form and substance to the Agent and its counsel. The Agent and its counsel shall have received all information, and such counterpart originals or such certified or other copies of such originals, as the Agent or its counsel may reasonably request, and all legal matters incident to the transactions contemplated by this Amendment No. 1 shall be reasonably satisfactory to the Agent and its counsel.

PART V
MISCELLANEOUS

SUBPART 5.1 CROSS-REFERENCES. References in this Amendment No. 1 to any Part or Subpart are, unless otherwise specified, to such Part or Subpart of this Amendment No. 1.

SUBPART 5.2 INSTRUMENT PURSUANT TO EXISTING CREDIT AGREEMENT. This Amendment No. 1 is a document executed pursuant to the Existing Credit Agreement and shall (unless otherwise expressly indicated therein) be construed, administered and applied in accordance with the terms and provisions of the Existing Credit Agreement.

SUBPART 5.3 CREDIT DOCUMENTS. The Borrower hereby confirms and agrees that the Credit Documents are, and shall continue to be, in full force and effect, and hereby ratifies and confirms in all respects its obligations thereunder, except that, upon the effectiveness of, and on and after the date of, this Amendment No. 1, all references in each Credit Document to the "Credit Agreement", "thereunder", "thereof" or words of like import referring to the Existing Credit Agreement shall mean the Amended Credit Agreement.

SUBPART 5.4 COUNTERPARTS, EFFECTIVENESS, ETC. This Amendment No. 1 may be executed by the parties hereto in several counterparts, each of which shall be deemed to be an original and all of which shall constitute together but one and the same agreement.

SUBPART 5.5 GOVERNING LAW; ENTIRE AGREEMENT. THIS AMENDMENT NO. 1 SHALL BE DEEMED TO BE A CONTRACT MADE UNDER AND GOVERNED BY THE INTERNAL LAWS OF THE STATE OF NORTH CAROLINA WITHOUT GIVING EFFECT TO THE CONFLICT OF LAW PRINCIPLES THEREOF.

SUBPART 5.6 SUCCESSORS AND ASSIGNS. This Amendment No. 1 shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

SUBPART 5.7 REPRESENTATIONS AND WARRANTIES. The Borrower represents and warrants to the Agent and the Lenders that (i) the representations and warranties made in Section 5 of the Existing Credit Agreement are true and correct on and as of the Amendment No. 1 Effective Date as though made on such date and (ii) no Default or Event of Default has occurred and remains uncured as of the Amendment No. 1 Effective Date.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment No. 1 to be executed by their respective duly authorized officers as of the day and year first above written.

AUTOZONE, INC.

By /s/ Robert J. Hunt
------------------------
Title  EVP & CFO


By /s/ Harry L. Goldsmith
------------------------
Title  S.V.P.


NATIONSBANK, N.A.,
  in its capacity as Agent and
  in its individual capacity
  as a Lender


By /s/ Mark D. Halmrast
------------------------
   Mark D. Halmrast

Title  Vice President


SUNTRUST BANK, NASHVILLE, N.A.,
  individually in its capacity as a Lender
  and in its capacity as Co-Agent

By /s/ Bryan W. Ford
------------------------
   Bryan W. Ford

Title  Vice President


Bank of America NT & SA,
successor by merger to
BANK OF AMERICA ILLINOIS

By /s/ Sandra S. Ober
------------------------
   Sandra S. Ober

Title  Managing Director


THE FIRST NATIONAL BANK OF CHICAGO

By /s/ Catherine A. Muszynski
------------------------
   Catherine A. Muszynski

Title  Vice President


FIRST UNION NATIONAL BANK OF
TENNESSEE

By /s/ Robert T. Page
------------------------

Title  VP


FIRST TENNESSEE BANK NATIONAL
ASSOCIATION

By /s/ Joseph M. Evangelisti
------------------------

Title  SVP


UNION PLANTERS BANK, N.A.

