
John Newsom
02/26/98 08:12 AM

To: John Court/STORDEV/AUTOZONE, Deb Rush/Finance/AUTOZONE, Eric Epperson/HR/AUTOZONE, Vickie White/DCAdmin/AUTOZONE, Freda McGowan/STS/AUTOZONE, Jean Stuckey/StoreOps/AUTOZONE, Tina McDaniel/CEOoffice/AUTOZONE, John Moranville/STORDEV/AUTOZONE, Carol Mason/STORDEV/AUTOZONE, Shuntonya Harper/STORDEV/AUTOZONE, Susan Fisher/STORDEV/AUTOZONE, Muriel Barbee/STORDEV/AUTOZONE, Jeri Brewington/Finance/AUTOZONE, Carmen Simmons/HR/AUTOZONE, Tina Lovett/HR/AUTOZONE, Lesley Hartney/HR/AUTOZONE, Mary Priest/HR/AUTOZONE, Ray Eberle/Finance/AUTOZONE, Kati Clark/Finance/AUTOZONE, Nancy Romine/Finance/AUTOZONE, Stephanie Forbes/Finance/AUTOZONE, Rita Webber-Williams/Finance/AUTOZONE, Elane Rogers/Adver/AUTOZONE, Brenda Hudson/Adver/AUTOZONE, Sue Hansbrough/Adver/AUTOZONE, Lauren Hackney/Adver/AUTOZONE, Matt Smith/Adver/AUTOZONE, Nicole Casad/Adver/AUTOZONE, Nancy Capezzuto/Adver/AUTOZONE, Debbie Osswald/Adver/AUTOZONE, Richard Murley/Adver/AUTOZONE, Angela Crenshaw/Finance/AUTOZONE, Jo Ann Rupp/HR/AUTOZONE, Mike McConkey/STS/AUTOZONE, Stuart McCollough/HR/AUTOZONE, Lisa Coletta/STS/AUTOZONE, Farlon Williams/HR/AUTOZONE, Rhoda Bell/STORDEV/AUTOZONE, Pam Palumbo/Adver/AUTOZONE, Chris Wright/STORDEV/AUTOZONE, David Perkins/Adver/AUTOZONE, Cari Webb/Merch/AUTOZONE, Lavenia Upshaw-Echols/STS/AUTOZONE, Nancy Dockery/STS/AUTOZONE, Nikki Rogers/Adver/AUTOZONE, Heather Bruce/HR/AUTOZONE, Don Pasley/STS/AUTOZONE, Eula Cook/HR/AUTOZONE, DJ Aimar/Merch/AUTOZONE, Jeanine Lhota/STORDEV/AUTOZONE, Amanda Burgett/Adver/AUTOZONE, Todd Yuhas/STS/AUTOZONE, Tommy Edwards/STS/AUTOZONE, Eula Cook/HR/AUTOZONE, David Krauthamer/Merch/AUTOZONE, Jamie Giannini/STORDEV/AUTOZONE, Leigh Ann Young/Finance/AUTOZONE, Bill Cone, Clete Faddis, Eric Gould, Carol Turner, Greenberger, Longo, Johnny Luckey, Rhonda Pierce, Darren Reltherford, Ceil Roger, Jerry Colley, Mark Dessem, Bill MacNeil, Tim Corley, Lesley Hartney, Rod Williams, STS Directors, Mautner, Charlie Pleas/Finance/AUTOZONE, Cecil Rogers/HR/AUTOZONE

cc:
Subject: 02/26: Status of Auto Palace Openings (Day 8)

| AutoZone Store # (formally an Auto Palace) | Last End of Day as Auto Palace | First End of Day as AutoZone | First Full Day as AutoZone |
|---|---|---|---|
| 5156 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5151 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5102 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5085 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5021 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5028 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5003 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5086 | 02/25/98 | 02/25/98 | 02/26/98 |
| 5122 | 02/25/98 | 02/25/98 | 02/26/98 |

- As of Day 8, 110 Auto Palace stores are now AutoZone

- Store 5004, Brockton, MA, closed the day of AutoZone purchased Auto Palace. The employees were transferred to the other Brockton store.

- Store 5136, Everett, MA, is installed completely except for Satellite. Reason: Landlord refused installation of satellite. Will keep you advised.

JM 00759