STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13    Fiscal Year 2000

| | Period | | | Current | Year to Date | |
|---|---|---|---|---|---|---|
| Current | Year AGO | Target | Variance | | Year AGO | Target | Variance |

Stores

09/06/2000
3:15:05PM

**REDACTED**

EXHIBIT
CONFIDENTIAL

SEP-20-2004 MON 01:20 PM                    FAX NO.                              P. 02

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13     Fiscal Year 2000

| | Period | | | | Year to Date | | |
|---|---|---|---|---|---|---|---|
| Current | Year AGO | Target | Variance | Current | Year AGO | Target | Variance |

Stores

09/06/2000
3:15:05PM

REVIEWED

CONFIDENTIAL

STORE 5156

# NORWALK, CT

| | Period | | | | Year to Date | | |
|---|---|---|---|---|---|---|---|
| Current | Year AGO | Target | Variance | Current | Year AGO | Target | Variance |

Profit & Loss Summary
Period 13    Fiscal Year 2001

Stores
09/05/2001
9:07:33AM

**REDACTED**

CONFIDENTIAL

STORE 5156

# NORWALK, CT

## Profit & Loss Summary
### Period 13   Fiscal Year 2001

Stores
09/05/2001
9:07:33AM

| | Period | | | Year to Date | | |
|---|---|---|---|---|---|---|
| Current | Year AGO | Target | Variance | Current | Year AGO | Target | Variance |



REDACTED

2

CONFIDENTIAL

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13    Fiscal Year 2002

Stores

09/11/2002
3:38:49PM

| | Current | Year AGO | Period | | | Year to Date | | |
|---|---|---|---|---|---|---|---|---|
| | | | Target | Current | Variance | Year AGO | Target | Variance |

**REDACTED**

CONFIDENTIAL

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13　　Fiscal Year 2002

| Current | Year AGO | Target | Variance | Current | Year AGO | Target | Variance |

Period | Year to Date

Stores

09/11/2002
3:38:49PM

**REDACTED**

CONFIDENTIAL

2

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13   Fiscal Year 2003

| Period | | | Year to Date | | |
|---|---|---|---|---|---|
| Current | Year AGO | Target | Variance | Current | Year AGO | Target | Variance |

Stores

09/09/2003
2:30:03PM

REDACTED

CONFIDENTIAL

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13    Fiscal Year 2003

Stores

09/09/2003
2:30:03PM

Retail Contribution

| | Current | Year AGO | Period | | | Current | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | | Target | Variance | | | Year AGO | Target | Variance |

**REDACTED**

CONFIDENTIAL

STORE 5156

**NORWALK, CT**

Profit & Loss Summary
Period 13   Fiscal Year 2003

Stores

| Current | Year AGO | Period Target | Variance | Current | Year AGO | Year to Date Target | Variance |
|---------|----------|---------------|----------|---------|----------|---------------------|----------|

09/09/2003
2:30:03PM


REDACTED

3

CONFIDENTIAL

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13   Fiscal Year 2003

Stores        09/09/2003
              2:30:03PM

| | Period | | | Year to Date | | |
|---|---|---|---|---|---|---|
| Current | Year AGO | Target | Variance | Current | Year AGO | Target | Variance |



REDACTED

CONFIDENTIAL

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13  Fiscal Year 2004

|  | Current | Year AGO | Period Target | Variance | Current | Year AGO | Year to Date Target | Variance |
|--|--|--|--|--|--|--|--|--|

Stores:

09/08/2004
2:43:57PM

**REDACTED**

CONFIDENTIAL

SEP-20-2004 MON 01:22 PM    FAX NO.    P. 12

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13    Fiscal Year 2004

| Current | Year AGO | Period Target | Variance | Current | Year AGO | Stores Year to Date Target | Variance |


REDACTED

09/08/2004
2:43:57PM

CONFIDENTIAL

STORE 5156

# NORWALK, CT

## Profit & Loss Summary
### Period 13    Fiscal Year 2004

| Current | Year AGO | Period | Target | Variance | Current | Year AGO | Year to Date | Target | Variance |

Stores

09/08/2004
2:43:57PM

**REDACTED**

CONFIDENTIAL

STORE 5156

NORWALK, CT

Profit & Loss Summary
Period 13    Fiscal Year 2004

| | Period | | | Year to Date | | |
|---|---|---|---|---|---|---|
| Current | Year AGO | Target | Variance | Current | Year AGO | Target | Variance |

Stores

09/08/2004
2:43:57PM

**REDACTED**

CONFIDENTIAL