UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CONFIDENTIAL

---------------------------x

ADAP, INC.,                    :

      Plaintiff,          :

  -versus-                     : No. 303CV350 (AWT)

RITZ REALTY CORP. and          :
AVALONBAY COMMUNITIES, INC.,

     Defendants.           :

---------------------------x

**ORIGINAL**

Deposition of ALEX OLIPHANT,

taken pursuant to the Federal Rules of

Civil Procedure, at the law offices of Day,

Berry & Howard, L.L.P., CityPlace I - 185

Asylum Street, Hartford, Connecticut,

before James A. Martone, L.S.R. 00248, a

Notary Public in and for the State of

Connecticut, on September 30, 2004, at

10:10 a.m.

ADAP INC. v. RITZ REALTY                                          September 30, 2004

Page 2

```
 1   A P P E A R A N C E S:

 2             For the Plaintiff:

 3        ELSTEIN & ELSTEIN
          1087 Broad Street
 4        Bridgeport, Connecticut  06604-4231
          By:  BRUCE L. ELSTEIN, ESQ.
 5            (203) 367-4421

 6

          For the Defendant Avalonbay
 7        Communities, Inc.:

 8        DAY, BERRY & HOWARD, L.L.P.
          CityPlace I - 185 Asylum Street
 9        Hartford, Connecticut  06103
          By:  JOSEPH L. HAMMER, ESQ.
10            (860) 275-0100

11

          For the Defendant Ritz Realty Corp.:
12
          ROME, McGUIGAN & SABANOSH
13        One State Street
          Hartford, Connecticut  06103-3101
14        (Not present.)
          (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 14

1

2

3

4

5

6

7

8

9

10

11                        REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 15

1

2

3

4

5

6

7

8

9

10

11          REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 16

1

2

3

4

5

6

7

8

9

10

11

12          **REDACTED**

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**REDACTED**

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 75

1
2
3
4
5
6
7
8
9
10
11
12                              **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24
25

ADAP INC. v. RITZ REALTY                                                September 30, 2004

Page 76

1

2

3

4

5

6

7

8

9

10

11

12          **REDACTED**

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                          September 30, 2004

Page 85

1
2
3
4
5
6
7
8
9
10
11
12          **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24
25

ADAP INC. v. RITZ REALTY                                        September 30, 2004

Page 86

1

2

3

4

5

6

7

8

9

10

11

12

13                              **REDACTED**

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                      September 30, 2004

Page 88

1

2

3

4

5

6

7

8

9

10

11

12            **REDACTED**

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 89

1

2

3

4

5

6

7

8

9

10

11

12                          REDACTED

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 91

1

2

3

4

5

6

7

8

9

10

11

12

13                                    **REDACTED**

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 92

1
2
3
4
5
6
7
8
9
10
11          **REDACTED**
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ADAP INC. v. RITZ REALTY                                September 30, 2004

Page 93

1

2

3

4

5

6

7

8

9

10

11

12

**REDACTED**

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                    September 30, 2004

Page 112

1

2

3

4

5

6

7

8

9

10

11

12

13          REDACTED

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

**REDACTED**

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 114

1

2

3

4

5

6

7

8

9

10

11

12

13                        **REDACTED**

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                September 30, 2004

Page 185

1

2

3

4

5

6

7

8

9

10

11

12

REDACTED

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY

September 30, 2004

Page 186

1

2

3

4

5

6

7

8

9

10

11

12

13

REDACTED

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 188

1

2

3

4

5

6

7

8

9

10

11

12

13                              REDACTED

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY                                September 30, 2004

Page 189

1

2

3

4

5

6

7

8

9

10

11

12

13        **REDACTED**

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY

1

2

3

4

5

6

7

8

9

10

11

12     REDACTED

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED

ADAP INC. v. RITZ REALTY

September 30, 2004

1
2
3
4
5
6
7
8
9
10
11      REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ADAP INC. v. RITZ REALTY                                    September 30, 2004

Page 237

1

2

3

4

5

6

7

8

9

10

11

12

13            **REDACTED**

14

15

16

17

18

19

20

21

22

23

24

25

ADAP INC. v. RITZ REALTY

September 30, 2004

Page 238

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**REDACTED**

# C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of

Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition

was by me duly sworn and thereupon testified as appears in the foregoing

deposition; that said deposition was taken by me stenographically in the

presence of counsel and reduced to print under my direction, and the

foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the

parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___18th___ day of

___October___, 20 _04_

_____

NOTARY PUBLIC

JAMES MARTONE

EXPIRE:  APRIL 2008