UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., AVALON BAY COMMUNITIES, INC. | : | JULY 15, 2004 |

## PLAINTIFF'S DAMAGE ANALYSIS

The plaintiff details its damage categories as follows:

1. Rent Increase in alternate location in an amount not yet determined;

2. Loss of a corner location in an amount not yet determined;

3. Site cost (permits, engineering)        $300,000.00

4. Signage for alternate site              $150,000.00

5. Due diligence on alternate site         $50,000.00

6. Moving costs to alternate site          $50,000.00

7. New fixtures and labor                  $150,000.00

8. Business interruption                   $50,000.00

1

9.  Advertising                                $100,000.00

10. Attorney's Fees.

                                    THE PLAINTIFF

                                    By: _____
                                    Bruce L. Elstein
                                    Elstein and Elstein, P.C.
                                    1087 Broad Street
                                    Bridgeport, CT 06604
                                    Telephone # (203) 367-4421
                                    Facsimile # (203) 366-8615
                                    Belstein@elstein-law.com
                                    Federal Bar No. CT01250

## CERTIFICATION

This is to certify that a copy of the foregoing has on July 15, 2004 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT 06103-3499
    Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
    Attorney for the defendant, Ritz Realty Corp.

                                    _____
                                    Bruce L. Elstein

Z:\AUTOZONE\Adap v. Ritz(Avalon)\Damage analysis.doc