ELSTEIN AND ELSTEIN, P.C.
ATTORNEYS AT LAW
SUITE 400
1087 BROAD STREET
BRIDGEPORT, CONNECTICUT 06604-4260
(203) 367-4421

RECEIVED
OCT 1 2 2004
DAY, BERRY & HOWARD

HENRY ELSTEIN*
  Email: elstein@snet.net
BRUCE L. ELSTEIN
  Email: belstein@snet.net
DAVID C. GRIMES**
  Email: dcgrimes@snet.net

*Also Admitted In New York
** Also Admitted In Alabama

MAURICE J. MAGILNICK
1940-1983

TELECOPIER (203) 366-8615

http://www.lawyers.com/elsteinandelstein

October 8, 2004

Andrew Houlding, Esq.           Joseph L. Hammer, Esq.
Rome McGuigan Sabanosh, P.C.    Day Berry & Howard, LLP
One State Street                185 Asylum Street
Hartford, CT 06103-3101         Hartford, CT 06103-3499

Re: ADAP/AutoZone v. Ritz Realty – Plaintiff's damage analysis

Dear Andy and Joe:

   This is to confirm that the Plaintiff's Damage Analysis dated July 15, 2004 is withdrawn.

   The Damage Analysis is not filed in Court and therefore there is no need to file a withdrawal in Court, so this letter shall serve that purpose.

   If you have any questions, please call.

Sincerely yours,

Bruce L. Elstein

BLE/gy
Cc: James McClain

\\server\common\AUTOZONE\Adap v. Ritz(Avalon)\lt-Atty Houlding&Hammer3.DOC