```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF CONNECTICUT

 3               CONFIDENTIAL TRANSCRIPT

 4

 5

 6   ------------------------------x

 7   ADAP, INC.,                   :

 8          Plaintiff,             :

 9      -versus-                   : No. 303CV350 (AWT)

10   RITZ REALTY CORP. and         :
11   AVALONBAY COMMUNITIES, INC.,

12          Defendants.            :

13   ------------------------------x

14

15              Deposition of WILLIAM DAVID

16   GILMORE, taken pursuant to the Federal

17   Rules of Civil Procedure, at the law

18   offices of Day, Berry & Howard, L.L.P.,

19   CityPlace I - 185 Asylum Street, Hartford,

20   Connecticut, before Gerald Gale, L.S.R.

21   00027, Registered Merit Reporter and a

22   Notary Public in and for the State of

23   Connecticut, on October 29, 2003, at

24   10:20 a.m.

25
```

32

```
 1   A P P E A R A N C E S:

 2        For the Plaintiff:

 3        ELSTEIN & ELSTEIN
          1087 Broad Street
 4        Bridgeport, Connecticut  06604-4231
          By:  BRUCE L. ELSTEIN, ESQ.
 5             (203) 367-4421

 6
          For the Defendant Avalonbay
 7        Communities, Inc.:

 8        DAY, BERRY & HOWARD, L.L.P.
          CityPlace I - 185 Asylum Street
 9        Hartford, Connecticut  06103
          By:  JOSEPH L. HAMMER, ESQ.
10             (860) 275-0100

11
          For the Defendant Ritz Realty Corp.:
12
          ROME, McGUIGAN & SABANOSH
13        One State Street
          Hartford, Connecticut  06103-3101
14        By:  ANDREW L. HOULDING, ESQ.
               (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

SANDERS, GALE & RUSSELL
(203) 624-4157

99

1
2
3
4
5
6
7
8
9
10
11
12
13          **REDACTED**
14
15
16
17
18
19
20
21
22
23
24
25

SANDERS, GALE & RUSSELL
(203) 624-4157

## CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___13___ day of ___December___, 2003.

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:

NOVEMBER 30, 2003