9

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

<u>CONFIDENTIAL</u>

ORIGINAL

------------------------------x

ADAP, INC.,                              :

      Plaintiff,                      :

-versus-                                 : No. 303CV350 (AWT)

RITZ REALTY CORP. and                    :
AVALONBAY COMMUNITIES, INC.,

      Defendants.                     :

------------------------------x

      Deposition of TERRY McKEE, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of Day, Berry & Howard, L.L.P., CityPlace I - 185 Asylum Street, Hartford, Connecticut, before Gerald Gale, L.S.R. 00027, Registered Merit Reporter and a Notary Public in and for the State of Connecticut, on September 3, 2003, at 9:37 a.m.

SANDERS, GALE & RUSSELL
(203) 624-4157

```
                                                           10
 1   A P P E A R A N C E S:

 2           For the Plaintiff:

 3       ELSTEIN & ELSTEIN
         1087 Broad Street
 4       Bridgeport, Connecticut  06604-4231
         By:  BRUCE L. ELSTEIN, ESQ.
 5            (203) 367-4421

 6
         For the Defendant Avalonbay
 7       Communities, Inc.:

 8       DAY, BERRY & HOWARD, L.L.P.
         CityPlace I - 185 Asylum Street
 9       Hartford, Connecticut  06103
         By:  JOSEPH L. HAMMER, ESQ.
10            (860) 275-0100

11
         For the Defendant Ritz Realty Corp.:
12
         ROME, McGUIGAN & SABANOSH
13       One State Street
         Hartford, Connecticut  06103-3101
14       By:  ANDREW L. HOULDING, ESQ.
              (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

SANDERS, GALE & RUSSELL
(203) 624-4157

1   altered and the existing open field parking lot
2   will be closed or largely inaccessible to
3   customers, employees, and invitees of AutoZone."
4   Is that your understanding, Mr. McKee?
5        A.   Thirty-five, with the amount of times
6   that plan has changed, I am not sure how they
7   are going to alter the parking situation during
8   construction.  I am not sure.  I never gave it
9   too much consideration because we don't want
10  construction to begin.
11       Q.   In terms of paragraph 36, do you have
12  an understanding personally as to whether or
13  not, during the construction process, there will
14  be significant business interruption and
15  disruption of AutoZone?
16       A.   Just an assumption on my part that
17  there would be.  Just given the size and the
18  complexity of what is being built out there, one
19  would have to assume there will be some business
20  interruption and disruption.
21       Q.   In terms of specific logistical
22  provisions planned by Avalon in order to make
23  sure that the tenants can remain functioning
24  during construction, are you aware of those
25  details?

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 22nd day of September, 2003.

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:
NOVEMBER 30, 2003