# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | FEBRUARY 1, 2005 |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. Rule Civ. Pro. 56, the plaintiff moves for a summary judgment on its complaint.

In support hereof, the plaintiff submits the following evidence:

1. Exhibit "A" (Plans) (authenticated by and through the Kastl Deposition 10/22/03, page 4);

2. Exhibit "B" (2 Pictures) (authenticated by and through the Kastl Deposition 12/28/04, 4:22 – 4:24);

3. Exhibit "C" (Affidavit of James O. McClain and Lease);

4. Exhibit "D" (Production Response #2 of Ritz Realty Corp. – Contract and Amendment #1 and Amendment #2);

5. Exhibit "E" (Valente Deposition, October 7, 2003, 94:12 – 94:25 and receipt marked as exhibit 2E therein);

6. Exhibit "F" (Letter dated January 29, 2002) (authenticated by and through Local Rule 56(a) and admission by lack of objection thereto);

7. Exhibit "G" (Letter dated February 7, 2002) (authenticated by and through Local Rule 56(a) and admission by lack of objection thereto);

**ORAL ARGUMENT REQUESTED**

8. Exhibit "H" (Robbins Deposition and Memo marked as Exhibit 39);

9. Exhibit "I" (Affidavit of Robert Blank and report);

        **THE PLAINTIFF**
        **ADAP, INC. D/B/A AUTOZONE**

    By:_____
        Bruce L. Elstein, Esq.
        Elstein and Elstein, P.C.
        1087 Broad Street
        Bridgeport, Connecticut 06604
        Telephone: (203) 367-4421
        Facsimile: (203) 366-8615
        Fed. Bar No. ct 01250
        Email: belstein@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has on February 1, 2005 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
   Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
   Attorney for the defendant, Ritz Realty Corp.

_____
Bruce L. Elstein

Z:\AUTOZONE\Adap v. Ritz(Avalon)\MFSJ.doc