# EXHIBIT "A"

# (Plans – oversized)