# EXHIBIT "B"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

----------------------------

ADAP, INC.                          Civil Case

    -vs-                            No. 303CV350(MRK)

RITZ REALTY CORP. and
AVALON BAY COMMUNITIES, INC.

----------------------------

The deposition of PETER KASTL, taken

on behalf of the Plaintiff, pursuant to

notice and Federal Rules of Civil Procedure,

before Stephen F. Bernfeld, a Notary Public

of the State of Connecticut, on the 28th day

of December, 2004, at 10:10 a.m, at the law

offices of Elstein & Elstein, P.C, 1087

Broad Street, Bridgeport, Connecticut.

STEPHEN F. BERNFELD
Licensed Professional Reporter
5  Three Trees Lane
Trumbull, CT 06611-1729
(203) 268-5693
License #SHR.285

2

```
 1    A P P E A R A N C E S :

 2         For the Plaintiff:

 3              ATTY. BRUCE L. ELSTEIN
                     Elstein & Elstein, P.C.
 4                   1087 Broad Street - Suite 401
                     Bridgeport, CT 06604
 5

 6         For the Defendant, Avalon Bay Communities, Inc:

 7              ATTY. DAVID M. BIZAR
                     Day, Berry & Howard, LLP
 8                   CityPlace 1
                     Hartford, CT 06103-3499
 9
                          * * * * *
10
      S T I P U L A T I O N S :
11
                It is hereby stipulated and agreed by
12
           and between the attorneys for the respective
13
           parties hereto, that all defects as to Notice,
14
           Service, Proof of the authority of the Notary
15
           are hereby waived.
16
                It is further stipulated and agreed that
17
           all objections, except as to form of the
18
           question, are reserved until the time of trial.
19
                It is further stipulated and agreed that
20
           the deposition, after it has been transcribed,
21
           the deponent may read and sign the transcript
22
           before any competent authority.
23
                          * * * * *
24

25
```

3

1                    P E T E R    K A S T L    of 422 Summer

2              Street, Stamford, Connecticut, after being

3           first duly sworn by Stephen F. Bernfeld, a

4               Notary Public of the State of Connecticut,

5               thereupon testified as follows:

6

7    DIRECT EXAMINATION BY MR. ELSTEIN:

8         Q    We've met before?

9         A    Yes.

10         Q    On a previous deposition.  The same rules

11    apply.  You agree?

12         A    Yes.

13         Q    Showing you what we marked Exhibit 1 for

14    today's deposition.  Have you seen that document prior

15    to today?

16         A    Yes.

17         Q    And have you made an effort to search for

18    documents that are responsive to the request for

19    production of documents on the last page?

20         A    Yes.

21         Q    And have you produced the responsive documents

22    asked for in the notice to your lawyer -- I'm sorry --

23    to Day, Berry and Howard in this case?

24         A    Yes.  I understood that document category one,

25    the entire file concerning Riverview Plaza, was meant to

4

1    be those things which had been produced subsequent to

2    July of '03, the last time we were here.

3        Q    Yes.  And with that understanding, did you

4    produce all responsive documents to Day, Berry and

5    Howard?

6        A    I did.  But, to be completely clear about it,

7    there is a gap in our e-mail record.  It was caused by

8    my responding to an offer from Outlook to archive my old

9    e-mails.  I let it do that; and we have been trying for

10   the last several days to recover that archive, to see if

11   there was anything in it that related to this.  There is

12   a gap between July of '03 and June of '04 which we have

13   not been able to recover.  It's possible there are

14   things in there, but they would be recoverable from

15   other parties that you're already dealing with on this.

16       Q    Have you produced any e-mails with that gap,

17   apart from that gap, to Day, Berry and Howard in

18   production for today's deposition?

19       A    Yes.  Yes.

20       Q    And are those contained on the disk that was

21   provided to me today?

22       A    No.  What is on the disk is the photographs

23   that we have made of the Riverview Plaza site over the

24   period of our involvement in the project.

25       Q    And, do any of those e-mails concern the

48

COPY

CORRECTIONS TO DEPOSITION

DEPOSITION OF: _PETER KASTL_____

DATE OF DEPOSITION: _DEC 20, 2004_____

I, _PETER KASTL_____, in order to make this
deposition more nearly conform to the testimony given,
wish to make the following changes:

| PAGE | LINE | NOW READS | SHOULD READ |
|------|------|-----------|-------------|
| 11 | 5 | Q | A |
| 11 | 16 | WERE YOU... | Q WERE YOU... |
| 16 | A | AND PERKINS... | AND NOT AT PERKINS... |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |

Subscribed and sworn to before me:

dated this _17TH_ day of _JANUARY_____, 2005.

_____        _____
Notary Public                Deponent (signature)
My commission expires: June 30, 2008

Steve Bernfeld, LSR        SUSAN L. BUCCIERI
(203) 268-5693             NOTARY PUBLIC
                           MY COMMISSION EXPIRES JUNE 30, 2008

COPY

49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------

ADAP, INC.

  -vs-

RITZ REALTY CORP. and
AVALON BAY COMMUNITIES, INC.

---------------------------

Civil Case No.

303CV350(MRK)

         With the addition of the changes, if
any, indicated on the attached errata
sheet, the foregoing is a true and
accurate transcript of my testimony
given in the above-entitled action on
December 28, 2004.

                                     Peter Kastl

         Subscribed and sworn to before me,
the undersigned authority, on this, the
17TH day of JANUARY , 2005.

                      NOTARY PUBLIC
         Commissioner of the Superior Court

My commission expires: June 30, 2008

SUSAN L. BUCCIERI
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2008

Steve Bernfeld, LSR
(203) 268-5693



