# EXHIBIT "C"

# (Affidavit of James O. McClain and Lease)

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | JANUARY 31, 2005 |

### AFFIDAVIT OF JAMES O. MCCLAIN

The undersigned, being duly sworn, deposes and says that:

1. I am an attorney duly admitted to practice in the State of Tennessee.

2. At all relevant times, AutoZone, Inc. ("AutoZone") has employed me.

3. The plaintiff, ADAP, Inc., is a wholly owned subsidiary of AutoZone.

4. In 1998, AutoZone acquired ADAP and its existing leases and stores.

5. At the time AutoZone acquired ADAP, I gathered, reviewed and maintained a true and accurate copy of each of its leases

6. Attached hereto is a true, genuine and accurate copy of the lease ("Lease") by and between ADAP and Ritz Realty Corp.

7. I have maintained a copy of the Lease in my files since 1998.

8. ADAP operates AutoZone on the Leased Premises.

9. In late December 2001, I was informed about the Proposed Development of AvalonBay Communities, Inc.

1

10. In early January 2002 and consistently ever since, I voiced to Ritz Realty Corp. and AvalonBay Communities, Inc. AutoZone's strong objection to the Proposed Development.

THE AFFIANT

_James O. McClain_
James O. McClain

Subscribed and sworn to before me this January 31, 2005

_Carol M. Walker_
Notary Public
My commission expires on _____

[Notary seal: CAROL M. WALKER, NOTARY PUBLIC AT LARGE, SHELBY COUNTY, TN, MY COMMISSION EXPIRES March 27, 2007]

Z:\AUTOZONE\Adap v. Ritz(Avalon)\Affidavit of JOM.doc

2