# EXHIBIT "D"

# Ritz Discovery Responses, Contract and Amendment #1 and Amendment #2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ADAP, INC. D/B/A AUTOZONE | : | Civil Action No. |
| Plaintiff, | : | 3:03cv350(MRK) |
| | : | |
| V. | : | |
| | : | |
| RITZ REALTY CORP. AND | : | |
| AVALON BAY COMMUNITIES, INC. | : | |
| Defendants. | : | OCTOBER 15, 2003 |

<u>**DEFENDANT RITZ REALTY CORP'S RESPONSES AND OBJECTIONS
TO PLAINTIFF ADAP'S FIRST SET OF INTERROGATORIES
AND REQUESTS FOR PROCUTION**</u>

Pursuant to Federal Rules of Civil Procedure 33 and 34 and Local Rules
of Civil Procedure 26 and 39, Defendant Ritz Realty Corp., hereby answers the
following Interrogatories and Requests for Production from the Plaintiff, ADAP,
dated September 5, 2003.

<u>**INTERROGATORIES**</u>

1.     Identify each person contributing to the responses to these
Interrogatories and indicate the number of each Interrogatory response to
which each person contributed.

<u>**ANSWER:**</u>  **Eric Berliner, Berliner & Pilson, 3 New York Plaza, New York,
NY; Susan Valente, Ritz Realty Corp., 24 Belden Avenue Norwalk, CT.**

## REQUESTS FOR PRODUCTION

1.    The Lease, including all exhibits and amendments thereto.

**OBJECTION:  Plaintiff is in possession of said Lease, including all exhibits and amendments thereto.**

**RESPONSE:  Without waiving its objections, Ritz refers Plaintiff to the folder marked "Ritz-ADAP Lease."**

2.    All contracts between AvalonBay and Ritz, including all exhibits, amendments and side agreements thereto, from 1995 to present.

**OBJECTION:   This request seeks disclosure of documents that are confidential between AvalonBay and Ritz Realty, and the request is not reasonably calculated to lead to discovery of admissible evidence, inasmuch as the terms of the defendants' contractual relations have no bearing on the question whether the AvalonBay development, if consummated, will interfere with ADAP's leasehold interests.  Defendant further objects that the request is overbroad, inasmuch as it seeks information as far back as 1995, two years before ADAP entered into the Lease.**

**RESPONSE:  Without waiving its objections, Ritz provides a redacted copy of its contract with AvalonBay, as amended.**

3.    All documents concerning the sale, purchase or lease of any portion of the Riverview Property from 1995 to present.

**OBJECTION:    This request is overbroad, inasmuch as the Plaintiff seeks information as far back as 1995, two years before ADAP entered into the Lease, and inasmuch as the request would encompass documents concerning leases of the Office Tower and other portions of the Riverview Property that have nothing to do with the matters in dispute.**

**RESPONSE:**     Without waiving its objections, Ritz refers Plaintiff to those documents contained in the "Ritz-Avalon Correspondence" folder.

41.   All documents concerning the contention that ADAP has unclean hands as alleged in the Fifth Affirmative Defense to the complaint.

**RESPONSE:**     See folder marked "Ritz-AutoZone Correspondence"; see Photographs contained in photo album available for inspection at offices of Rome McGuigan Sabanosh and previously produced "Plaintiff's Exhibit 8" at the deposition of Susan Valente.

DEFENDANT,
RITZ REALTY CORP.

By:

Andrew L. Houlding, Esq.
Federal Bar # CT12137
Rome McGuigan Sabanosh, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101
Tel: (860) 493-3468
Fax: (860) 724-3921
E-mail: ahoulding@rms-law.com
Their Attorneys

- 18 -

## VERIFICATION

I, Eric L. Berliner, hereby verify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

Eric L. Berliner

Subscribed and sworn to before me this ___14th___ day of October 2003.

Commissioner of the Superior Court

Notary Public
My Commission Expires:

PAUL V. LUCAS, JR.
Notary Public, State of New York
No. 02LU6070476
Certificate Filed in New York County
Qualified in New York County
Commission Expires March 4, 20__

- 18 -

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATION

This is to certify that the foregoing objections and responses were sent on this 15th day of October 2003, via Federal Express Priority Overnight to:

Bruce L. Elstein, Esq.
Elstein and Elstein, P.C.
1087 Broad Street, Suite 400
Bridgeport, CT  06604

With a hand-delivered copy to:

Joseph L. Hammer, Esq.
Day, Berry & Howard, LLP
185 Asylum Avenue
Hartford, CT  06103-3499

Andrew Houlding, Esq.

9202-4/359886

- 20 -