# EXHIBIT "E"

# VALENTE DEPOSITION PAGE 94 AND RECEIPT

```
              UNITED STATES DISTRICT COURT

                 DISTRICT OF CONNECTICUT

----------------------------

ADAP, INC.

     -vs-                        No. 303 CV 350 (AWT)

RITZ REALTY CORP. and
AVALON BAY COMMUNITIES, INC.

----------------------------




     The deposition of SUSAN DEANA VALENTI,

taken on behalf of the Plaintiff, pursuant

to notice and rules of court, before

Stephen F. Bernfeld, a Notary Public of the

  State of Connecticut, on the a 7th day of

October, 2003, at 10:10 a.m, t the law

offices of Elstein & Elstein, P.C, 1087

Broad Street, Bridgeport, Connecticut.




              STEPHEN F. BERNFELD
          Licensed Professional Reporter
             5  Three Trees Lane
           Trumbull, CT 06611-1729
                (203) 268-5693
             License #SHR.285
```

2

```
 1     A P P E A R A N C E S :

 2         For the Plaintiff:

 3             ATTY. BRUCE L. ELSTEIN
                   Elstein & Elstein, P.C.
 4                 1087 Broad Street
                   Bridgeport, CT 06604
 5
           For the Defendant Ritz Realty Corp.:
 6
               ATTY. ANDREW L. HOULDING
 7                 ROME, McGUIGAN & SABANOSH, P.C.
                   One State Street
 8                 Hartford, CT 06103

 9         For the Defendant Avalon Bay Communities, Inc.

10             ATTY. JOSEPH HAMMER
                   Day, Berry & Howard, LLP
11                 CityPlace 1
                   Hartford, CT 06103-3499
12

13     S T I P U L A T I O N S :

14             It is hereby stipulated and agreed by

15         and between the attorneys for the respective

16         parties hereto, that all defects as to Notice,

17         Service, Proof of the authority of the Notary

18         are hereby waived.

19             It is further stipulated and agreed that

20         all objections, except as to form, are reserved

21         until the time of trial.

22             It is further stipulated and agreed that

23           the deposition, after it has been transcribed,

24         the deponent may read and sign the transcript

25         before any competent authority.
```

                                                                    3

```
 1              S U S A N    D E A N A    V A L E N T I
 2          of 26 Alton Road, Stamford, Connecticut,
 3          after being first duly sworn by Stephen F.
 4          Bernfeld, a Notary Public of the State of
 5          Connecticut, thereupon testified as follows:
 6
 7   DIRECT EXAMINATION BY MR. ELSTEIN:
 8        Q    Good morning, Miss Valenti.  My name is Bruce
 9   Elstein.  I represent ADAP, doing business as Addison,
10   at the Norwalk Plaza.
11             Have you ever had a deposition such as this
12   before?
13        A    No, I have not.
14        Q    Okay.  I'll go through a couple of ground
15   rules.
16        A    Thank you.
17        Q    If you don't understand one of my questions,
18   will you stop me and let me know?
19        A    Yes.
20        Q    Can we agree, then, that if you answer a
21   question, you've understood it?
22        A    Yes.
23        Q    If both of us talk at the same time, the court
24   reporter can't take it down.
25        A    Okay.
```

94

1   myself, what parking was going to be changed where.  It
2   was kind of hard to understand.
3       Q    There's a note on the back, "Phase 2, how long
4   to build?"  Didn't you know what that is?
5       A    Yes, like when he was talking in the meeting,
6   when Phase 2 would occur, and I was thinking about how
7   long it would take to build that.  I don't know if he
8   said twelve months to eighteen months.  Something like
9   that.
10               MR. ELSTEIN:  I'll mark this 2E and 2F.
11          (MARKED PLAINTIFF'S EXHIBIT 2E & 2F FOR IDENT.)
12      Q    Showing you what we marked as 2E.  Can you
13  identify what that is?
14      A    Yes.  The delivery ticket of making all copies
15  of the leases.
16      Q    What was the purpose of making a copy of all
17  the leases?
18      A    Avalon was giving -- I gave copies of the
19  leases to Avalon.
20      Q    So, at least as of the date of that receipt,
21  you knew that you'd be providing copies of the leases to
22  Avalon?
23      A    Yes.
24      Q    And the date of the receipt is?
25      A    October 31, 2001.

