# EXHIBIT "H"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

----------------------------

ADAP, INC.

    -vs-                        No. 303 CV 350(AWT)

RITZ REALTY CORP. and
AVALON BAY COMMUNITIES, INC.

----------------------------


        The deposition of MARK ROBBINS,

taken on behalf of the Plaintiff,

pursuant to notice and rules of court,

before Stephen F. Bernfeld, a Notary

Public of the State of Connecticut,

on the 22nd day of October, 2003, at

4:00 p.m, at the law offices of

Elstein & Elstein, P.C, 1087 Broad

Street, Bridgeport, Connecticut.



STEPHEN F. BERNFELD
Licensed Professional Reporter
5  Three Trees Lane
Trumbull, CT 06611-1729
(203) 268-5693
License #SHR.285

2

```
 1   A P P E A R A N C E S :

 2       For the Plaintiff:

 3           ATTY. BRUCE L. ELSTEIN
                 Elstein & Elstein, P.C.
 4               1087 Broad Street - Suite 401
                 Bridgeport, CT 06604
 5

 6       For the Defendant Avalon Bay Communities, Inc.

 7           ATTY. JOSEPH HAMMER
                 Day, Berry & Howard, LLP
 8               CityPlace 1
                 Hartford, CT 06103-3499
 9

10   S T I P U L A T I O N S :

11           It is hereby stipulated and agreed by

12       and between the attorneys for the respective

13       parties hereto, that all defects as to Notice,

14       Service, Proof of the authority of the Notary

15       are hereby waived.

16           It is further stipulated and agreed that

17       all objections, except as to form, are reserved

18       until the time of trial.

19           It is further stipulated and agreed that

20         the deposition, after it has been transcribed,

21       the deponent may read and sign the transcript

22       before any competent authority.

23               *  *  *  *  *

24

25
```

Steve Bernfeld, LSR
(203) 268-5693

3

 1                 M A R K     R O B B I N S     of

 2            94E East Avenue, New Canaan, Connecticut
06840

 3            after being first duly sworn by Stephen F.

 4            Bernfeld, a Notary Public of the State of

 5            Connecticut, thereupon testified as follows:

 6

 7    DIRECT EXAMINATION BY MR. ELSTEIN:

 8        Q    Good afternoon, Mr. Robbins.  As you know,

 9    I represent ADAP, Inc. in the litigation between ADAP,

10    Ritz and Avalon.

11         Have you ever gone through the process of a

12    deposition before?

13        A    No.

14        Q    Let me just tell you a couple of things that

15    will happen.

16            A couple of the grounds rules.  The court

17    reporter can only take down one of us speaking at a

18    time.  So, I'll try to let you finish and I'll ask you

19    to let me finish any question or answer.  Okay?

20        A    Okay.

21        Q    You have to speak audibly, so he can take down

22    information; he can't take down a gesture or a nod or

23    utterances like "uh huh" or "uh uh."  Okay?

24        A    Okay.

25        Q    And, can we agree that if you don't understand

1    contemplating other alternative locations, and we wanted

2    the mayor to be aware that they may be looking at

3    alternative locations; and if he could offer the

4    assistance of his redevelopment or planning agents, to

5    make them aware or receptive to either assist with

6    identifying other locations or to understand that this

7    is the way he could help, his staff might be able to

8    help us.

9          We didn't fully answer -- you had a question

10   though, we got off.

11               MR. HAMMER:  He's asking the next

12               question.  There's no question pending.

13               THE WITNESS:  Okay.

14   Q    What is your understanding of the length of

15   time it will take to build the Avalon development in

16   Norwalk?

17   A    Could you restate the question?

18   Q    Sure.  How long will it take from when the

19   project breaks ground to when it's complete?

20   A    How long would it take?

21   Q    Yes.

22   A    Yes.  If it were -- if construction were to

23   start, well, it would depend on the time of year that it

24   started, the construction starts, and the status of the

25   shopping center with respect to how many tenants are

1    there, so forth.  But, and the market, and Avalon

2    election on how quickly to build and how many units they

3    want to deliver, how they would phase the building, fire

4    walls and so forth; what piece of the project they want

5    to start first, whether it's the leasing center, and get

6    that built first, and then have to build the back piece

7    second, which is a little harder, but something like,

8    something like 18 months.

9        Q    Was 21 months ever a timetable for completion?

10       A    When we say "start construction," I need more

11   clarification, is that before or after the project's

12   been abated, with asbestos abatement procedures have

13   taken place, with pre-demolition of the A&P?

