# EXHIBIT "I"

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | JANUARY 21, 2005 |

## AFFIDAVIT OF ROBERT BLANK

The undersigned, being duly sworn, deposes and says that:

1. I am a commercial sales agent in the State of Connecticut.

2. I have been affiliated with the firm of Levey, Miller & Maretz for the past ten (10) years.

3. I have been involved with site selection for convenience retailers such as AutoZone for many years.

4. I have acted as a commercial sales agent for sites selected by AutoZone in the States of Connecticut, New York and New Jersey.

5. I am familiar with the site selection criteria utilized by and important to convenience retailers such as AutoZone.

6. I am familiar with the present layout of the premises and shopping center occupied by AutoZone in Norwalk, Connecticut at the intersection of Belden Avenue and Cross Street.

1

7. I am familiar with the Proposed Development of that premises having reviewed the approved site plans.

8. The plaintiff retained me to provide expert opinions in this matter.

9. Attached hereto is a true, genuine and accurate copy of the report setting forth the opinions I have with respect to this matter.

THE AFFIANT

_____
Robert Blank

Subscribed and sworn to before me this January 27, 2005.

_____
Notary Public
My commission expires on 9/30/2008

\\Server\Common\AUTOZONE\Adap v. Ritz(Avalon)\MFSJ\Affidavit of Blank.doc

2

October 15, 2004

**REPORT OF ROBERT BLANK**

Prepared for AutoZone, Inc.

**Information Considered**

In formulating my opinions in this case, I considered the following information:

1. The existing AutoZone store in Norwalk Connecticut;
2. The site selection criteria of AutoZone stores generally;
3. Experience in retail development and leasing;
4. Market in Norwalk and retail markets in general;
5. Proposed plans for the AvalonBay development;
6. Proposed "improvements" to the existing retail storefronts.

**Opinions**

1. The existing site provides an ideal retail location on account of its location, accessibility from major thoroughfares, accessibility from the parking lot to the store, excellent visibility, and convenient customer friendly parking.

**Basis and Reasons:** The store has an endcap location with plentiful, unobstructed and convenient open field parking. The parking is immediately adjacent to the store. Access to the parking spaces is excellent. It has excellent visibility from Cross Street and Belden Avenue. It is located near Route 7 and there is easy access from all directions. It is located in an area close to population centers that utilize the retail center.

2. The proposed AvalonBay development will negatively and adversely affect the desirability for AutoZone customers to frequent its store on account of reduced accessibility, visibility and convenient parking.

**Basis and Reasons:** The benefit of the endcap location will be diminished on account of the placement of a building adjacent to the store. The desirability of parking will be diminished in at least the following ways: No open field, obstructed parking, lack of convenient access to parking areas, lack of convenient access to the store from the parking areas. Visibility will be significantly diminished in that a large building will be placed where the open parking field presently exists. The atmosphere of the shopping center will be altered in style and appearance affecting the desirability to a convenience auto parts retailer.

3. The existing retail in which the AutoZone store exists will be made less desirable to retailers such as AutoZone if the AvalonBay development is constructed.

**Basis and Reasons:** In addition to the above, the atmosphere of the shopping center will be altered in style and appearance affecting the desirability to a convenience auto parts retailer.

## Qualifications

Commercial sales & leasing agent in primarily retail real estate matters.

**Compensation**

I am compensated on an hourly basis for the time spent studying and testifying at the rate of $250.00.

**Previous Expert Testimony Within Last Four Years**

**List of Publications Within Last Ten Years**

New England Real Estate Journal March, 1997. Commercial Record, 1997. New England Real estate Journal Oct.,1999. Seminar at The University of Connecticut April, 2003 for The Connecticut Society of Assessors.

Robert Blank