# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | FEBRUARY 1, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the Plans (Exhibit "A"), Lease (Exhibit "C") and Contract (Exhibit "D") to the Motion for Summary Judgment.

These documents have not been filed electronically because:

[X]     the document (or thing) cannot be converted to an electronic format

[ ]     the electronic file size of the document exceeds 1.5 mb

[ ]     the document (or thing) is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g., criminal justice act vouchers submitted pursuant to 18 u.s.c. ' 3006a]

[ ]     plaintiff/defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

Respectfully submitted,

                             **THE PLAINTIFF**
                             **ADAP, INC. D/B/A AUTOZONE**

                         By:_____
                              Bruce L. Elstein, Esq.
                              Elstein and Elstein, P.C.
                              1087 Broad Street
                              Bridgeport, Connecticut 06604
                              Telephone: (203) 367-4421
                              Facsimile: (203) 366-8615
                              Fed. Bar No. ct 01250
                              Email: belstein@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has on February 1, 2005 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT 06103-3499
     Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
     Attorney for the defendant, Ritz Realty Corp.

                              _____
                              Bruce L. Elstein

Z:\AUTOZONE\Adap v. Ritz(Avalon)\MFSJ.doc