# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | FEBRUARY 16, 2005 |

### PLAINTIFF'S MOTION TO EXTEND THE TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT

The plaintiff moves for an extension of time for the parties to respond to the respective motions for summary judgment.

On February 1, 2005, the plaintiff filed a lengthy motion for summary judgment. Also on February 1, 2005, the defendant, AvalonBay Communities, Inc., also filed a lengthy motion. The defendant, Ritz Realty Corp. merely joined in the motion of AvalonBay.

These motions are at least two (2) inches thick with extensive factual support and legal argument.

Because the motions are extraordinarily lengthy, they require significant time to read and respond to.

Ritz objects to this motion for extension. Despite diligent efforts, the position of AvalonBay could not be ascertained.

**ORAL ARGUMENT NOT REQUESTED**

The plaintiff moves for an extension from February 25, 2005 until April 1, 2005.

**THE PLAINTIFF
ADAP, INC. D/B/A AUTOZONE**

By:_____
Bruce L. Elstein, Esq.
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 367-4421
Facsimile: (203) 366-8615
Fed. Bar No. ct 01250
Email: belstein@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has on February 16, 2005 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
   Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
   Attorney for the defendant, Ritz Realty Corp.

_____
Bruce L. Elstein

\\Server\Common\AUTOZONE\Adap v. Ritz(Avalon)\MFSJ\Motion to extend time.doc

2