**FILED**

2005 FEB 17 P 2: 03

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. D/B/A AUTOZONE<br>Plaintiff, | : | CASE NO. 3:03cv350 (MRK) |
| V. | : | |
| RITZ REALTY CORP. AND<br>AVALONBAY COMMUNITIES, INC.<br>Defendants. | : | FEBRUARY 16, 2005 |

### DEFENDANT RITZ REALTY CORP'S OBJECTION TO PLAINTIFF'S MOTION TO EXTEND THE TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT

Defendant Ritz Realty Corp. ("Ritz") hereby objects to Plaintiff AutoZone's Motion for Extension of Time to Respond to the Motions for Summary Judgment. Plaintiff is seeking to extend the time to respond by five (5) weeks, until April 1, 2005 from February 25, 2005, because the cross-motions for summary judgment are "at least two (2) inches thick with extensive factual support and legal argument."

Ritz is opposed to any delay in resolution of this case. Plaintiff AutoZone seeks to forestall the development of a portion of property that Ritz intends to sell to AvalonBay Communities, Inc., ("AvalonBay"). The project has been put on hold because of this litigation. Delay is exactly what Plaintiff seeks.

No good cause is offered for the extension of time except that the pleadings are "thick." The thickness of the pleadings disguises the fact that Defendant AvalonBay Communities, Inc.'s Motion for Summary Judgment is strictly a legal argument that Plaintiff cannot obtain injunctive

relief, in the form of an order for specific performance, because its multi-national business is not threatened by the alleged breach of ancillary leasehold conditions at one store (out of 3,500 stores) in Norwalk, Connecticut; and because any damage would be quantifiable and could be remedied with monetary damages. This argument is made in a concise, 18-page memorandum.

The thick evidentiary materials supporting AvalonBay's Memorandum of Law are, predominantly, publicly-available AutoZone financial records. Since AutoZone created those records it should have less difficulty analyzing them than would either of the defendants.

AutoZone has shown no good cause for its motion dated February 16, 2005. Defendant Ritz Realty Corp. hereby objects to any extension beyond February 25, 2005.

DEFENDANT RITZ REALTY CORP.

By: _____
Andrew Houlding, Esq.
Federal Bar #CT12137
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103
Phone: (860) 493-3468
Fax: (860) 724-3921
ahoulding@rms-law.com
Its attorneys

## ORDER

The foregoing Objection having been duly considered is hereby ORDERED:

**SUSTAINED / OVERRULED.**

BY THE COURT,

(_____, J.)

## CERTIFICATION

This is to certify that a copy of the foregoing Objection has been sent via first class mail on this 16th day of February 2005 to the following counsel of record:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place One
Hartford, CT  06103

Bruce L. Elstein, Esq.
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT  06604

_____
Andrew Houlding

9202-4/394754

- 3 -