1

1          —            UNITED STATES DISTRICT COURT

2                       DISTRICT OF CONNECTICUT

3                         REGULAR TRANSCRIPT

4

5     - - - - - - - - - - - - - - - - - - - - - - - - - -x

6     ADAP, INC.,                          :

7               Plaintiff,                 :

8          -versus-                        :  No. 303CV350 (MRK)

9     RITZ REALTY CORP. and               :
      AVALONBAY COMMUNITIES, INC.,

10

11              Defendants.                :

12    - - - - - - - - - - - - - - - - - - - - - - - - - -x

13

14

15                    Deposition of SHAWN SHEIKHZADEH,

16          taken pursuant to the Federal Rules of

17          Civil Procedure, at the law offices of Day,

18          Berry & Howard, 234 Church Street,

19          New Haven, Connecticut, before Gerald Gale,

20          L.S.R. 00027, Registered Merit Reporter and

21          a Notary Public in and for the State of

22          Connecticut, on October 2, 2003, at

23          10:05 a.m.

24

25

2

```
 1    A P P E A R A N C E S:

 2          For the Plaintiff:

 3    ELSTEIN & ELSTEIN
      1087 Broad Street
 4    Bridgeport, Connecticut  06604-4231
      By:   BRUCE L. ELSTEIN, ESQ.
 5          (203) 367-4421

 6

      For the Defendant Avalonbay
 7    Communities, Inc.:

 8    DAY, BERRY & HOWARD, L.L.P.
      CityPlace I - 185 Asylum Street
 9    Hartford, Connecticut  06103
      By:   JOSEPH L. HAMMER, ESQ.
10          (860) 275-0100

11

      For the Defendant Ritz Realty Corp.:
12
      ROME, McGUIGAN & SABANOSH
13    One State Street
      Hartford, Connecticut  06103-3101
14    By:   ANDREW L. HOULDING, ESQ.
            (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

28

```
 1  ——     Q.    He is located in Memphis?

 2         A.    He is located in Manchester, New

 3  Hampshire.

 4         Q.    To whom does he report?

 5         A.    Mike Longo.

 6         Q.    What is Mike Longo's position?

 7         A.    Senior vice president.

 8         Q.    For operations?

 9         A.    Yes.

10         Q.    What is Mike Brodrick's title?

11         A.    Vice president.

12         Q.    Also for operations?

13         A.    Yes.

14         Q.    Did you ever consider moving the,

15  relocating the Norwalk store at any time in

16  the time that you have been the regional

17  manager?

18         A.    A few times.

19         Q.    Can you tell me when you considered

20  that?

21         A.    Last time was when we found out that

22  there will be some building going up in front of

23  us.

24         Q.    What was the first time?

25         A.    First time about I would say a
```

29

```
 1    year and a half, two years, we just -- I was

 2    just saying we need more space, more retail

 3    space.

 4          Q.    So the floor space itself in the

 5    store?

 6          A.    Yes.

 7          Q.    You had -- you felt there was

 8    inadequate floor space in the --

 9          A.    I wanted more floor space, either --

10    to get a little bit more of the adjacent

11    building, if it gets vacant, so I expressed, I

12    said, "Hey, if somebody moves out, maybe we

13    should try to get a piece of that to expand the

14    store a little bit."

15          Q.    You would have considered expanding?

16          A.    Yes.

17          Q.    Did you talk to anybody about finding

18    any other location in Norwalk for the store?

19          A.    Yeah, that gas station across the

20    street.

21          Q.    The Shell station?

22          A.    The Shell station.

23          Q.    Did you look at that as a possible

24    site?

25          A.    I was at the store and I saw the gas
```

```
 1    station is available, and that's when I made the

 2    call.

 3         Q.    You made the call to whom?

 4         A.    To the real estate department.

 5         Q.    Who did you speak to there?

 6         A.    Either talked to Mike Martin or Terry

 7    McKee.

 8         Q.    You don't remember which of them you

 9    talked to?

10         A.    No.  I may have talked to both.

11         Q.    Do you remember when that was?

12         A.    Few years ago, I don't remember.

13         Q.    So the particular thing that prompted

14    you to make the call was that you were at the

15    store, you noticed that the Shell station was --

16    gas station, was vacant?

17         A.    Yes.

18         Q.    Was there any kind of sign on the

19    Shell station indicating that it was available

20    for rental?

21         A.    All I remember, it was closed.  I

22    called and I said we want to expand the store

23    and the Shell station is closed, so maybe we

24    should look into that.

25         Q.    Was the --  There was a Kia dealership
```

## CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of

Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition

was by me duly sworn and thereupon testified as appears in the foregoing

deposition; that said deposition was taken by me stenographically in the

presence of counsel and reduced to print under my direction, and the

foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the

parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___*15*___ day of

___*October*___ , 20*03*

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:

NOVEMBER 30, 2003