```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF CONNECTICUT
 3                      CONFIDENTIAL
 4
 5   ------------------------------x      ORIGINAL
 6   ADAP, INC.,                   :
 7           Plaintiff,            :
 8       -versus-                  :   No. 303CV350 (AWT)
 9   RITZ REALTY CORP. and         :
     AVALONBAY COMMUNITIES, INC.,
10
             Defendants.           :
11
     ------------------------------x
12
13
14
15              Deposition of WILLIAM ROBERT
16   BLANK, taken pursuant to the Federal Rules
17   of Civil Procedure, at the law offices of
18   Day, Berry & Howard, L.L.P., CityPlace I -
19   185 Asylum Street, Hartford, Connecticut,
20   before Gerald Gale, L.S.R. 00027,
21   Registered Merit Reporter and a Notary
22   Public in and for the State of Connecticut,
23   on July 24, 2003, at 10:05 a.m.
24
25
```

```
 1   A P P E A R A N C E S:

 2          For the Plaintiff:

 3      ELSTEIN & ELSTEIN
        1087 Broad Street
 4      Bridgeport, Connecticut  06604-4231
        By:  BRUCE L. ELSTEIN, ESQ.
 5           (203) 367-4421

 6
            For the Defendant Avalonbay
 7          Communities, Inc.:

 8      DAY, BERRY & HOWARD, L.L.P.
        CityPlace I - 185 Asylum Street
 9      Hartford, Connecticut  06103
        By:  JOSEPH L. HAMMER, ESQ.
10           (860) 275-0100

11
            For the Defendant Ritz Realty Corp.:
12
        ROME, McGUIGAN & SABANOSH
13      One State Street
        Hartford, Connecticut  06103-3101
14      By:  ANDREW L. HOULDING, ESQ.
             (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

```
 1    Connecticut, are active; is that correct?
 2         A.   Correct.
 3         Q.   If we now turn to the sites outside of
 4    Connecticut that are active, could you just --
 5    could you estimate for me the percentage of
 6    those other active sites that involve
 7    freestanding locations as opposed to within a
 8    shopping center?
 9         A.   Most are freestanding.  I would say 80
10    to 85 percent are freestanding.
11         Q.   Of those deals that you have closed
12    with AutoZone over the years, what percentage of
13    them have involved freestanding sites?
14         A.   90 percent. Most of them.  Again, I
15    am coming off -- I am coming off the top of my
16    head, but the majority, the overwhelming
17    majority, are freestanding.
18         Q.   Do you have an understanding as to
19    whether AutoZone prefers freestanding sites?
20         A.   That's the first choice when I look
21    for a site.
22         Q.   We will follow up on this a little
23    later.
24              Does AutoZone provide you with
25    any type of site selection criteria to aid you
```

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ____4____ day of ___August___, 20_03_.

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:
NOVEMBER 30, 2003