26

```
 1
 2              UNITED STATES DISTRICT COURT
 3                DISTRICT OF CONNECTICUT
 4                     CONFIDENTIAL
 5
 6   ------------------------------x
 7   ADAP, INC.,                   :
 8           Plaintiff,            :
 9       -versus-                  : No. 303CV350 (AWT)
10   RITZ REALTY CORP. and         :
     AVALONBAY COMMUNITIES, INC.,
11
             Defendants.           :
12
     ------------------------------x
13
14
15
16            Deposition of JAMES O. McCLAIN,
17       taken pursuant to the Federal Rules of
18       Civil Procedure, at the law offices of Day,
19       Berry & Howard, L.L.P., CityPlace I - 185
20       Asylum Street, Hartford, Connecticut,
21       before Gerald Gale, L.S.R. 00027,
22       Registered Merit Reporter and a Notary
23       Public in and for the State of Connecticut,
24       on August 26, 2003, at 9:00 a.m.
25
```

```
 1    A P P E A R A N C E S:

 2            For the Plaintiff:

 3        ELSTEIN & ELSTEIN
          1087 Broad Street
 4        Bridgeport, Connecticut  06604-4231
          By:  BRUCE L. ELSTEIN, ESQ.
 5             (203) 367-4421

 6
          For the Defendant Avalonbay
 7        Communities, Inc.:

 8        DAY, BERRY & HOWARD, L.L.P.
          CityPlace I - 185 Asylum Street
 9        Hartford, Connecticut  06103
          By:  JOSEPH L. HAMMER, ESQ.
10             (860) 275-0100

11
          For the Defendant Ritz Realty Corp.:
12
          ROME, McGUIGAN & SABANOSH
13        One State Street
          Hartford, Connecticut  06103-3101
14        By:  ANDREW L. HOULDING, ESQ.
               (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

```
 1        Q.   It's your view that if the project is
 2   built, following that construction, you will not
 3   have a single dollar go through the cash
 4   register at this location?
 5        A.   Not a single dollar?  I think we would
 6   probably have a dollar or something like that.
 7   We couldn't make any money.  It would be
 8   devastating to a profitable store now if this
 9   project went through.
10        Q.   At the time you wrote this e-mail,
11   approximately how much time had you spent
12   studying the plan that had been sent to you on
13   December 18?
14        A.   Maybe half hour at the most.
15        Q.   What other investigation, if any, had
16   you performed in order to find out the details
17   of this project prior to writing the e-mail?
18        A.   I looked at the plans and saw they
19   were going to cover a whole parking lot with a
20   building right in front of us.
21        Q.   Now --
22        A.   That's all I had done.
23        Q.   Is it your understanding that the
24   Norwalk location has retail, over-the-counter
25   sales, as well as commercial account sales?
```

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___15___ day of ___September___, 2003.

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:
NOVEMBER 30, 2003

Jim McClain  
01/03/2002 11:13 AM

To: Ritz Realty Corporation@9-1-203-846-3271@fax  
cc:  
Fax to:  
Subject: AZ-5156, 24 Belden Ave, Norwalk, CT; Proposed Apartment Development

I represent ADAP, Inc, your tenant at the captioned location. I have received a letter dated December 17, 2001 from a Mr Paxton Kinol of AvalonBay Communities, Inc. Mr Kinol's letter included some preliminary development plans that show multistory apartment buildings with basement garages located in place of most of the improvements in the shopping center in which ADAP's store is located.

These plans are a complete surprise to us. We are concerned because ADAP's store at this location is highly profitable, and the proposed construction would destroy ADAP's business and violate ADAP's lease. ADAP has not consented to or encouraged either the development of any construction plans or any construction, and will not consent to or suffer the proposed construction or any other construction in violation of ADAP's lease. Please acknowledge that you have no plans to commence any construction at this location.

FROM: James O. McClain, Attorney  
AutoZone Property Management

Fax: (901) 495-8900; phone: (901) 495-8807; jim.mcclain@autozone.com  
Mailing Address: AutoZone Department 8700, PO Box 2198, Memphis, TN 38101-2198;  
Address for Courier Services: AutoZone Department 8700, 123 South Front Street, Memphis, TN 38103

JAMES O. McCLAIN  
Attorney  
Customer Satisfaction  
Dept. 8700  
~~80 Madison Avenue~~ 123 So. Front St.  
Memphis, TN 38103-~~2401~~  
P.O. Box 2198  
Memphis, TN 38101-2198  
(901) 495-8807  
Fax (901) 495-8900  
www.autozone.com

DEFENDANT'S EXHIBIT 4 ID McCLA 5/26/03

JM 00484

Fax Services

01/03/2002 11:22 AM

To: Jim McClain/STORDEV/AUTOZONE@AUTOZONE
cc:
Fax to:
Subject: Fax has been transmitted.

Server message:   A fax has been transmitted.

|                    |                               |
|--------------------|-------------------------------|
| Date completed:    | 01/03/2002 11:21:38 AM        |
| Number of pages:   | 2                             |
| Local CSID:        | AutoZone, Inc.                |
| Remote CSID:       |                               |
| Fax server:        | AZHUB/AUTOZONE                |
| Job number:        | 7739                          |
| To:                | Ritz Realty Corporation@9-1-203-846-3271 |
| Subject:           | AZ-5156, 24 Belden Ave, Norwalk, CT; Proposed Apartment Development |

JM 00485