Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CONFIDENTIAL

```
------------------------------x
ADAP, INC.,                   :
        Plaintiff,            :
    -versus-                  : No. 303CV350 (AWT)
RITZ REALTY CORP. and         :
AVALONBAY COMMUNITIES, INC.,
        Defendants.           :
------------------------------x
```

Deposition of ALEX OLIPHANT, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of Day, Berry & Howard, L.L.P., CityPlace I - 185 Asylum Street, Hartford, Connecticut, before James A. Martone, L.S.R. 00248, a Notary Public in and for the State of Connecticut, on September 30, 2004, at 10:10 a.m.

```
 1   A P P E A R A N C E S:

 2           For the Plaintiff:

 3       ELSTEIN & ELSTEIN
         1087 Broad Street
 4       Bridgeport, Connecticut  06604-4231
         By:  BRUCE L. ELSTEIN, ESQ.
 5            (203) 367-4421

 6

         For the Defendant Avalonbay
 7       Communities, Inc.:

 8       DAY, BERRY & HOWARD, L.L.P.
         CityPlace I - 185 Asylum Street
 9       Hartford, Connecticut  06103
         By:  JOSEPH L. HAMMER, ESQ.
10            (860) 275-0100

11
         For the Defendant Ritz Realty Corp.:
12
         ROME, McGUIGAN & SABANOSH
13       One State Street
         Hartford, Connecticut  06103-3101
14       (Not present.)
         (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

1  maintain a specific file for the Norwalk site?
2      A.   No.
3      Q.   Okay.  Since the lawsuit, do you
4  maintain a specific file for the Norwalk site?
5      A.   No.
6      Q.   Okay.  So again, I take it, then, that
7  you looked in other files that you maintain to
8  try to cull out materials that would be
9  responsive to these requests and have some
10 relationship to Norwalk?
11     A.   Yes.
12     Q.   Let me also show you what's been
13 marked as Exhibit 11, which is a notice of
14 deposition for a 30(b)(6) deposition of ADAP.
15 Have you seen that document prior to today?
16     A.   I don't know.
17     Q.   Let me also show you Exhibit 12, which
18 is a designation of witnesses for the
19 deposition.  Have you seen that document prior
20 to today?
21     A.   I don't remember.
22     Q.   Were you aware that you had been
23 designated by the company to testify as its
24 representative on its behalf today in this case,
25 on particular topics?

```
 1       A.   Yes.
 2       Q.   Okay.  And if you go back to Exhibit
 3  11, I just want to show you the specific topics
 4  upon which you have been designated to testify.
 5  You've been designated on No. 2, which is
 6  relating to the allegation in paragraph 42 of
 7  the complaint of irreparable harm.  Do you see
 8  that?
 9       A.   Yes.
10       Q.   Number 2?
11       A.   Yes.
12       Q.   And are you -- do you have information
13  and are you knowledgeable and prepared to
14  testify on that subject?
15       A.   Yes.
16       Q.   Okay.  Have you done any investigation
17  or preparation in order to testify on that
18  particular topic, No. 2?
19       A.   No, other than yesterday, just looking
20  at this stuff.
21       Q.   Just reviewing the materials that
22  you've produced basically?
23       A.   Yes.
24       Q.   Okay.  And have you had any internal
25  discussions at the company or any discussions
```

1   with outside parties, other than your counsel,
2   in order to prepare yourself to testify on topic
3   2?
4       A.   No.
5       Q.   You've also been designated on topic
6   5, relating to the allegation in paragraph 50 of
7   the complaint of further insignificant losses.
8   Do you see that?
9       A.   Yes.
10              MR. ELSTEIN:  Paragraph 50 is
11  being -- proposed to be withdrawn.
12              MR. HAMMER:  Okay.  Then
13  that's --
14              MR. ELSTEIN:  It was designated
15  but proposed to be withdrawn.
16      Q.   But you're knowledgeable with respect
17  to that?
18      A.   Yes.
19      Q.   And also No. 7, any investigation or
20  analysis undertaken by or on behalf of plaintiff
21  concerning the potential impacts of the proposed
22  development on the Norwalk AutoZone store.  Are
23  you knowledgeable about that topic as well?
24      A.   Yes.
25      Q.   And again, is your knowledge based

```
 1   on -- What is your knowledge based on, on that
 2   topic?
 3        A.   My background and my job.
 4        Q.   Okay.  As well as your review of the
 5   documents?
 6        A.   And the review of my documents.
 7        Q.   And the same question as to No. 8?
 8        A.   Yes.
 9        Q.   You do have knowledge on the volume of
10   repeat customer sales?
11        A.   No.  I mean --
12        Q.   You do have knowledge of marketing and
13   sales demographics?
14        A.   Yes.
15        Q.   That would apply to the Norwalk store
16   as well as other AutoZone stores?
17        A.   Yes.
18        Q.   Again, is this based on your
19   experience with the company and your review of
20   the documents that you've produced?
21        A.   Yes.
22        Q.   Could you just briefly trace your
23   employment history for me, beginning with your
24   first full-time employment after college.
25        A.   It's easier to start at the beginning.
```

```
 1        A.   I mean, that's pretty much it once you
 2   lose sales.
 3        Q.   Item 7, it says, "Any investigation or
 4   analysis undertaken by or on behalf of plaintiff
 5   concerning the potential impacts of the proposed
 6   development on the Norwalk AutoZone store."  Has
 7   AutoZone to date undertaken any such
 8   investigation or analysis to your knowledge?
 9        A.   Not that I'm aware of.
10        Q.   You certainly have not; is that
11   correct?
12        A.   That's correct.
13        Q.   And are you aware of anybody else
14   within the company having undertaken such an
15   analysis?
16        A.   I'm not aware of any.
17        Q.   Okay.  And No. 8, it says, "Studies,
18   data or information prepared for or in the
19   possession of plaintiff regarding marketing and
20   sales demographics in connection with AutoZone
21   stores, including the volume of repeat customers
22   and analyses of the volume of sales that are
23   destination-based or impulse-based."  What
24   information do you have on that topic?
25        A.   The marketing and sales demographics,
```

## **C E R T I F I C A T E**

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __18th__ day of __October__, 20 __04__

_____
NOTARY PUBLIC
JAMES MARTONE

EXPIRE: APRIL 2008