```
 1            UNITED STATES DISTRICT COURT

 2              DISTRICT OF CONNECTICUT

 3              CONFIDENTIAL TRANSCRIPT

 4

 5

 6
     ------------------------------x
 7
     ADAP, INC.,                   :
 8
            Plaintiff,             :
 9
        -versus-                   :  No. 303CV350 (AWT)
10
     RITZ REALTY CORP. and         :
11   AVALONBAY COMMUNITIES, INC.,

12          Defendants.            :

13   ------------------------------x

14

15          Deposition of WILLIAM DAVID

16   GILMORE, taken pursuant to the Federal

17   Rules of Civil Procedure, at the law

18   offices of Day, Berry & Howard, L.L.P.,

19   CityPlace I - 185 Asylum Street, Hartford,

20   Connecticut, before Gerald Gale, L.S.R.

21   00027, Registered Merit Reporter and a

22   Notary Public in and for the State of

23   Connecticut, on October 29, 2003, at

24   10:20 a.m.

25
```

```
 1   A P P E A R A N C E S:

 2              For the Plaintiff:

 3       ELSTEIN & ELSTEIN
         1087 Broad Street
 4       Bridgeport, Connecticut  06604-4231
         By:  BRUCE L. ELSTEIN, ESQ.
 5            (203) 367-4421

 6
         For the Defendant Avalonbay
 7       Communities, Inc.:

 8       DAY, BERRY & HOWARD, L.L.P.
         CityPlace I - 185 Asylum Street
 9       Hartford, Connecticut  06103
         By:  JOSEPH L. HAMMER, ESQ.
10            (860) 275-0100

11
         For the Defendant Ritz Realty Corp.:
12
         ROME, McGUIGAN & SABANOSH
13       One State Street
         Hartford, Connecticut  06103-3101
14       By:  ANDREW L. HOULDING, ESQ.
              (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

```
 1  your lawyer said to you, "Please tell the
 2  judge" -- if we were sitting in federal court
 3  and you were asked by a lawyer to tell the judge
 4  what the dollar impact the Avalon development
 5  would have on your store profit and sales, am I
 6  correct that you would be unable to answer the
 7  question?
 8       A.   That's correct.
 9       Q.   Am I correct, Mr. Gilmore, sitting
10  here today, that you cannot say for sure as to
11  whether the Avalon development will in fact
12  adversely impact the financial performance of
13  the existing store?
14       A.   I don't know enough of the details
15  around what the proposed development is going to
16  be and what we are going to be left with to even
17  make a reasonable assessment of that.
18       Q.   As to whether there will or will not
19  be an impact?
20       A.   That's correct.
21       Q.   Would you simply be speculating at
22  this point?
23       A.   Yes, since we don't have any case
24  history of this, of a site being adversely
25  impacted as such.  It's more conjecture and
```

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __13__ day of __December__, 2003.

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:
NOVEMBER 30, 2003