9

```
 1
 2              UNITED STATES DISTRICT COURT
 3                DISTRICT OF CONNECTICUT
 4                    CONFIDENTIAL
 5                                          ORIGINAL
 6  ----------------------------x
 7  ADAP, INC.,                  :
 8        Plaintiff,             :
 9     -versus-                  : No. 303CV350 (AWT)
10  RITZ REALTY CORP. and        :
    AVALONBAY COMMUNITIES, INC.,
11
          Defendants.            :
12
    ----------------------------x
13
14
15
16           Deposition of TERRY McKEE,
17      taken pursuant to the Federal Rules of
18      Civil Procedure, at the law offices of Day,
19      Berry & Howard, L.L.P., CityPlace I - 185
20      Asylum Street, Hartford, Connecticut,
21      before Gerald Gale, L.S.R. 00027,
22      Registered Merit Reporter and a Notary
23      Public in and for the State of Connecticut,
24      on September 3, 2003, at 9:37 a.m.
25
```

```
                                                              10

 1     A P P E A R A N C E S:

 2            For the Plaintiff:

 3            ELSTEIN & ELSTEIN
              1087 Broad Street
 4            Bridgeport, Connecticut  06604-4231
              By:  BRUCE L. ELSTEIN, ESQ.
 5                 (203) 367-4421

 6

              For the Defendant Avalonbay
 7            Communities, Inc.:

 8            DAY, BERRY & HOWARD, L.L.P.
              CityPlace I - 185 Asylum Street
 9            Hartford, Connecticut  06103
              By:  JOSEPH L. HAMMER, ESQ.
10                 (860) 275-0100

11
              For the Defendant Ritz Realty Corp.:
12
              ROME, McGUIGAN & SABANOSH
13            One State Street
              Hartford, Connecticut  06103-3101
14            By:  ANDREW L. HOULDING, ESQ.
                   (860) 493-3468
15

16

17

18

19

20

21

22

23

24

25
```

```
 1   altered and the existing open field parking lot
 2   will be closed or largely inaccessible to
 3   customers, employees, and invitees of AutoZone."
 4   Is that your understanding, Mr. McKee?
 5        A.   Thirty-five, with the amount of times
 6   that plan has changed, I am not sure how they
 7   are going to alter the parking situation during
 8   construction.  I am not sure.  I never gave it
 9   too much consideration because we don't want
10   construction to begin.
11        Q.   In terms of paragraph 36, do you have
12   an understanding personally as to whether or
13   not, during the construction process, there will
14   be significant business interruption and
15   disruption of AutoZone?
16        A.   Just an assumption on my part that
17   there would be.  Just given the size and the
18   complexity of what is being built out there, one
19   would have to assume there will be some business
20   interruption and disruption.
21        Q.   In terms of specific logistical
22   provisions planned by Avalon in order to make
23   sure that the tenants can remain functioning
24   during construction, are you aware of those
25   details?
```

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 22nd day of September, 2003

_____
NOTARY PUBLIC

Gerald Gale, LSR 00027

My Commission Expires:
NOVEMBER 30, 2003