# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | APRIL 1, 2005 |

## MOTION FOR ENLARGEMENT OF TIME ON CONSENT

The plaintiff hereby moves pursuant to Fed. Rule Civ. Pro. 6(b)(2) for an enlargement of time made after the expiration of the time period to file opposition to the defendants' motions for partial summary judgment.

The Court granted the plaintiff's motion to enlarge the time to file such opposition to April 1, 2005. On March 30, 2005, counsel for the plaintiff, Bruce L. Elstein, suffered an illness and was required to miss work for several days.

Counsel for the defendants' consent to the enlargement of time to April 4, 2005 for filing.

**THE PLAINTIFF**
**ADAP, INC. D/B/A AUTOZONE**


By:_____
    David C. Grimes, Esq.
    Elstein and Elstein, P.C.
    1087 Broad Street
    Bridgeport, Connecticut 06604
    Telephone: (203) 367-4421
    Facsimile:  (203) 366-8615
    Fed. Bar No.  ct25630

**ORAL ARGUMENT NOT REQUESTED**

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has on APRIL 1, 2005 been

sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
 Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
 Attorney for the defendant, Ritz Realty Corp.

_____
David C. Grimes