UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC., d/b/a AUTOZONE, | : | |
| Plaintiff, | : | NO.  3:03cv350 (MRK) |
| v. | : | |
| RITZ REALTY CORP. & AVALONBAY COMMUNITIES, INC., | : | |
| Defendants. | : | |

## RULING AND ORDER

For the reasons stated in open court on May 4, 2005, the Court enters the following rulings and orders:

(1) Defendant Ritz Realty's Motion for Partial Summary Judgment [**doc. #69**] is DENIED;

(2) Defendant AvalonBay's Motion for Partial Summary Judgment [**doc. #72**] is DENIED;

(3) Plaintiff ADAP's Motion for Summary Judgment [**doc. #75**] is DENIED;

(4) Plaintiff ADAP's Motion to Seal [**doc. #67**] is taken under advisement.  Plaintiff ADAP is hereby instructed to work with Defendant AvalonBay to more narrowly tailor the redactions in the public versions of Defendant AvalonBay's Memorandum of Law in Support of Its Motion for Partial Summary Judgment [doc. #73] and Defendant AvalonBay's Local Rule 56(a)(1) Statement [doc. #74]. More narrowly tailored redacted public versions of these documents should be re-filed with the Court **by no later than May 18, 2005.**

1

(5)   The Court has scheduled a telephonic status conference in this case **for May 18, 2005, at 8:30 am**, during which the parties shall report on the status of their settlement discussions. Counsel for all parties are required to participate in the telephonic conference call, which shall be initiated by counsel for the plaintiff. Chambers should be called at 203-773-2022 once all counsel are on the line.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: May 4, 2005.**