**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ADAP, INC. D/B/A AUTOZONE                  :      CASE NO. 303CV350(MRK)
                        Plaintiff,                       :

VS.                                                             :

                                                              :
RITZ REALTY CORP. and                       :
AVALONBAY COMMUNITIES, INC.,      :
                        Defendants.                  :      MAY 6, 2005

## STATEMENT CONCERNING MOTION TO SEAL

The plaintiff hereby sets forth its position in detail with respect to the pending

Motion to Seal dated January 31, 2005.

1.      Financial Disclosures. The plaintiff continues to urge the Court to keep under

        seal the financial information more particularly set forth in Paragraphs 14-19 of

        the defendant, Avalon Bay Community, Inc.'s Local Rule 56(a)(1). The financial

        disclosures set forth the profit and loss figures for the Norwalk's store from the

        year 2000 - 2004 and the sensitive information in that it shows the level of sales

        that can be obtained in that market. It would be damaging if a competitor were to

        know the level of sales, even if remote in time. In that regard, the referenced

        pages of deposition transcript of Alex Oliphant as well as the exhibits constitute

        sensitive and proprietary information.

2.      With respect to the allegations set forth in Paragraphs 45, 47 - 51 and the

        referenced deposition transcript pages of William Gilmore, the plaintiff no longer urges

Pl-Statement concern mot seal

that it remain under seal as it does not contain sensitive or confidential

information.

> **PLAINTIFF,**
> **ADAP, INC. D/B/A AUTOZONE**
>
> By _____
> Bruce L. Elstein
> Elstein and Elstein, P.C.
> 1087 Broad Street, Suite 400
> Tel. (203) 367-4421
> Fax (203) 366-8615
> Federal Bar No. CT01250
> Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent this 6th day of May, 2005, via first class mail, postage prepaid to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
    Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
    Attorney for the defendant, Ritz Realty Corp.

_____
Bruce L. Elstein

PI-Statement concern mot seal