UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03CV350(MRK) |
| | : | |
| VS. | : | |
| | : | |
| RITZ REALTY CORP. and | : | |
| AVALONBAY COMMUNITIES, INC. | : | |
| | : | MAY 27, 2005 |

## **APPEARANCE**

Pursuant to Rule 5(a) of the Local Rules of Federal Civil Procedure, please enter an appearance for RICHARD P. COLBERT as attorney for defendant AVALONBAY COMMUNITIES, INC., in the above-entitled action.

Dated at Hartford, Connecticut this 27th day of May, 2005.

DEFENDANT,
AVALONBAY COMMUNITIES, INC.

By _____
Richard P. Colbert (ct08721)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901-2047
Tel:  (203) 977-7300
Fax:   (203) 977-7301
E-mail: rpcolbert@dbh.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent this 27th day of May, 2005, via first-class mail, to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294


Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103-3101

_____
Richard P. Colbert