## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC., D/B/A AUTOZONE, | : | CASE NO.: 303CV350(MRK) |
| Plaintiff, | : | |
| V. | : | |
| RITZ REALTY CORP., AND AVALONBAY COMMUNITIES, INC., | : | |
| Defendants. | : | JUNE 13, 2005 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Defendant AvalonBay Communities, Inc. ("AvalonBay") respectfully moves this Court for an extension of time to and including July 15, 2005 within which to serve upon the Plaintiff its answering proposals to Plaintiff's proposed findings of fact and conclusion of law, witness statements, proposed trial exhibits, and deposition testimony designations in connection with the Joint Trial Memorandum to be filed by the parties in this action. Under the current July 11, 2005 deadline for the filing of the filing of the Joint Trial Memorandum with the Court, service upon Plaintiff of AvalonBay's answering proposals is due on July 4, 2005. The proposed extension would serve to extend to July 22 the deadline for the submission to the Court of the final Joint Trial Memorandum.

Undersigned counsel is scheduled to be out-of-state on a family vacation beginning on June 20 and will be returning to the office on Tuesday, July 5. The requested extension is necessary in order to afford sufficient time to formulate AvalonBay's responses to Plaintiff's submissions. Given that both Defendants are to respond to Plaintiff's submission simultaneously in accordance with the Court's standing instructions for the Joint Trial Memorandum, AvalonBay requests that both Defendants be afforded to July 15 to coordinate and serve their responses upon Plaintiff. Under the proposed schedule, Plaintiff will arrange for delivery of its proposed submissions to Defendants by July 5.

This is AvalonBay's first request for extension of the above deadlines related to the Joint Trial Memorandum. The requested extension will not impact the August 3, 2005 trial date of this action. Plaintiff's counsel, Bruce Elstein, and co-defendant's counsel, Andrew Houlding, have been consulted and consent to this request.

                                                DEFENDANT,
                                                AVALONBAY COMMUNITIES, INC.

By  _____
     Joseph L. Hammer (ct00446)
     Day, Berry & Howard LLP
     CityPlace I
     Hartford, Connecticut 06103-3499
     E-mail: jlhammer@dbh.com
     Tel: (860) 275-0391
     Fax: (860) 275-0343

-3-

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 13th day of June, 2005, via first class mail, postage prepaid, to:

Bruce L. Elstein, Esq.  
Elstein & Elstein  
1087 Broad Street  
Bridgeport, CT  06604-4294  
Ph.: (203) 367-4421  
Fax: (203) 366-8615  

Andrew L. Houlding, Esq.  
Rome McGuigan, P.C.  
One State Street  
Hartford, CT 06103-3101  
Ph.: (860) 549-1000  
Fax: (860) 724-3921  

_____  
Joseph L. Hammer