<u>**UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

| | | |
|---|---|---|
| ADAP, INC. | : | CASE NO. 3:03 CV 350 (MRK) |
| VS. | : | |
| RITZ REALTY CORP., | : | |
| AVALON BAY COMMUNITIES, INC. | : | JULY 18, 2005 |

<u>**PLAINTIFF'S MOTION FOR PERMISSION TO FILE**</u>

<u>**UNDER SEAL**</u>

Pursuant to Local Rule 5(d), the plaintiff moves for an order to seal its proposed Exhibit 15.

That Exhibit is a series of maps that the plaintiff submits contains information that is highly sensitive and confidential and concern the business methods, profitability and conceptual work of the plaintiff.

Wherefore, the plaintiff moves for permission to file Exhibit 15 under seal.

                          **THE PLAINTIFF**
                          **ADAP, INC. D/B/A AUTOZONE**


                      By:_____
                          Bruce L. Elstein, Esq.
                          Elstein and Elstein, P.C.
                          1087 Broad Street
                          Bridgeport, Connecticut 06604
                          Telephone: (203) 367-4421
                          Facsimile: (203) 366-8615
                          Fed. Bar No. ct 01250
                          Email: [belstein@snet.net](mailto:belstein@snet.net)

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

This is to certify that a copy of the foregoing has on JULY 18, 2005 been sent to:

Joseph Hammer, Esq.
Day, Berry & Howard, LLP
City Place 1
Hartford, CT  06103-3499
    Attorney for the defendant, AvalonBay Communities, Inc.

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
    Attorney for the defendant, Ritz Realty Corp.

_____
Bruce L. Elstein

\\Server\Common\AUTOZONE\Adap v. Ritz(Avalon)\Trial\Motion to Seal.doc

2