UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC. | : CASE NO. 303CV350(MRK) |
| | : |
| | : |
| VS. | : |
| | : |
| RITZ REALTY CORP. and | : |
| AVALONBAY COMMUNITIES, INC. | : JULY 19, 2005 |

**MOTION FOR PERMISSION TO FILE UNDER SEAL**
**PURSUANT TO LOCAL RULE 5(d)**

Defendant AvalonBay Communities, Inc. ("AvalonBay"), hereby respectfully files this Motion for Permission to File Under Seal Pursuant to Local Rule 5(d).

Pursuant to the Joint Trial Memorandum Instructions in Nonjury Cases for the Honorable Mark R. Kravitz (revised 11/03) and the Court's Scheduling Orders, the parties are required to submit to Judge Kravitz their Joint Trial Memorandum and a marked-up version of their deposition transcripts on July 19, 2005. Defendants have designated certain financial information and deposition testimony to which Plaintiff produced to the Defendants subject to a claim of confidentiality pursuant to a confidentiality agreement entered into by the parties during discovery. Consistent with the terms of the confidentiality agreement, AvalonBay is submitting in accordance with the filing procedures of Local Rule 5(d) these proposed findings of fact to the Court in a Supplement to the Joint Trial Memorandum, and is further submitting with the Supplement those portions of the deposition testimony to which Plaintiff claimed confidentiality, so as to afford Plaintiff the opportunity to seek an order sealing the subject information and testimony. Because the information and testimony at issue is Plaintiff's, AvalonBay takes no position as to whether they should remain under seal.

41612897.1 091122-03550
July 19, 2005 3:04 PM

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT,
AVALONBAY COMMUNITIES, INC.


By_____
       Joseph L. Hammer (ct00446)
       David M. Bizar (ct20444)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, CT  06103-3499
       Tel:  (860) 275-0100
       Fax:   (860) 275-0343
       E-mail: jlhammer@dbh.com
              dmbizar@dbh.com

## **CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing was sent this 19th day of July, 2005, via first class mail, postage prepaid to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294
Phone:  (203) 367-4421
Fax:      (203) 366-8615


Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103-3101
Phone: (860) 493-3468
Fax:     (860) 724-3921

 

_____
Joseph L. Hammer

-3-