UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC. | : CASE NO. 303CV350(MRK) |
| | : |
| VS. | : |
| | : |
| RITZ REALTY CORP. and | : |
| AVALONBAY COMMUNITIES, INC. | : JULY 20, 2005 |

**MOTION FOR PERMISSION TO FILE UNDER SEAL**
**PURSUANT TO LOCAL RULE 5(d)**

Defendant AvalonBay Communities, Inc. ("AvalonBay"), hereby respectfully files this Motion for Permission to File Under Seal Pursuant to Local Rule 5(d).

Pursuant to the Joint Trial Memorandum Instructions in Nonjury Cases for the Honorable Mark R. Kravitz (revised 11/03) and the Court's Scheduling Orders, the parties were required to submit to Judge Kravitz a marked-up version of their deposition transcripts on July 19, 2005. On July 19, 2005, the parties received an extension of time from the Court's office to submit their deposition transcripts on July 20, 2005. Defendants have designated certain deposition testimony that Plaintiff claimed was confidential pursuant to a confidentiality agreement entered into by the parties during discovery. Consistent with the terms of the confidentiality agreement, AvalonBay is submitting in accordance with the filing procedures of Local Rule 5(d) those portions of the deposition testimony to which Plaintiff claimed confidentiality, so as to afford Plaintiff the opportunity to seek an order sealing the subject information and testimony. Because the testimony at issue is Plaintiff's, AvalonBay takes no position as to whether it should remain under seal.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT,
AVALONBAY COMMUNITIES, INC.


By_____
       Joseph L. Hammer (ct00446)
       David M. Bizar (ct20444)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, CT  06103-3499
       Tel:  (860) 275-0100
       Fax:   (860) 275-0343
       E-mail: jlhammer@dbh.com
              dmbizar@dbh.com

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was sent this 19th day of July, 2005, via first class mail, postage prepaid to:

Bruce L. Elstein, Esq.
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294
Phone:  (203) 367-4421
Fax:     (203) 366-8615


Andrew L. Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103-3101
Phone: (860) 493-3468
Fax:     (860) 724-3921

                _____
                Joseph L. Hammer