UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAP, INC., d/b/a AUTOZONE, | : |
| Plaintiff, | : NO. 3:03cv350 (MRK) |
| v. | : |
| RITZ REALTY CORP. & AVALONBAY COMMUNITIES, INC., | : |
| Defendants. | : |

## ORDER

As stated in an on-the-record telephonic conference on July 21, 2005, the bench trial of this case originally scheduled for August 3-4, 2005 is hereby continued. Parties and counsel shall meet with Magistrate Judge William I. Garfinkel on Tuesday, July 26, 2005 and shall engage in settlement discussions to attempt to resolve this matter. If needed, and if Magistrate Garfinkel's schedule permits, the parties and counsel are hereby instructed to utilize the previously scheduled trial days (August 3-4, 2005) to continue their settlement discussions. The parties must report via telephone to Judge Kravitz's Chambers whether this case has been settled **by no later than August 4, 2005.** If this case has not settled by August 4, 2005, the parties shall be prepared to discuss a new trial date during their telephone call with Judge Kravitz's Chambers.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 21, 2005.**