UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC., d/b/a AUTOZONE, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv350 (MRK) |
| | : | |
| v. | : | |
| | : | |
| RITZ REALTY CORP. & | : | |
| AVALONBAY COMMUNITIES, INC., | : | |
| | : | |
| Defendants. | : | |

## RULING

For the reasons stated in an on-the-record telephonic conference on July 21, 2005, Plaintiff ADAP's Motion to Seal [**doc. #67**] is GRANTED IN PART and DENIED IN PART. Having reviewed Plaintiff's Statement Concerning Motion to Seal [doc. #97], the Court finds that Plaintiff's request for sealing certain sensitive financial information is reasonable. Therefore, the Clerk of the Court shall docket under seal the documents attached to Defendant AvalonBay's Response to Plaintiff's Motion for Permission to File Under Seal [doc. #68].

The Court hereby orders Defendant AvalonBay to file new, revised public versions of Defendant AvalonBay's Memorandum of Law in Support of Its Motion for Partial Summary Judgment [doc. #73] and Defendant AvalonBay's Local Rule 56(a)(1) Statement [doc. #74] **by no later than August 3, 2005.** Defendant AvalonBay shall only redact the narrowly tailored portions of these documents and their exhibits that contain the sensitive financial information at issue. Furthermore, Defendant AvalonBay should un-redact the new, revised public versions of Memorandum of Law in Support of Its Motion for Partial Summary Judgment [doc. #73] and Defendant AvalonBay's Local Rule 56(a)(1) Statement [doc. #74] to reflect Plaintiff's

1

representations to the Court that the allegations in ¶¶ 45 & 47-51 of Defendant AvalonBay's Local Rule 56(a)(1) Statement [doc. #74], and the deposition transcript of William Gilmore found at Exhibit Q to Defendant AvalonBay's Local 56(a)(1) Statement [doc. #74] do not contain sensitive or confidential information.  *See* Plaintiff's Statement Concerning Motion to Seal [doc. #97] at ¶ 2.

                                  IT IS SO ORDERED.

                              /s/     Mark R. Kravitz
                                  United States District Judge

**Dated at New Haven, Connecticut: July 21, 2005.**