UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADAP, INC.                                  :   CASE NO. 303CV350(MRK)

VS.                                         :

RITZ REALTY CORP. and                       :
AVALONBAY COMMUNITIES, INC.                 :   OCTOBER 18, 2005

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Order dated August

12, 2005.  Set forth below is each party's statement as to the status of this matter.

**Plaintiff, ADAP, Inc.**

Defendant, AvalonBay Communities, Inc. ("AvalonBay") has negotiated and agreed

upon a ground lease with the owners of properties at 50 Cross Street and 30 Belden Avenue in

Norwalk, Connecticut.  Plaintiff, ADAP, Inc. ("ADAP") and AvalonBay have negotiated and

agreed upon a building lease for a new building to be constructed on the 50 Cross Street/30

Belden Avenue property to which the existing Riverview Plaza AutoZone store, which is the

subject of this action, will be relocated.  The new store will be constructed following the issuance

of governmental approvals necessary for such construction.  ADAP and AvalonBay are

proceeding with due diligence under the Lease, including environmental and title review and

preparation of plans necessary for governmental approvals.  Because ADAP has a lease with

defendant Ritz Realty Corp. ("Ritz") for the existing AutoZone store in Riverview Plaza, it will

be necessary for Ritz to terminate the existing lease when ADAP relocates.  Accordingly, ADAP

and AvalonBay will be continuing to seek the participation of Ritz in the proposed resolution of

this matter.

41633811.1 091122-03550
October 18, 2005 4:19 PM

-1-

**Defendant, AvalonBay Communities, Inc.**

Defendant AvalonBay joins in the above statement of plaintiff. In addition, it is AvalonBay's position that Ritz is contractually obligated to AvalonBay to effect the termination of the existing ADAP lease as part of the resolution of this matter.

**Defendant, Ritz Realty, Inc.**

Ritz seeks relief from the continuance and an immediate trial. The information provided by Plaintiff and seconded by AvalonBay is notably lacking in any demonstration of progress toward a resolution since August 8, 2005. ADAP and AvalonBay gave the exact same information nine weeks ago. ADAP states that it has "negotiated and agreed upon a building lease for a new building," but significantly does not state that such a building lease has been executed. Ritz has not seen any activity, nor has it been informed of any either directly or indirectly, that would suggest any demonstrable progress toward obtaining "governmental approvals."

ADAP provides no information whatsoever upon which the court could determine that it has taken any action whatsoever. It provides no timeline for the accomplishment of goals and objectives. It does not identify the governmental approvals that it must obtain. It does not state whether "plans" consist of pencil drawings on napkins or architects' renderings and engineers' blueprints. It refers to the negotiation and agreement upon a lease between ADAP and AvalonBay, but that agreement had been reached before the August 8 continuance.

The Court, on August 8, continued a trial of this case over Ritz's objections, and required this interim joint status report by October 11. At ADAP's unilateral request, the deadline for

***Rome McGuigan, P.C.*** • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

receiving this report was extended until October 18, but the extension of time has not resulted in any substantive effort to delineate the status.

ADAP and AvalonBay should be ordered forthwith to provide the Court, and Ritz, with evidence showing their progress, if any, made since August 8. Vague assurances that they are "proceeding with due diligence" should not be countenanced. And, if evidence of substantive progress is not forthcoming, the case should either be set down for an immediate trial or Plaintiff's complaint should be dismissed with prejudice.

PLAINTIFF,
ADAP, INC. d/b/a AUTOZONE

By: *Bruce Elstein (by J.R. Harvey)*
Bruce L. Elstein, Esq. (ct01250)
Elstein & Elstein
1087 Broad Street
Bridgeport, CT  06604-4294
Phone:  (203) 367-4421
Fax:     (203) 366-8615
E-mail: belstein@snet.net

DEFENDANT,
RITZ REALTY CORP.

By:
Andrew L. Houlding, Esq. (ct12137)
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT  06103-3101
Phone: (860) 493-3468
Fax:     (860) 724-3921
E-mail: ahoulding@rms-law.com

41633811.1 091122-03550
October 18, 2005 4:19 PM

-3-

DEFENDANT,
AVALONBAY Communities, Inc.

By: _____
    Joseph L. Hammer (ct00446)
    David M. Bizar (ct20444)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT  06103-3499
    Tel:  (860) 275-0100
    Fax:  (860) 275-0343
    E-mail:  jlhammer@dbh.com
    E-mail:  dmbizar@dbh.com

9202-4/410670