UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC., d/b/a AUTOZONE, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv350 (MRK) |
| | : | |
| v. | : | |
| | : | |
| RITZ REALTY CORP. & | : | |
| AVALONBAY COMMUNITIES, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Having conferred with the parties during an in-court, on-the-record status conference on December 21, 2005, the Court continues the stay of proceedings currently in effect subject to the following conditions:

1. AvalonBay Communities, Inc. and ADAP, Inc. will finalize and execute their settlement agreement no later than January 17, 2006;

2. The Court will dismiss this action without prejudice on March 1, 2006, unless the parties inform the Court that it should not be dismissed, in which event the Court will promptly set the case down for trial and will not entertain any further continuances of this matter for any reason;

3. Any party seeking to impose costs or fees as a result of the dismissal must do so by filing a motion no later than March 15, 2006;

4. The parties shall file a written status report regarding their activities in support of settlement no later than February 24, 2006.

5. The Court encourages all of the parties to use the good offices of Hon. William I. Garfinkel for purposes of assisting the parties in resolving any issues that arise. The Court has previously referred this case to Judge Garfinkel for purposes of settlement, and therefore, if the parties wish to see Judge Garfinkel, they should contact his office directly.

IT IS SO ORDERED,

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **December 21, 2005**