UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAP, INC., d/b/a AUTOZONE, | : | |
| | : | |
| Plaintiff, | : | NO.  3:03cv350 (MRK) |
| | : | |
| v. | : | |
| | : | |
| RITZ REALTY CORP. & | : | |
| AVALONBAY COMMUNITIES, INC., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Joint Motion to Dismiss filed on February 21, 2006 and the order entered on March 1, 2006 this case is dismissed without prejudice.

Dated at New Haven, Connecticut, this 20th day of March 2006.

KEVIN F. ROWE, Clerk


By /s/ Kenneth R. Ghilardi
Kenneth Ghilardi
Deputy Clerk

EOD: _____