By /s/ Leonard McKinnon
------------------------

Title  Senior Vice President

SCHEDULE 2.1(A)

LENDERS

| LENDER | Commitment PERCENTAGE | Revolving COMMITMENT |
|---|---|---|
| NationsBank, N.A.<br>NationsBank Corporate Center<br>NC1007-8-7<br>Charlotte, NC 28255<br>Attn: Jeb Ball<br>Tel: (704) 386-9718<br>Fax: (704) 388-0373 | 21.4285714% | $75,000,000.00 |
| SunTrust Bank, Nashville, N.A.<br>6410 Poplar Avenue<br>Suite 320<br>Memphis, TN 38119<br>Attn: Bryan W. Ford<br>Tel: (901) 766-7561<br>Fax: (901) 766-7565 | 20.0000000% | $70,000,000.00 |
| Bank of America Illinois<br>231 S. LaSalle<br>Chicago, IL 60697<br>Attn: Casey Cosgrove<br>Tel: (312) 828-3092<br>Fax: (312) 828-6269 | 18.5714286% | $65,000,000.00 |
| The First National Bank of Chicago<br>One First National Plaza<br>Mail Suite 0086<br>Chicago, IL 60670-0324<br>Attn: Cathy Muszynski<br>Tel: (312) 732-7634<br>Fax: (312) 732-1117 | 14.2857143% | $50,000,000.00 |
| First Union National Bank<br>150 4th Avenue<br>2nd Floor<br>Nashville, TN 37219<br>Attn: Larry Fuschino<br>Tel: (615) 251-0857<br>Fax: (615) 251-0894 | 12.8571429% | $45,000,000.00 |
| Union Planters National Bank<br>6200 Poplar Avenue<br>4th Floor<br>Memphis, TN 38119<br>Attn: Leonard McKinnon<br>Tel: (901) 580-5481<br>Fax: (901) 580-5451 | 7.1428571% | $25,000,000.00 |
| First Tennessee Bank National Association<br>165 Madison Avenue, 9th Floor<br>Memphis, TN 38103<br>Attn: Jim Moore<br>Tel: (901) 523-4108<br>Fax: (901) 523-4267 | 5.7142857% | $20,000,000.00 |
| Total: | 100% | $350,000,000.00 |

```
</TEXT>
</DOCUMENT>
```

```
<ARTICLE> 5
<LEGEND>
This schedule contains summary financial information extracted from the
consolidated financial statements for the quarter ended February 14, 1998, and
is qualified in its entirety by reference to such consolidated financial
statements.
</LEGEND>
<MULTIPLIER> 1,000


<PERIOD-TYPE>                      3-MOS
<FISCAL-YEAR-END>                            AUG-29-1998
<PERIOD-END>                                 FEB-14-1998
<CASH>                                              4803
<SECURITIES>                                           0
<RECEIVABLES>                                      19703
<ALLOWANCES>                                           0
<INVENTORY>                                       719806
<CURRENT-ASSETS>                                  787288
<PP>                                             1463404
<DEPRECIATION>                                    296475
<TOTAL-ASSETS>                                   1980800
<CURRENT-LIABILITIES>                             533318
<BONDS>                                                0
<PREFERRED-MANDATORY>                                  0
<PREFERRED>                                            0
<COMMON>                                            1521
<OTHER-SE>                                       1167058
<TOTAL-LIABILITY-AND-EQUITY>                     1980800
<SALES>                                          1282371
<TOTAL-REVENUES>                                 1282371
<CGS>                                             748249
<TOTAL-COSTS>                                     748249
<OTHER-EXPENSES>                                  397392
<LOSS-PROVISION>                                       0
<INTEREST-EXPENSE>                                  5530
<INCOME-PRETAX>                                   131200
<INCOME-TAX>                                       49300
<INCOME-CONTINUING>                                    0
<DISCONTINUED>                                         0
<EXTRAORDINARY>                                        0
<CHANGES>                                              0
<NET-INCOME>                                       81900
<EPS-PRIMARY>                                        .54
<EPS-DILUTED>                                        .53


</TEXT>
</DOCUMENT>
```

Created by 10K Wizard Technology   www.10KWizard.com