104

# CERTIFICATE

STATE OF CONNECTICUT :

                ss. Trumbull, Connecticut.

COUNTY OF FAIRFIELD:

      I, Stephen F. Bernfeld, a Notary Public duly commissioner and qualified in and for the State of Connecticut, hereby certify, that in the action pending in the United States District Court, District of Connecticut, Case No. 303 CV 350(AWT), there came before me on the 7th day of October, 2003, at 10:10 a.m, at the law offices of Elstein & Elstein, P.C, 1087 Broad Street Suite 401, Bridgeport, Connecticut, the following named person, to wit: SUSAN VALENTI, who was by me duly sworn to testify to the truth and nothing but the truth of her knowledge touching and concerning the matters in controversy in the cause, that the witness was thereupon carefully examined upon her oath and her testimony taken by me stenographically and reduced to laser printing under my supervision; that the transcript is a true and accurate transcript of the testimony given, to the best of my ability.

      I further certify that I am neither counsel for nor related to any of the parties to the matter set forth herein or employed by any of the attorneys.

      Dated at Trumbull, Connecticut, this 20th day of October, 2003.

                                          _____
                                                Notary Public

My commission expires:
September 30, 2005.

                          Steve Bernfeld, LSR
                           (203) 268-5693

                                                                105


                    CORRECTIONS TO DEPOSITION

DEPOSITION OF: _____

DATE OF DEPOSITION: _____

I, _____, in order to make this
deposition more nearly conform to the testimony given,
wish to make the following changes:

PAGE   LINE        NOW READS            SHOULD READ

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____

____   ____    _____   _____
Subscribed and sworn to before me:

dated this ____ day of _____, 2003.


_____    _____
 Notary Public                    Deponent (signature)
My commission expires:

```
                                                      106


       UNITED STATES DISTRICT COURT
       DISTRICT OF CONNECTICUT

       ------------------------------

       ADAP, INC.

         -vs-                         No. 303 CV 350(AWT)

       RITZ REALTY CORP. and
       AVALON BAY COMMUINITIES, INC.

       ------------------------------



                         With the addition of the changes, if

                    any, indicated on the attached errata

                    sheet, the foregoing is a true and

                    accurate transcript of my testimony

                    given in the above-entitled action on

                    October 7, 2003.



                                      _____
                                            Susan Valenti


                         Subscribed and sworn to before me,

                    the undersigned authority, on this, the

                    _____ day of _____ , 2003.


                                      _____
                                            NOTARY PUBLIC
                                      Commissioner of the Superior Court

       My commission expires:




                         Steve Bernfeld, LSR
                           (203) 268-5693
```

107

I N D E X

|   |   | PAGE |
|---|---|---|
| DIRECT EXAMINATION BY MR. ELSTEIN | | 3 |

PLAINTIFF'S EXHIBITS MARKED FOR IDENTIFICATION:

| | | |
|---|---|---|
| 1 | Notice of Deposition | 18 |
| 2 | Avalon Bay file | 24 |
| 2A | Information for meeting | 88 |
| 2B | Fax cover, Susan Valenti to Emily Mecca | 89 |
| 2C | Second page of fax | 89 |
| 2D | Document | 89 |
| 2E | Delivery ticket | 94 |
| 2F | Information on leases | 94 |
| 3 | AutoZone file | 24 |
| 3A | Notes of meeting | 43 |
| 3B | Letter, Valenti to Houlding, 6-3-03 | 57 |
| 3C | Letter, Valenti to Houlding, 7-30-03 | 57 |
| 3D | Transfer documents | 61 |
| 3E | Pages of fax from Marion Brehl to Susan Valenti, 10-2-02 | 62 |
| 4 | Photographs | 24 |
| 5 | Letter, AutoZone to Ritz Realty | 38 |
| 6 | Letter | 86 |
| 7 | Letter | 86 |

* * * * *

Steve Bernfeld, LSR
(203) 268-5693

**Technical Reproductions, Inc.**
326-A Main Ave., Norwalk, Conn. 06851
Tel. (203) 849-9100  Fax (203) 849-9471

Avalon
Due Diligence

**Delivery Ticket**

TO: Riverview

Sue

| Quantity | Description |
|---|---|
|  | RETURN all ORIG for Avalon |

P.O. _____

Signed: Susan Valente

Date: 10/31/01