14       Q    I'm talking about the very first work, as soon

15   as Avalon steps on the work to do demolition or

16   construction, how long will it take from the first start

17   of work to completion?

18       A    The first start of work including, which would

19   include asbestos abatement or pre-demolition, turning

20   off power, and things like that.  That could be anywhere

21   from 18 months or longer.

22       Q    And when you say "turn off power," and I

23   assume you mean other utilities, is that for the

24   Pathmark space?

25       A    Yes, those utilities have to be bifurcated.

1        Q    Did you have a projected schedule for the

2    tenants, the existing retail tenants on where

3    construction would be and where parking would be during

4    different phases of construction?

5        A    Yes.

6        Q    Showing you what's been marked Exhibit 39.  Is

7    that the proposed parking and construction phasing

8    provided to tenants?

9        A    Yes.

10        Q    And this was prepared shortly before the

11    project received site plan approval from the City of

12    Norwalk?

13        A    Yes.

14        Q    Was this the most recent of the plans for the

15    proposed parking and construction phasing that you were

16    aware of for the project?

17        A    Say that again, please?

18        Q    Is this the most recent plan that you are

19    aware of, on how construction would be phased and where

20    parking would be during construction?

21        A    This was the first that I'm aware of.  It

22    would not be the most recent.  It would be the older.

23        Q    So, you left Avalon about a month after this?

24        A    Oh.

25        Q    This is not 2002, it's 2003.

1        A    Oh.  I'm sorry.

2        Q    This is a month before the project got its

3    zoning approval, correct?

4        A    You're right, yes.

5        Q    Okay.  So, this was the most recent of the

6    construction phasing and parking?

7        A    Yes.  You're right, yes.

8             Yes, during construction period, in the

9    winter.  At this point, we were anticipating a winter

10    start, which it would be longer.

11        Q    But months 1-7, you list western lot and

12    office building garage.  Was that referring to where

13    parking would be during those months?

14             Or where construction would be?

15        A    Parking.

16        Q    When you said the western lot, what lot were

17    you referring to?

18             And let's refer to, I'm going to show you

19    Exhibit 38; and on the second page of that document

20    there is a plan.  And tell me if that depicts the

21    western lot referred to in your memo of January 30th.

22    Exhibit 31.

23        A    Okay.  It's something like this area.

24        Q    Okay.  The western lot?

25        A    The western lot.

1        Q    Is referring to the entire lot which presently

2    exists, the surface parking lot which presently exists?

3        A    I think what was referred to was this -- that

4    there would be staging in here.  So, yes, that currently

5    exists, plus.

6        Q    For the surface lot?

7        A    Plus everything in the basement of the office

8    building.

9        Q    But I just want to focus on western lot.

10    Western lot refers to the existing surface parking lot

11    or a portion of that surface parking lot?

12        A    A portion.

13        Q    Which portion would remain open for parking?

14        A    The western portion, the portion closest to

15    AutoZone.

16        Q    The portion abutting Belden Avenue?

17        A    Yes.

18        Q    Because I think that's the eastern portion.

19        A    It's western.  You know, it's southwestern --

20        Q    Regardless of what is --

21        A    Okay, you've got it.  So, where the end is in

22    Norwalk Mall, that's the western portion, closer to

23    Belden Avenue.

24        Q    Okay.

25        A    West.  And so this is the western portion.

1          Q    Okay.  Yes.  Yes.

2               And how many spaces did you anticipate

3     remaining available for parking in the western portion

4     of the surface parking lot?

5          Q    During months one through seven?

6          A    I believe, all the spaces that are currently

7     there.

8          Q    Okay.  So, no portion of the existing surface

9     lot would be used for construction staging or vehicles?

10         A    Yes.

11         Q    Correct, it won't be used for that?

12         A    Of the western portion, which is, as opposed

13    to the eastern portion, which is to say that this area

14    here between, between the curb cut on Cross and Norwalk

15    River would be staging.  The area directly in front

16    of the old Pathmark.

17         Q    Okay.  Do you know how many parking spaces

18    would remain available to retail customers in that

19    surface parking lot, once the construction staging is

20    installed; during the months one through seven?

21         A    Something like 200, perhaps?

22         Q    Did you ever count?

23         A    Yes.

24         Q    And did you ever put that down in writing

25    somewhere, so that people would know how many spaces

1    remained available during months one through seven,

2    in the surface parking lot?

3        A    I don't know that we did.

4        Q    Is it the purpose of this memo, to identify

5    where parking would remain available for retail, during

6    construction?

7        A    Yes.

8        Q    Tell me what you identified as the available

9    parking for retail customers during months eight through

10   eleven of construction?

11       A    A lower level of garage number two of the

12   office building garage.

13       Q    And where was lower level of garage number two

14   located; is that underground?

15       A    Yes.

16            It's all underground.

17       Q    It's all underground parking during months 8

18   through 11?

19       A    Yes.

20            The expanded basement would then be made

21   available.

22       Q    In months 12 through 17, was the parking all

23   underground?

24       A    Yes.

25       Q    And the same is true for months 18 through 21?

147

1          A    No.  18 through 21 was the entire expanded

2     basement plus the upper level of garage two, which is

3     this, at grade.

4          Q    Okay.  So, during the last three months, there

5     would be surface parking where Pathmark used to be?

6          A    Right.

7          Q    The entire lot?

8          A    Yes.

9          Q    Am I to understand from this document, that

10    you believed that between months 8 and 17, there would

11    be no at-grade parking for retail customers?

12         A    Yes.

13         Q    Did you have any ideas where retail customers

14    would park during that nine-month period?

15         A    Yes.

16         Q    Where?

17         A    In the garage facility, in the basement garage

18    facility.

19         Q    Right.  And that's it.  In the underground

20    garage only?

21         A    Street parking, on Belden Avenue, which the

22    site plan contemplated creating spaces.

23         Q    Where was the means of ingress and egress for

24    parkers in the basement, to access the retail store?

25         A    The site plan contemplated creating Burnell,

1    widening Burnell Boulevard to create a two-way street.

2    There's a signal there now.  Making it easier to get in

3    and out of the garage.  So, in the event --

4        Q    I was imprecise.  After you went into the

5    garage and parked your car, if you were a retail

6    customer, what path would you take to get to the store?

7        A    Stairs, there are stairs and an elevator.

8    That's how the Pathmark was serviced, grocers drive in,

9    go up.

10       Q    And where are the stairs located?

11       A    Let's see.  I'm not sure if the core is

12   depicted.  The elevator is here, with stairs, I'm not

13   sure exactly, they're in here somewhere.  In the center

14   -- I believe they're beneath the mall corridor.

15       Q    Have you reviewed the plans that have been

16   produced to me in this litigation?

17       A    Not specifically, no.

18       Q    Why don't you take a look at three sets of

19   plans that were produced -- four sets of plans that were

20   produced yesterday.  And my question is, can you

21   identify which if any of these were the plans submitted

22   and approved by the City of Norwalk for the development?

23           MR. HAMMER:  I'll just also note that I

24           think we previously produced a set of plans

25           for the Peter Kastl deposition as well.

```
 1            MR. ELSTEIN:  Yes.

 2       Q    Then I'll amend my question to include those

 3  plans too that I think we have here.

 4       (PAUSE)

 5       Q    Off the record we looked at plans, and you've

 6  identified Exhibit 2 from the Peter Kastl deposition as

 7  being the plans that most accurately depict the project

 8  as approved by the City of Norwalk?

 9       A    Yes.

10       Q    Showing you the first page of this Exhibit 2

11  from Peter Kastl, it shows landscaping.  Is it your

12  understanding that this landscaping depicted was the

13  landscaping actually to be installed in the project?

14       A    Yes.

15            Although -- Let me rephrase that.  The image

16  on the cover is more architecturally accurate than it is

17  with the landscape plan.  There's a detailed landscaping

18  plan.

19       Q    Showing you sheet 01.  I'm orienting myself.

20            If you look at sheet 04 of the exhibit, does

21  that depict the landscaping along Belden Avenue, the

22  front of the new proposed Avalon building?

23       A    Yes.

24            There is the AutoZone, with no trees.

25       Q    The building in the surface parking lot.  The
```

1     the need to back up to get out?

2                    MR. HAMMER:  I object to the form.

3          A    Yes, we didn't get into that level of detail.

4          Q    So, the answer is no, you had made no -- you

5     have plan for that, as of yet?

6                    MR. HAMMER:  I object to the form.  It

7                doesn't identify a particular site.

8          A    Yes, we didn't -- I believe that a truck could

9     turn around.

10                    MR. ELSTEIN:  Okay.  That's all.

11                Thank you.

12                    MR. HAMMER:  Thank you.

13                    (Record closed at 1:59 p.m.)

14                        * * * * *

15

16

17

18

19

20

21

22

23

24

25

186

```
                    C E R T I F I C A T E



STATE OF CONNECTICUT :

                        ss. Trumbull, Connecticut.

COUNTY OF FAIRFIELD:


        I, Stephen F. Bernfeld, a Notary Public duly
commissioner and qualified in and for the State of
Connecticut, hereby certify, that in the action pending
in the United States District Court, District of
Connecticut, Case No. 303CV350(MRK), there came before
me on the 27th day of September, 2004 at 4:00 p.m. and
the 28th day of September, 2004 at 10:00 a.m, at the law
offices of Elstein & Elstein, P.C, 1087 Broad Street
Suite 401, Bridgeport, Connecticut, the following named
person, to wit:  MARK ROBBINS, who was by me duly sworn
to testify to the truth and nothing but the truth of his
knowledge touching and concerning the matters in
controversy in the cause, that the witness was thereupon
carefully examined upon his oath and his testimony taken
by me stenographically and reduced to laser printing
under my supervision; that the transcript is a true and
accurate transcript of the testimony given, to the best
of my ability.


        I further certify that I am neither counsel for
nor related to any of the parties to the matter set
forth herein or employed by any of the attorneys.


        Dated at Trumbull, Connecticut, this 12th day
of October, 2004.
```

_____
                                     Notary Public


```
My commission expires:
September 30, 2005.
```

Steve Bernfeld, LSR
(203) 268-5693

187

CORRECTIONS TO DEPOSITION

DEPOSITION OF: _____

DATE OF DEPOSITION: _____

I, _____, in order to make this
deposition more nearly conform to the testimony given,
wish to make the following changes:

PAGE   LINE        NOW READS              SHOULD READ

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

____   ____   _____   _____

Subscribed and sworn to before me:


dated this ____ day of _____, 2004.


_____    _____
 Notary Public                Deponent (signature)
My commission expires:


Steve Bernfeld, LSR

(203) 268-5693

188

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------

ADAP, INC.

  -vs-                                    No. 303CV350(MRK)

RITZ REALTY CORP. and
AVALON BAY COMMUNITIES, INC.

------------------------------


                              With the addition of the changes, if

any, indicated on the attached errata

sheet, the foregoing is a true and

accurate transcript of my testimony

given in the above-entitled action on

September 27 and September 28, 2004.


                              _____

                                 Mark Robbins


                              Subscribed and sworn to before me,

the undersigned authority, on this, the

_____ day of _____ , 2004.


                             _____

                                 NOTARY PUBLIC
                     Commissioner of the Superior Court

My commission expires:


                              Steve Bernfeld, LSR

(203) 268-5693

189

I N D E X

PAGE

DIRECT EXAMINATION BY MR. ELSTEIN                    3

PLAINTIFF'S EXHIBITS MARKED FOR IDENTIFICATION:

41   Notice of Deposition                           41

42   Notes                                          72

43   Copies of photos of shopping center            89

44   File containing photos & map                   89

44A  Digital photos from Exhibit 44                 92

45   Image with an overlay of proposed building    108

46   Plans showing parking layout, 5-7-03          171

47   Notes                                         173

* * * * *

Steve Bernfeld, LSR
(203) 268-5693



2-14-03

220 Elm Street #200 ▲ New Canaan, CT 06840 ▲ Tel (203) 801-3300

To:     Riverview Plaza (Norwalk Mall) Retail Tenants

From:   AvalonBay Communities, Inc.

Re:     **Proposed Parking and Construction Phasing**

Date:   January 30, 2003

Post-It® Fax Note  7671  Date 2-26-03  # of pages ▲ 3
To  GMC Berliner  From  En Sean Villorder
Co./Dept.  Co.  R. 17 Realty Corp.
Phone #  Phone #
Fax #  Fax #

Dear Tenant:

Attached please find the revised parking and construction phasing outline as presented to
Norwalk Planning and Zoning for public hearing on February 26, 2003.  Parking will be
developed in place of the currently vacant grocery store.

You will notice that parking remains available throughout construction and that Burnell
Boulevard will be widened to accommodate two-way traffic.  This will enhance
circulation and access to the lower level garage.

During the construction period (expected to commence in the Winter of 2003) the
following areas will remain available for retail parking:

    Months 1-7    Western Lot and Office Building Garage
    Months 8-11   Lower Level of Garage #2 including Office Building Garage
    Months 12-17  Entire Lower Level Garage
    Months 18-21  Entire Lower Level Garage plus Upper Level of Garage #2

Please feel free to contact me should you have any questions.

Sincerely,

Mark Robbins
Development Director

Attachment:   Parking Plan

**PLAINTIFF'S
EXHIBIT**

39  DENT
9-27-0458

RR 00156

ARC0072